3:21-cv-00846 (VAB)

June 14, 2021

JUN 21 2021 PM1:23
FILED-USDC-CT-HARTFORD

Motion to leave to file

On the Prudential Insurance policys
Lucy P. the insured may have been strangled,
and murdered for a discrepency on the 3 policys.

---

I gave the state 20 years to deal with
effects of landscaping, my filings 2000-2020
the State must take action with effects of landscaping

Mark D. Aiello
plaintiff
prose

* The complaint is being mailed seperatly.

MARK CIRIELLO
34 Prospect St. Apt 7L
Waterbury, Ct. 06702

U.S. POSTAGE PITNEY BOWES
ZIP 06457 $ 000.51⁰
02 4W
0000369217 JUN 18 2021

U.S. District Court
450 Main St. Suite A012
Hartford, Ct. 06103

06103@3068 C003