**PROMISE TO APPEAR** JD-CR-[illegible]

C.G.S. §§ 53a-35a, 53a-36, 53a-40b, 53a-41, 53a-42, 53a-172, 53a-173, 53a-222, 53a-222a, 54-63a to 54-63g, 54-64a to 54-64g; P.B. §§ 38-1 to 38-6, 38-15, 38-19, 38-20, 38-21

*See reverse for instructions.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

## To: Any Proper Officer of the State of Connecticut

| From *(Name of defendant)* | Address of Defendant | Telephone Number |
|---|---|---|
| Judicial District or Geographical Area Court | Address of Court | Docket Number |
| Crime(s) Charged Against Defendant | | Appearance Date and time *(Initial appearance not more than 14 days after date of arrest)* .m. |

### PROMISE TO APPEAR

I, the defendant named above, **promise to come (appear)**: (1) before the Superior Court at the court location noted above on the **appearance date and the time specified** above; (2) at any other date and time which the charge(s) against me may be continued to; (3) in any other court which the charge(s) against me may be transferred to; and (4) at any other date and time at which a hearing on the conditions of my release is held.

I understand that **if I do not** come to court **I will be committing the crime of failure to appear** and:

**(1) I may be arrested immediately, or a capias may be issued;**
**(2) I may be sentenced to 1 (one) year in prison or fined $2,000 or both if I am charged with one or more misdemeanor(s)/motor vehicle violation(s); or sentenced to 5 (five) years in prison or fined $5,000 or both if I am charged with one or more felonies.**

I also understand that if a bail commissioner believes that I will not come to court as required, the bail commissioner may petition the court and the court may issue a capias to have me arrested.

I also promise to follow all the non-financial conditions of release stated below, which were ordered by the court or a bail commissioner.

I also understand that if I do not follow these conditions, the court may change or add conditions or may revoke the promise to appear, and **I may be sentenced to 1 (one) year in prison or fined $2,000 or both if I am charged with one or more misdemeanor(s)/motor vehicle violation(s); or sentenced to 5 (five) years in prison or fined $5,000 or both if I am charged with one or more felonies.**

*I have read or had read to me the notice on the back of this form and I understand the notice.*

| A. Special Conditions of Release | Signed *(Defendant)* | Date and Time Signed |
|---|---|---|
| 1. Do not commit a federal, state or local crime. | ▶ | .m. |
| | Signed *(Parent or Guardian if minor)* | Date and Time Signed .m. |

Subscribed to before me. Defendant was advised of the penalties listed above and was given a copy of this promise to appear and the notice on page 2.

| Signed *(Police Officer, Asst. Clerk, Bail Comm., Prob. Officer)* | Date and Time Signed | Job Title | Police Department *(If applicable)* |
|---|---|---|---|
| | .m. | | |

## A: Funcionario acreditado del Tribunal de Primera Instancia del Estado de Connecticut

| De *(Nombre del acusado)* | Dirección del acusado | Número de Teléfono |
|---|---|---|
| [redacted] | [redacted] | [redacted] |
| Distrito judicial de la zona geográfica | Dirección del Tribunal | Número de expediente [Docket number] |
| [redacted] | [redacted] | [redacted] |
| Cargos imputados contra el acusado | | Fecha y hora de comparecencia *(Su primera cita será dentro de los 14 días a partir de la fechade detención)* |
| [redacted] | | [redacted] .m. |

### PROMESA DE COMPARECENCIA

Yo, el acusado antes nombrado, **me comprometo a presentarme (comparecer)**: (1) ante el Tribunal de Primera Instancia en la dirección, **fecha y hora de comparecencia arriba indicadas**; y (2) en cualquier otra fecha y hora a la que se aplace la audiencia sobre los cargos formulados en mi contra; y (3) en cualquier tribunal al que se haya trasladado la audiencia por los cargos en mi contra; y (4) en cualquier otra fecha en la que se celebre una audiencia relativa a mis condiciones de libertad.

Entiendo que **si no asisto** al tribunal **estaré incurriendo en el delito de falta de comparecencia** y que:

**(1) Puedo ser detenido inmediatamente o se puede dictar una orden judicial de detención en mi contra;**
**(2) Puedo ser condenado a 1 (un) año de prisión, multa de $2000 o ambas penas si se me acusa de uno o más delitos menores o infracciones de tránsito; o puedo ser condenado a 5 (cinco) años de prisión, multa de $5000 o ambas penas si se me acusa de uno o más delitos graves.**

Comprendo además que si un comisionado de fianzas cree que no asistiré al tribunal como está establecido, dicho comisionado puede solicitar al tribunal que se dicte una orden judicial de detención en mi contra.

Prometo además cumplir con todas las condiciones no económicas de mi libertad listadas más adelante, que dictara el juez o el comisionado de fianzas.

Comprendo además que si no cumplo con estas condiciones, el juez puede cambiar las condiciones o agregar otras nuevas o puede revocar la libertad bajo promesa de comparecencia. Además, **se me puede condenar a 1 (un) año de prisión, multa de $2000 o ambas penas si se me acusa de uno o más delitos menores o infracciones de tránsito; o se me podrá condenar a 5 (cinco) años de prisión, multa de $5000 o ambas penas si se me acusa de uno o más delitos graves.**

*He leído, o se me han leído, las advertencias que aparecen al dorso de este formulario y las entiendo.*

**A. Condiciones especiales de su libertad**

1. No cometer ningún delito punible por ley federal, estatal o local.

[redacted]

| Firma *(Acusado)* | Fecha Y Hora | Firma *(Uno de los padres o tutor, si es un menor)* | Fecha Y Hora |
|---|---|---|---|
| [redacted] | [redacted] .m. | [redacted] | [redacted] .m. |

Suscrito ante mí. Al acusado se le informó de las antedichas sanciones y recibió copia de la presente promesa de comparecencia y de las advertencias en la página 2.

| Firma *(Agente de policía, secretario auxiliar, comisionado de fianzas, agente de probatoria)* | Fecha y hora en que se firmó |
|---|---|
| [redacted] | [redacted] .m. |

| Cargo *(Puesto de trabajo)* | Departamento de policía *(Si se aplica)* |
|---|---|
| [redacted] | [redacted] |

*FOR COURT USE*

Superior Court Docket Number

 **DISTRIBUTION:** Copies to Clerk of Court, Bail Commissioner, Defendant **PROMISE TO APPEAR**

# CRIMINAL APPEARANCE BOND

JD-CR-4 Rev. 7-11
C.G.S. 53a-172, 53a-173, 54-2a, 54-63c, 54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66
P.B. Sec. 38-1,2,3,6,7,8,9,21, 43-2

*Instructions*
*Original to Clerk of Court and copy to Defendant.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**TO: Any Proper Officer of the State of Connecticut** #218572 DOB-11/24/72

| From (Name of Defendant) | Address of Defendant | Zip Code | Telephone number (Defendant) |
|---|---|---|---|
| Ciriello, Mark | 54 New Haven Ave, Wtby | | |

| Judicial District or Geographical Area | Address of Court |
|---|---|
| GA 4 | 400 Grand St, Waterbury, CT 06702-2109 |

| Crime(s) charged against defendant | Amount of bond | Appearance date and time (Less than 14 days from arrest date) |
|---|---|---|
| 53a-167a, 53a-173, 53a-173 | $7,500.00 | 3/20/17 9 a.m. |

I, the Defendant named above, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- ☐ **Non-Surety Bond**
- ☒ **Surety Bond**
- ☐ **Cash Bond**
- ☐ **Real Estate Bond**
- ☐ **10% Cash Bond** (Must be authorized by a judge (P.B. § 38-4, 38-8))
- ☐ ______________________

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure To Appear and be subject to the following penalties:

1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both,** if I am charged with a Misdemeanor(s).
   **Five years in prison or $5,000 fine or both,** if I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below which were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form and I understand the notices.*

**A. Special Conditions of Release** 1. Do not commit a federal, state or local crime.

* Mental Health Attn

**B. Modified Conditions of Release**

| Signed (Defendant) | Date signed | Signed (Parent or guardian if minor) | Date signed |
|---|---|---|---|
| ▶ [signature] | 3-3-17 | | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police Department (If applicable) |
|---|---|---|---|
| [signature] | 3/3/17 2:15 .m. | CO | DOC |

**Fill out the Appropriate Section Below if a Cash, 10% Cash or Surety Bond is Required**

**Cash Bond**

| Amount of bond | Type of bond | Amount deposited in words | Amount in numerals |
|---|---|---|---|
| $ | ☐ Cash ☐ 10% Cash | | $ |

| Deposited by Defendant | Name and address of Depositor (If not the Defendant) | Receipt number |
|---|---|---|
| ☐ Yes | | |

| Cash taken by (Signature of Police Officer, Bail Comm., Assistant Clerk) | Date and time bond taken | Name of Judge authorizing 10% bond (if applicable) |
|---|---|---|
| | .m. | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositor named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|
| | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police department (If applicable) |
|---|---|---|---|
| | .m. | | |

**Surety Bond**

| Name of surety | Address of surety | Telephone number |
|---|---|---|
| Dana Mosiak | 111 Columbia Street Naugatuck CT 06770 | 203.575.1515 |

| License number | Insurance company | Total amount of bail licensed to give | Total amount now surety to (Exclusive of this case) |
|---|---|---|---|
| 238 | STATE Police | $ 1,969,500.00 | $ 600,000.00 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed | Date signed (Month, day, year) |
|---|---|
| ▶ Dana Mosiak | 3/3/17 |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed |
|---|---|
| [signature] | 3/3/17 2:15 .m. |

| Job title | Police department (if applicable) |
|---|---|
| CO | DOC |

*For Court Use*

File date: 2

Superior Court docket number: U04W-CR16-459144-S

(Continued on Page 2)

# CRIMINAL APPEARANCE BOND

JD-CR-4 Rev. 7-11
C.G.S. 53a-172, 53a-173, 54-2a, 54-63c, 54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66
P.B. Sec. 38-1,2,3,6,7,8,9,21, 43-2

***Instructions***
*Original to Clerk of Court and copy to Defendant.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

**TO: Any Proper Officer of the State of Connecticut** #218572 DOB - 11/24/72

| From (*Name of Defendant*) | Address of Defendant | Zip Code | Telephone number (*Defendant*) |
|---|---|---|---|
| Ciriello, Mark | 54 New Haven Ave, Wtby | | |

| Judicial District or Geographical Area | Address of Court |
|---|---|
| GA 4 | 400 Grand St. Waterbury, CT 06702-2109 |

| Crime(s) charged against defendant | Amount of bond | Appearance date and time (*Less than 14 days from arrest date*) |
|---|---|---|
| 53a-183, 53a-173, 53a-173 | $ 7,500.00 | 3/20/17 9 a.m. |

I, the Defendant named above, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- ☐ **Non-Surety Bond**
- ☐ **Surety Bond**
- ☐ **Cash Bond**
- ☐ **Real Estate Bond**
- ☐ **10% Cash Bond** (Must be authorized by a judge (P.B. § 38-4, 38-8))
- ☐ ______________________

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure To Appear and be subject to the following penalties:

1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both,** if I am charged with a Misdemeanor(s).
   **Five years in prison or $5,000 fine or both,** if I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below which were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form and I understand the notices.*

**A. Special Conditions of Release** 1. Do not commit a federal, state or local crime.

* Mental Health Ottnx

**B. Modified Conditions of Release**

| Signed (*Defendant*) | Date signed | Signed (*Parent or guardian if minor*) | Date signed |
|---|---|---|---|
| ▶ [signature] | 3-3-17 | | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (*Police Officer, Assistant Clerk*) | Date and time signed | Job title | Police Department (*If applicable*) |
|---|---|---|---|
| [signature] | 3/3/17 2:15 p.m. | C/O | DOC |

## Fill out the Appropriate Section Below if a Cash, 10% Cash or Surety Bond is Required

### Cash Bond

| Amount of bond | Type of bond | Amount deposited in words | Amount in numerals |
|---|---|---|---|
| $ | ☐ Cash ☐ 10% Cash | | $ |

| Deposited by Defendant | Name and address of Depositor (*If not the Defendant*) | Receipt number |
|---|---|---|
| ☐ Yes | | |

| Cash taken by (*Signature of Police Officer, Bail Comm., Assistant Clerk*) | Date and time bond taken | Name of Judge authorizing 10% bond (*if applicable*) |
|---|---|---|
| | .m. | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositor named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|
| | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police department (*If applicable*) |
|---|---|---|---|
| | .m. | | |

### Surety Bond

| Name of surety | Address of surety | Telephone number |
|---|---|---|
| Ana Madera | 110 Woodmine Street Naugatuck CT 06770 | 203-596-6159 |

| License number | Insurance company | Total amount of bail licensed to give | Total amount now surety to (*Exclusive of this case*) |
|---|---|---|---|
| 258 | State Police | $ 1,959,000.00 | $ 57,500.00 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed | Date signed (*Month, day, year*) |
|---|---|
| ▶ Ana Madera | 3/3/17 |

*The above information and statements were subscribed and sworn to before me.*

| Signed (*Police Officer, Assistant Clerk*) | Date and time signed |
|---|---|
| | 3/3/17 2:15 p.m. |

| Job title | Police department (*if applicable*) |
|---|---|
| C/O | DOC |

*For Court Use*

File date: 3

Superior Court docket number: U04W-CR16-439718-S

**(Continued on Page 2)**

# CRIMINAL APPEARANCE BOND

JD-CR-4 Rev. 7-14
C.G.S. §§ 53a-172, 53a-173, 54-2a, 54-63c, 54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66, 54-65a, 54-95
P.B. §§ 38-1,2,3,6,7,8,9,21, 43-2

**Instructions**
*Original to Clerk of Court and copy to Defendant.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

## TO: Any Proper Officer of the State of Connecticut

| From (Name of Defendant) | Address of Defendant | Zip Code | Telephone number (Defendant) |
|---|---|---|---|
| Irrello, Mark | 54 New Haven ave, Waterbury CT, 06708 | | |

| Judicial District or Geographical Area | Address of Court |
|---|---|
| GA 04 | 400 Grand St, Waterbury CT 06702 |

| Crime(s) charged against defendant | Amount of bond | Appearance date and time (Less than 14 days from arrest date) |
|---|---|---|
| 53a-183, 53-173 | $ 2,500 | 10/6/16 9 A.m. |

I, the Defendant named above, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- ☐ **Non-Surety Bond**
- ☐ **Cash Bond**
- ☐ **10% Cash Bond** (Must be authorized by a judge (P.B. § 38-4, 38-8))
- ☐ ____________
- ☒ **Surety Bond**
- ☐ **Real Estate Bond**

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure To Appear and be subject to the following penalties:

1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both,** if I am charged with a Misdemeanor(s).
   **Five years in prison or $5,000 fine or both,** if I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below that were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form, and I understand the notices.*

**A. Special Conditions of Release** 1. Do not commit a federal, state or local crime.

**B. Modified Conditions of Release**

| Signed (Defendant) | Date signed | Signed (Parent or guardian if minor) | Date signed |
|---|---|---|---|
| ▶ [signature] | 10/3/16 | | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police Department (If applicable) |
|---|---|---|---|
| [signature] | 10/3/16 P.m. | C/O | NHCC |

## Fill out the Appropriate Section Below if a Cash, 10% Cash or Surety Bond is Required

**Cash Bond**

| Amount of bond | Type of bond | Amount deposited in words | Amount in numerals |
|---|---|---|---|
| $ | ☐ Cash ☐ 10% Cash | | $ |

| Deposited by Defendant | Name and address of Depositor (If not the Defendant) | Receipt number |
|---|---|---|
| ☐ Yes | | |

| Cash taken by (Signature of Police Officer, Bail Comm., Assistant Clerk) | Date and time bond taken | Name of Judge authorizing 10% bond (if applicable) |
|---|---|---|
| | .m. | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositor named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|
| | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police department (If applicable) |
|---|---|---|---|
| | .m. | | |

**Surety Bond**

| Name of surety | Address of surety | Telephone number |
|---|---|---|
| Bryan Gayle | 363 Cypress Pl BPt | 203 673-5725 |

| License number | Insurance company | Total amount of bail licensed to give | Total amount now surety to (Exclusive of this case) |
|---|---|---|---|
| 002409569 | Accredited | $ 600 | $ 2500 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed | Date signed (Month, day, year) |
|---|---|
| ▶ [signature] | 10-3-16 |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed |
|---|---|
| [signature] | 10/3/16 P.m. |

| Job title | Police department (if applicable) |
|---|---|
| C/O | NHCC |

*For Court Use*
File date: 4
Superior Court docket number: U04W-CR16-0439916-S

(Continued on Page 2)

**NOTICE OF RIGHTS - BAIL**
JD-CR-5 REV. 3-11
PB. Sec. 37-3, 38-1, 38-2
C.G.S. § § 54-1b, 54-2a, 54-63c, 54-64b

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
INSTRUCTIONS

www.jud.ct.us

To clerk of court
1. *Prepare in duplicate.*
2. *Give Copy to Defendant.*
3. *Keep the original for file.*

To other agencies
1. *Prepare in triplicate.*
2. *Give a copy to Defendant.*
3. *Send original to Clerk of Court.*
4. *Keep a copy for your files.*

| Name of Defendant<br>Mark S Ciriello | Judicial District or Geographical Area number<br>18 BANTAM |
|---|---|
| Location of court *(Number, street, town)*<br>80 DOYLE ROAD, POB 667, BANTAM, CT 06750 | Telephone number of court<br>(860) 567-3942 |
| Offenses charged *(Also specify statute number)*<br>53a-173 Flr to Appear 2nd | |

## NOTICE OF RIGHTS

1. You have the right to not say anything about this offense you are charged with; you may remain silent.
2. Anything you say or any statements you make may be used against you.
3. You have the right to talk with an attorney before being questioned, you may have an attorney with you and you cannot be questioned without your consent.
4. If you are unable to pay for an attorney you will be referred to a Public Defender Office where you may ask for an attorney to represent you.
5. *(This does not apply if you were arrested on a Superior Court Warrant which specified that bail should be denied or which ordered that you be brought before a clerk or assistant clerk of the Superior Court.)*

   You have a right to be promptly interviewed about the terms and conditions of your release pending further proceedings, and if you ask, you may have an attorney with you during this interview.

## ADVERTENCIA DE DERECHOS

1. Tiene derecho de no decir nada acerca del delito del que se le acusa; puede guardar silencio.
2. Cualquier cosa que diga o toda declaración que usted haga se puede usar en su contra.
3. Usted tiene derecho de hablar con un abogado antes de ser interrogado. Puede tener un abogado con usted cuando lo estén interrogando y no lo pueden interrogar sin su consentimiento.
4. Si no está en condiciones de pagar un abogado, se le remitirá a la Oficina del Defensor Público, donde puede pedir que lo represente un abogado.
5. (Esto no aplica si lo detuvieron con una orden de detención del Tribunal de Primera Instancia que especificaba que se le negara fianza u ordenaba que a usted se le presentara ante el secretario o el ayudante del secretario del Tribunal de Primera Instancia.)

   Usted tiene derecho de ser entrevistado con pronitud acerca de las condiciones de su libertad, mientras esten pendientes otros procedimientos, y si usted lo pide, puede tener a un abogado con usted durante esta entrevista.

I, the undersigned, have advised the Defendant of the Defendant's rights as stated above:

| Signed *(Authorized person)* | Title | Date and time advised |
|---|---|---|
| /TFC RODNEY VALDES/ | TFC | 09/25/2015 01:10 |

I have been advised of my rights as stated above and have received a copy of this notice.
Se me han advertido mis derechos tal como se indica anteriormente y he recibido una copia de dicha notificion.

For Court Use Only

File date

Signed *(Defendant)*

*The Judicial Branch complies with the Americans With Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, please contact the clerk of court at the address noted above.*

*La Rama Judicial actúa de acuerdo con la Ley de Norteamericanos con Discapacidades (ADA). Si usted necesita adaptaciones razonables de conformidad con la ADA, tenga la bondad de comunicarse con el secretario del tribunal en la direccion antes mencion*

5

Docket number

**NOTICE OF RIGHTS - BAIL**

**NOTICE OF RIGHTS - BAIL**
JD-CR-5 REV. 3-11
PB. Sec. 37-3, 38-1, 38-2
C.G.S. § § 54-1b, 54-2a, 54-63c, 54-64b

STATE OF CONNECTICUT
JUDICIAL BRANCH
**SUPERIOR COURT**
INSTRUCTIONS

www.jud.ct.us

To clerk of court
1. *Prepare in duplicate.*
2. *Give Copy to Defendant.*
3. *Keep the original for file.*

To other agencies
1. *Prepare in triplicate.*
2. *Give a copy to Defendant.*
3. *Send original to Clerk of Court.*
4. *Keep a copy for your files.*

1600 533 462
1600 533 466 151

| Name of Defendant | Judicial District or Geographical Area number |
|---|---|
| Mark S Ciriello | 18 BANTAM |
| Location of court *(Number, street, town)* 80 DOYLE ROAD, POB 667, BANTAM, CT 06750 | Telephone number of court (860) 567-3942 |

Offenses charged *(Also specify statute number)*
53a-173 FTA 2nd.

## NOTICE OF RIGHTS

1. You have the right to not say anything about this offense you are charged with; you may remain silent.
2. Anything you say or any statements you make may be used against you.
3. You have the right to talk with an attorney before being questioned, you may have an attorney with you and you cannot be questioned without your consent.
4. If you are unable to pay for an attorney you will be referred to a Public Defender Office where you may ask for an attorney to represent you.
5. *(This does not apply if you were arrested on a Superior Court Warrant which specified that bail should be denied or which ordered that you be brought before a clerk or assistant clerk of the Superior Court.)*

   You have a right to be promptly interviewed about the terms and conditions of your release pending further proceedings, and if you ask, you may have an attorney with you during this interview.

## ADVERTENCIA DE DERECHOS

1. Tiene derecho de no decir nada acerca del delito del que se le acusa; puede guardar silencio.
2. Cualquier cosa que diga o toda declaración que usted haga se puede usar en su contra.
3. Usted tiene derecho de hablar con un abogado antes de ser interrogado. Puede tener un abogado con usted cuando lo estén interrogando y no lo pueden interrogar sin su consentimiento.
4. Si no está en condiciones de pagar un abogado, se le remitirá a la Oficina del Defensor Público, donde puede pedir que lo represente un abogado.
5. (Esto no aplica si lo detuvieron con una orden de detención del Tribunal de Primera Instancia que especificaba que se le negara fianza u ordenaba que a usted se le presentara ante el secretario o el ayudante del secretario del Tribunal de Primera Instancia.)

   Usted tiene derecho de ser entrevistado con pronitud acerca de las condiciones de su libertad, mientras esten pendientes otros procedimientos, y si usted lo pide, puede tener a un abogado con usted durante esta entrevista.

I, the undersigned, have advised the Defendant of the Defendant's rights as stated above:

| Signed *(Authorized person)* | Title | Date and time advised |
|---|---|---|
| **/TFC RODNEY VALDES/** | TFC | 09/25/2016 01:10 |

I have been advised of my rights as stated above and have received a copy of this notice.
Se me han advertido mis derechos tal como se indica anteriormente y he recibido una copia de dicha notificion.

Signed *(Defendant)* [signature]

For Court Use Only
File date
6

*The Judicial Branch complies with the Americans With Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, please contact the clerk of court at the address noted above.*

*La Rama Judicial actúa de acuerdo con la Ley de Norteamericanos con Discapacidades (ADA). Si usted necesita adaptaciones razonables de conformidad con la ADA, tenga la bondad de comunicarse con el secretario del tribunal en la direccion antes mencion*

Docket number

# CRIMINAL APPEARANCE BOND

JD-CR-4 Rev. 7-14
C.G.S. §§ 53a-172, 53a-173, 54-2a, 54-63c, 54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66, 54-65a, 54-95
P.B. §§ 38-1,2,3,6,7,8,9,21, 43-2

**Instructions**
*Original to Clerk of Court and copy to Defendant.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

## TO: Any Proper Officer of the State of Connecticut

| From (Name of Defendant) | Address of Defendant | Zip Code | Telephone number (Defendant) |
|---|---|---|---|
| Vello, Harry | 54 New Haven ave, Waterbury CT 06708 | | |

| Judicial District or Geographical Area | Address of Court |
|---|---|
| GA 04 | 400 Grand st, Waterbury CT 06702 |

| Crime(s) charged against defendant | Amount of bond | Appearance date and time (Less than 14 days from arrest date) |
|---|---|---|
| 53a-167a, 53a-173 | $2,500 | 10/06/16 AM |

I, the Defendant named above, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- ☐ Non-Surety Bond
- ☐ Cash Bond
- ☐ 10% Cash Bond (Must be authorized by a judge (P.B. § 38-4, 38-8))
- ☐ Surety Bond
- ☐ Real Estate Bond
- ☐ ______________________

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure To Appear and be subject to the following penalties:

1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both, if** I am charged with a Misdemeanor(s).
   **Five years in prison or $5,000 fine or both, if** I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below that were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form, and I understand the notices.*

**A. Special Conditions of Release** 1. Do not commit a federal, state or local crime.

**B. Modified Conditions of Release**

| Signed (Defendant) | Date signed | Signed (Parent or guardian if minor) | Date signed |
|---|---|---|---|
| ▶ [signature] | 10/3/16 | | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police Department (If applicable) |
|---|---|---|---|
| [signature] | 10/3/16 P.m. | C/O | NHCC |

## Fill out the Appropriate Section Below if a Cash, 10% Cash or Surety Bond is Required

**Cash Bond**

| Amount of bond | Type of bond | Amount deposited in words | Amount in numerals |
|---|---|---|---|
| $ | ☐ Cash ☐ 10% Cash | | $ |

| Deposited by Defendant | Name and address of Depositor (If not the Defendant) | Receipt number |
|---|---|---|
| ☐ Yes | | |

| Cash taken by (Signature of Police Officer, Bail Comm., Assistant Clerk) | Date and time bond taken | Name of Judge authorizing 10% bond (if applicable) |
|---|---|---|
| | .m. | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositor named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|
| | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police department (If applicable) |
|---|---|---|---|
| | .m. | | |

**Surety Bond**

| Name of surety | Address of surety | Telephone number |
|---|---|---|
| Bryan Gayle | 363 Lynne Pl BPt | 203 673 5725 |

| License number | Insurance company | Total amount of bail licensed to give | Total amount now surety to (Exclusive of this case) |
|---|---|---|---|
| 002469569 | Accredited | $ 60,000 | $ 2500 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed | Date signed (Month, day, year) |
|---|---|
| ▶ [signature] | 10-3-16 |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed |
|---|---|
| [signature] | 10/3/16 P.m. |

| Job title | Police department (if applicable) |
|---|---|
| C/O | NHCC |

**For Court Use**

File date

7

Superior Court docket number
U04W-CR16-0439144-S

(Continued on Page 2)

# CRIMINAL APPEARANCE BOND

JD-CR-4 Rev. 7-14
C.G.S. §§ 53a-172, 53a-173, 54-2a, 54-63c, 54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66, 54-65a, 54-95
P.B. §§ 38-1,2,3,6,7,8,9,21, 43-2

*Instructions*
*Original to Clerk of Court and copy to Defendant.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

## TO: Any Proper Officer of the State of Connecticut

| From (Name of Defendant) | Address of Defendant | Zip Code | Telephone number (Defendant) |
|---|---|---|---|
| Mark Cirillo | 543 New Haven Ave. W'bry | 06708 | 203 5654637 |

| Judicial District or Geographical Area | Address of Court |
|---|---|
| 4 | 400 Grand Street Waterbury, CT |

| Crime(s) charged against defendant | Amount of bond | Appearance date and time (Less than 14 days from arrest date) |
|---|---|---|
| 53a-183 | $5,000.00 | 9/19/16 9:00 a.m. |

I, the Defendant named above, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- ☐ **Non-Surety Bond**
- ☒ **Surety Bond**
- ☐ **Cash Bond**
- ☐ **Real Estate Bond**
- ☐ **10% Cash Bond** (Must be authorized by a judge (P.B. § 38-4, 38-8))
- ☐ ______

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure To Appear and be subject to the following penalties:

1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both,** if I am charged with a Misdemeanor(s). **Five years in prison or $5,000 fine or both,** if I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below that were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form, and I understand the notices.*

**A. Special Conditions of Release** 1. Do not commit a federal, state or local crime.
No Contact with victim, No Contact with Victim's home or business CT counseling

**B. Modified Conditions of Release**

| Signed (Defendant) | Date signed | Signed (Parent or guardian if minor) | Date signed |
|---|---|---|---|
| ▶ Mark D. Cirillo | 09-09-16 | | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police Department (If applicable) |
|---|---|---|---|
| [signature] | 09-09-16 3:00 p.m. | | |

## Fill out the Appropriate Section Below if a Cash, 10% Cash or Surety Bond is Required

### Cash Bond

| Amount of bond | Type of bond | Amount deposited in words | Amount in numerals |
|---|---|---|---|
| $ | ☐ Cash ☐ 10% Cash | | $ |

| Deposited by Defendant | Name and address of Depositor (If not the Defendant) | Receipt number |
|---|---|---|
| ☐ Yes | | |

| Cash taken by (Signature of Police Officer, Bail Comm., Assistant Clerk) | Date and time bond taken | Name of Judge authorizing 10% bond (if applicable) |
|---|---|---|
| | .m. | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositor named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|
| | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police department (If applicable) |
|---|---|---|---|
| | .m. | | |

### Surety Bond

| Name of surety | Address of surety | Telephone number |
|---|---|---|
| Dana Marcan | 1160 Woodbine Street Naugatuck 06770 | 2035595151 |

| License number | Insurance company | Total amount of bail licensed to give | Total amount now surety to (Exclusive of this case) |
|---|---|---|---|
| 831 | State Police | $ 2,109,000 | $ 1,815,000.00 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed | Date signed (Month, day, year) |
|---|---|
| ▶ Dana Marcan | 9/9/16 |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed |
|---|---|
| [signature] | 09-09-16 3:00 p.m. |

| Job title | Police department (if applicable) |
|---|---|
| Clerk | |

*For Court Use*
File date
8

Superior Court docket number
CR16-429118

(Continued on Page 2)

# CRIMINAL APPEARANCE BOND

JD-CR-4 Rev. 7-14
C.G.S. §§ 53a-172, 53a-173, 54-2a, 54-63c, 54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66, 54-65a, 54-95
P.B. §§ 38-1,2,3,6,7,8,9,21, 43-2

**Instructions**
*Original to Clerk of Court and copy to Defendant.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

## TO: Any Proper Officer of the State of Connecticut

| From (Name of Defendant) | Address of Defendant | Zip Code | Telephone number (Defendant) |
|---|---|---|---|
| Ciriello Mark S | 54 New Haven Av, Waterbury, CT | | |

| Judicial District or Geographical Area | Address of Court |
|---|---|
| GA 04 | 400 Grand St, Waterbury, CT 06702 |

| Crime(s) charged against defendant | Amount of bond | Appearance date and time (Less than 14 days from arrest date) |
|---|---|---|
| 53a-167a 53a-173 | $ 5,000.00 | 12/02/16 9A.m. |

I, the Defendant named above, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- ☐ Non-Surety Bond
- ☑ Surety Bond
- ☐ Cash Bond
- ☐ Real Estate Bond
- ☐ 10% Cash Bond (Must be authorized by a judge (P.B. § 38-4, 38-8))
- ☐ ______

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure To Appear and be subject to the following penalties:

1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both,** if I am charged with a Misdemeanor(s).
   **Five years in prison or $5,000 fine or both,** if I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below that were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form, and I understand the notices.*

**A. Special Conditions of Release** 1. Do not commit a federal, state or local crime.

54-56d exam ordered.

**B. Modified Conditions of Release**

| Signed (Defendant) | Date signed | Signed (Parent or guardian if minor) | Date signed |
|---|---|---|---|
| ▶ [signature] | 11/9/16 | | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police Department (If applicable) |
|---|---|---|---|
| [signature] | 11/9/16 7:04 p.m. | c/o | NHCC |

## Fill out the Appropriate Section Below if a Cash, 10% Cash or Surety Bond is Required

### Cash Bond

| Amount of bond | Type of bond | Amount deposited in words | Amount in numerals |
|---|---|---|---|
| $ | ☐ Cash ☐ 10% Cash | | $ |

| Deposited by Defendant | Name and address of Depositor (If not the Defendant) | Receipt number |
|---|---|---|
| ☐ Yes | | |

| Cash taken by (Signature of Police Officer, Bail Comm., Assistant Clerk) | Date and time bond taken | Name of Judge authorizing 10% bond (if applicable) |
|---|---|---|
| | .m. | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositor named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|
| | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police department (If applicable) |
|---|---|---|---|
| | .m. | | |

### Surety Bond

| Name of surety | Address of surety | Telephone number |
|---|---|---|
| Bryan Gayle | 363 Lynne Pl BPT | 203-673-5785 |

| License number | Insurance company | Total amount of bail licensed to give | Total amount now surety to (Exclusive of this case) |
|---|---|---|---|
| 002409569 | Accredited | $ 11,000 | $ 5,000 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed | Date signed (Month, day, year) |
|---|---|
| ▶ [signature] | 11-9-16 |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed |
|---|---|
| [signature] | 11/9/16 6:18 p.m. |

| Job title | Police department (if applicable) |
|---|---|
| c/o | NHCC |

*For Court Use*
File date
9
Superior Court docket number: U04W-CR16-0429154

(Continued on Page 2)

# CRIMINAL APPEARANCE BOND

JD-CR-4 Rev. 7-14
C.G.S. §§ 53a-172, 53a-173, 54-2a, 54-63c, 54-63d, 54-63e, 54-64a, 54-64b, 54-64c, 54-66, 54-65a, 54-95
P.B. §§ 38-1,2,3,6,7,8,9,21, 43-2

**Instructions**
*Original to Clerk of Court and copy to Defendant.*

STATE OF CONNECTICUT
**SUPERIOR COURT**
www.jud.ct.gov

## TO: Any Proper Officer of the State of Connecticut

| From (Name of Defendant) | Address of Defendant | Zip Code | Telephone number (Defendant) |
|---|---|---|---|
| Ciriello, Mark S. | 54 New Haven Ave, Waterbury, CT | | |

| Judicial District or Geographical Area | Address of Court |
|---|---|
| GA 04 | 400 Grand St Waterbury, CT 06702 |

| Crime(s) charged against defendant | Amount of bond | Appearance date and time (Less than 14 days from arrest date) |
|---|---|---|
| 53a-182, 53a-173 | $ 5,000.00 | 12/02/16 9A.m. |

I, the Defendant named above, understand that I am being released from custody under the Amount of Bond set above.

I promise to appear before the court named above on the Appearance Date and Time specified above and at any other place and time to which the charge(s) against me may be continued and in any other court to which the charge(s) against me may be transferred.

I also understand that I am being released on a:

- ☐ **Non-Surety Bond**
- ☑ **Surety Bond**
- ☐ **Cash Bond**
- ☐ **Real Estate Bond**
- ☐ **10% Cash Bond** (Must be authorized by a judge (P.B. § 38-4, 38-8))
- ☐ ______

in the above Amount of Bond, to insure my appearance as promised above, until final judgment is rendered.

I also understand that if I do not appear in court as I promised, I will be liable for the full Amount of Bond, including forfeiture of any amount deposited, and I will be committing the crime of Failure To Appear and be subject to the following penalties:

1. **Immediate rearrest, or issuance of a capias.**
2. **One year in prison or $2,000 fine or both, if** I am charged with a Misdemeanor(s).
   **Five years in prison or $5,000 fine or both, if** I am charged with a Felony(ies).

I also promise to satisfy all the special conditions stated below that were ordered by the court or a bail commissioner as a condition of my release on an Appearance Bond. I also understand that if I do not follow all of these conditions the court may modify or add additional conditions or revoke my release, and if I violate a condition of no contact or not to use or possess a dangerous weapon, I will be subject to arrest for violation of conditions of release.

*I have read/have had read to me the notices on page 2 of this form, and I understand the notices.*

**A. Special Conditions of Release** 1. Do not commit a federal, state or local crime.

[signature]

**B. Modified Conditions of Release**

| Signed (Defendant) | Date signed | Signed (Parent or guardian if minor) | Date signed |
|---|---|---|---|
| ▶ [signature] | 11/9/16 | | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police Department (If applicable) |
|---|---|---|---|
| [signature] | 11/9/16 7:04 p.m. | C/O | NHCC |

## Fill out the Appropriate Section Below if a Cash, 10% Cash or Surety Bond is Required

### Cash Bond

| Amount of bond | Type of bond | Amount deposited in words | Amount in numerals |
|---|---|---|---|
| $ | ☐ Cash ☐ 10% Cash | | $ |

| Deposited by Defendant | Name and address of Depositor (If not the Defendant) | Receipt number |
|---|---|---|
| ☐ Yes | | |

| Cash taken by (Signature of Police Officer, Bail Comm., Assistant Clerk) | Date and time bond taken | Name of Judge authorizing 10% bond (if applicable) |
|---|---|---|
| | .m. | |

I, the Depositor, understand that if the Defendant named above fails to appear in court as promised above, I will be liable for the full amount of bond, including forfeiture of any Amount Deposited. I also understand that upon discharge of the Bond, as specified above, the Amount Deposited will be returned to the Depositor named above, less any fee that may be required by statute.

| Signed (Depositor) | Date Signed |
|---|---|
| | |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed | Job title | Police department (If applicable) |
|---|---|---|---|
| | .m. | | |

### Surety Bond

| Name of surety | Address of surety | Telephone number |
|---|---|---|
| Bryan Gayle | 363 Lynne Pl BP | 203 673-5 [illegible] |

| License number | Insurance company | Total amount of bail licensed to give | Total amount now surety to (Exclusive of this case) |
|---|---|---|---|
| 0024069568 | Accredited | $ 11,000 | $ 5,000 |

I, the Surety named above, understand that if the Defendant named above fails to appear in court as promised above, I will be liable to the State of Connecticut for the above amount of bond.

| Signed | Date signed (Month, day, year) |
|---|---|
| ▶ [signature] | 11-9-16 |

*The above information and statements were subscribed and sworn to before me.*

| Signed (Police Officer, Assistant Clerk) | Date and time signed |
|---|---|
| [signature] | 11/9/16 6:5 p.m. |

| Job title | Police department (if applicable) |
|---|---|
| C/O | NHCC |

*For Court Use*

File date: 10

Superior Court docket number: U04W-CR16-0439718

(Continued on Page 2)

TRANSMISSION VERIFICATION REPORT

| | |
|---|---|
| TIME | : 07/30/2019 10:15 |
| NAME | : |
| FAX | : 2037575066 |
| TEL | : 2035730100 |
| SER.# | : BROG5J570156 |

| | |
|---|---|
| DATE,TIME | 07/30 10:02 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:12:50 |
| PAGE(S) | 42 |
| RESULT | OK |
| MODE | STANDARD |

FILE NO. 25027

MAY 12 2019

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

LAST STATEMENT END OF PLAINTIFFS TESTIMONY

I SPENT 6 MONTHS LOCKED UP IN PRISON CONFINED TIME.WITH A TOTAL OF 10 MONTHS OF FINICIAL HARDSHIP,AND PAID BOND MONEY, FOR A TOTAL OF ABOUT 3000 DOLLARS.ALSO PAID CAR TOWING,FOR A TOTAL OF 400 DOLLARS,AND MY INSURANSE COMPANY PAID FOR A TOW, ALSO.THE MEDICAL BILLS FOR EMERGENCY ROOM,AND AMBULANSE,AND HOSPITAL BILLS WERE PAID FOR SOME HOW THRU INSURANCE.OR THEY DID NOT GET PAID.

I DID NOTHING WRONG.DID NOTHING TO BRAKE THE LAW.

I AM ASKING THE STATE FOR 8000 DOLLARS,OR 10 THOUSAND DOLLARS.TO HELP RELIEF,THIS WRONGFULL INCARCERATION,AND THE SO CALLED VICTOMS PLOT.AGAINST

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

July 24, 2019

Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
stephen.finucane@ct.gov

Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

**RE: CLAIM OF MARK CIRIELLO - FILE NO. 25027**

Dear Attorney Finucane and Mr. Ciriello:

Enclosed is an order in the above-captioned matter.

Very truly yours,

Christy Scott
Claims Commissioner

CS/tmd

CC: terrence.oneill@ct.gov

Encl.

12

FILE NO. 25027 MAY 12 2019

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

LAST STATEMENT END OF PLAINTIFFS TESTIMONY

I SPENT 6 MONTHS LOCKED UP IN PRISON CONFINED TIME.WITH A TOTAL OF 10 MONTHS OF FINICIAL HARDSHIP,AND PAID BOND MONEY, FOR A TOTAL OF ABOUT 3000 DOLLARS.ALSO PAID CAR TOWING,FOR A TOTAL OF 400 DOLLARS,AND MY INSURANSE COMPANY PAID FOR A TOW, ALSO.THE MEDICAL BILLS FOR EMERGENCY ROOM,AND AMBULANSE,AND HOSPITAL BILLS WERE PAID FOR SOME HOW THRU INSURANCE.OR THEY DID NOT GET PAID.

I DID NOTHING WRONG.DID NOTHING TO BRAKE THE LAW.

I AM ASKING THE STATE FOR 8000 DOLLARS,OR 10 THOUSAND DOLLARS.TO HELP RELIEF,THIS WRONGFULL INCARCERATION,AND THE SO CALLED VICTOMS PLOT,AGAINST PLAINTIFF.WHICH MAY OR MAY NOT INCLUDE HER ATEMPTING TO GET MY LAWSUIT ON THE GOVT,OR MY LAWSUIT ON THE LANDSCAPING.

Mark S. Ciriello

MARK S.CIRIELLO PLAINTIFF

MARK S.CIRIELLO 480 SOUTH MAIN ST. WATERBURY,CT. 06706
203-525-5081

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

April 24, 2018

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO- FILE NO. 25027**

Dear Mr. Ciriello:

Please respond to the Respondent's **Motion to Dismiss dated April 21, 2018** by **May 24, 2018.** Unless you file a response in opposition by that date, the Motion may be granted.

Please send a copy of your response to Assistant Attorney General Stephen R. Finucane.

Very truly yours,

Tara M Dupont

Tara M. Dupont
Paralegal Specialist

/idm

CC: stephen.finucane@ct.gov
terrence.oneill@ct.gov

*An Affirmative Action/Equal Employment Opportunity Employer*

GEORGE JEPSEN
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of the Attorney General
State of Connecticut

# MEMORANDUM

Date: April 2, 2018

To: Honorable Christy Scott
Office of the Claims Commissioner
450 Columbus Boulevard
North Tower, Suite 203
Hartford, CT 06103

From: Stephen R. Finucane
Assistant Attorney General
Office of the Attorney General
Public Safety Department
110 Sherman Street
Hartford, CT 06105

Subject: **Claim of Mark Ciriello v. State of Connecticut**
**File No. 25027**

---

Please enter my Appearance as Attorney for the Respondent, State of Connecticut in the above-entitled Claim.

Dated at Hartford, Connecticut this 2nd day of April, 2018.

Stephen R. Finucane
Assistant Attorney General

SRF:nmd

cc: Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

FILE NO. 25027

MARK S.CIRIELLO

APRIL 6 2019

V

THE STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING TESTIMONY

IT FELT LIKE DIEING FROM MY DEATH.MY WHOLE BODY SHUTTING DOWN.,MY RESPITORY SYSTEM SHUTTING DOWN,AS I LAID TO SLEEP.

AS I CALLED FOR AMBULANCE,TO GO TO EMERGENCY ROOM,THE STATE HAS MY PERMMISION TO OBTAIN BLOOD WORK AND MEDICAL RECORDS.FROM WATERBURY HOSPITAL.

I BELIEVE IT WAS FROM THE POTTERY SHE MADE.I WAS VERY SCARED BECAUSE I DID NOT KNOW IF THE RED SPOTS WOULD GO AWAY.

I WAS HOSPITALIZED TWICE,I BELIEVE FROM THE COFFEE MUGS. AND PLATES.

I FELT DEATH FOR THREE SECONDS.

MARK S.CIRIELLO 34 PROSPECT ST.APT.7L WATERBURY,CT. 06702

203-525-5081 Mark S.Ciriello

FILE NO.25027 MARCH 15 2019

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING TESTIMONY

ABOUT THE SAME TIME I BEGAN USING HER POTTERY,I BROKE OUT IN RED SPOTS ON MY CHEST,STOMACH,LEFT AND RIGHT ARMS. I GOT ADMITTED TO THE EMERGENCY ROOM,THEN HOSPITAL. THE HOSPITAL SAID TO BATH IN A DANDRUFF SHAMPOO. IT WENT AWAY IN ABOUT A MONTH OR SO.

IT IS VERY CLEAR THAT THE SO CALLED VICTOM HATED ME, WITHOUT THE TESTIMONY ABOVE.

SHE HAS NO INSURANCE,SHE HAD MY LICENCE PLATE COPIED,AN SHE FONDLED ME,AND I GOT HER BUSINESS CARD,FROM HER POTTERY BUSINESS.WHICH MENT SHE WANTED PEOPLE TO CALL HER.

HER SNEAKY,WAYS ABOUT GETTING MY NAME,AN ADRESS IS PREMEDITATED BY COPIED MY LICENCE PLATE BEFORE HER PLOT OF GETTING POLICE.AND THE REQUEST FOR POLICE EMERGENCY,WAS FRAUDULENT.

MARK S.CIRIELLO 34PROSPECT ST.APT 7L WATERBURY,CT.06702
203-525-5081 Mark S. Ciriello

MARCH 9 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING ARGUMENTS

I BOUGHT 500-700 DOLLARS WORTH OF CUSTOM PAINTED POTTERY, INCLUDING THE CHRISTMAS TREE.

THE SECOND VOICEMAIL I LEFT,WHEN SHE SUMMONDED WATERTOWN POLICE TO MY HOME AND ARRESTED ME,TRUTHFULLY I DID DROP A MUG ASKING HER IF SHE COULD REPLCE IT.I KNEW FROM HER RESPONCE HAVING ME ARRESTED ,I KNEW SHE WAS EVIL,AND TO THROW AWAY EVERYTHING SHE MADE,SHE JUST CANNOT BE TRUSTED DEALING WITH CUSTOM POTTERY SHE MADE.THERE FOR IT WAS A BUSINESS CALL VOICEMAIL.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.
203-525-5081

Mark S. Ciriello

MARCH 4 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING ARGUMENTS AND
SETTLEMENT CONFERANCE

THE SO_CALLED VICTOM HAD NO RIGHT TO SUMMOND POLICE, I DID ,OR SAID NOTHING TO RENDER POLICE.

HER CALLS FOR POLICE,WERE HER OWN PROBLEM,AS A BUSINESS OWNER.AND MYSELF BEING A CUSTOMER.

ENOUGH TESTIMONY,HAS BEEN FILED TO DISCUSS SETTLEMENT.A CONFERENCE ON SETTLEMENT IS REQUESTED.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT. 06702
203-525-5081 Mark S. Ciriello

FILE NO. 25027 FEBRUARY 10 2019

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

TO BENEFIT MY MENTAL HEALTH I HAVE A COMMERCIAL TRACTOR TRAILOR LICENCE SO I HAD 19 YEARS OF MEDICAL EXAMINATIONS. ALWAYS GETTING PASS,FROM THE EXAMINATIONS DOCTOR.

BUT IN 2019,I DESIDED TO DOWNGRADE TO JUST A REGULAR DRIVERS LICENCE.

MARK S CIRIELLO 34 PROSPECT ST.WATERBURY,CT.06702
203-528-8207 Mark S. Ciriello

JANUARY 31 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

THE PUBLIC ATTORNEY WOULD NOT CONSULT ME ABOUT WHAT HAPPENED, WATERBURY SUPERIOR COURT WAS MAKING IT A MENTAL HEALTH ISSUE. ABOUT TAKING MEDICATION.

WATERBURY SUPERIOR DID NOT CARE WHAT THE TRUE FACTS WERE.

AND YOU CANNOT SPEAK TO THE JUDGE.I TRIED AND THE PUBLIC ATTORNEY SAID NOT TO SPEAK.TO DEFEND MYSELF.

TO MAKE A LONG STORY SHORT,MY FATHER STARTED THIS MENTAL HEALTH ISSUE,AS A WAY TO GET ME BACK FOR PAYING YEARS CHILD SUPPORT MONEY EVERY WEEK BACK IN 1993.MY OLDER BROTHER WAS INVOLVED TO.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT.06702 APT.7L
203-528-8207 Mark S. Ciriello

JANUARY 27 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

THE SO CALLED VICTOM RAN A BUSINESS,I WAS A CUSTOMER. SHE IS RESPONSIBLE,FOR MY WELL BEING,WHILE I AM AT HER BUSINESS.

DID THE SO CALLED VICTOM EVEN HAVE BUSINESS INSURANCE. I GOT HER PHONE NUMBER FROM THE BUSINESS CARD THAT I GOT FROM HER BUSINESS.

WATERBURY SUPERIOR COURT ACTED FROM HATRED THAT WAS FROM THE SO CALLED VICTOM.JUDGING FROM THE COMPLAINT IT IS SAFE TO SAY SHE DID HATE ME.

PLEASE TRY TO REMEMBER SHE FONDLED MARK S.CIRIELLO, BY HOLDING HANDS THE FIRST DAY WE MET.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702
203 528-8207
Mark S. Ciriello

JANUARY 17 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE SO CALLED VICTOM MUST OF HAD MY LICENCE PLATE COPIED.BECAUSE I NEVER TOLD HER MY NAME CAUSE SHE NEVER ASKED. IF THAT IS TRUE IT WAS COPIED BEFORE HER PLOT UNFOLDED. HER MALICE PLOT OF GETTING POLICE.

I ALSO NEVER TOLD HER MY ADDRESS.BUT SHE KNEW IT WAS IN WATERBURY SOMEWHERE.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702
203-528-8207 Mark S. Ciriello

JANUARY 2 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

MOTION TO RAISE RELIEF

RESPECTFULLY THE PLAINTIFF RAISES RELIEF 2000 DOLLARS. MAKING THE RELIEF 10000 DOLLARS.

THIS WILL RELIEVE THE DEFAMATION,AN AGRAVATION OF BEING WRONGFULLY INCARCERATED.

MARK S.CIRIELLO 34PROSPECT ST.APT 7L WATERBURY,CT.06702
203-528-8207

Mark S. Ciriello

NOVEMBER 24 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

MR.MARK S.CIRIELLO HAS A MALPRACTICED MEDICAL ISSUE.TO MAKE A LONG STORY SHORT,HE HAS ABOUT TEN TO FIFTHTEEN BEEN HOSPITALIZED FOR NO REASON AT ALL.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528 8207 Mark S. Ciriello

NOVEMBER 14 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

DID THE WATERTOWN DETECTIVES,OR WHOEVER THE MAN AND WOMEN WERE VIOLATE MY RIGHTS.BY NOT HAVING WATERBURY POLICE PRESENT.

THEY ALSO WERE UP THE STAIRCASE ADJUNCT THE KITCHEN.

AS STATED ABOVE THE WATERBURY POLICE WAS NOT PRESENT DURING QUESTIONING.WATERBURY POLICE RESPONED AFTER WORDS TO TAKE ME TO THE POLICE STATION IN WATERBURY.THE WATERTOWN DETECTIVES WERE OUT OF THEIR JURISDITION,AND WATERBURY POLICE SHOULD HAVE BEEN THEIR FIRST.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702

203 528 8207 Mark S. Ciriello

FILE NO. 25027

JULY 29 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE WATERTOWN DETECTIVE THAT CAME TO MY HOUSE,AND CHARGED ME WITH HARASSMENT AND INTERFERING,OVER REACTED BY CHARGING ME WITH THE CHARGES.I DID NOTHING WRONG.

PERHAPS THE SO CALLED VICTOM THREATENED LEGAL ACTION AGAINST THE TOWN,IF THEY DID NOT RESPONED.BUT EITHER WAY,I DID NOTHING WRONG.IT IS JUST THE MALICE WAY THE SO CALLED VICTOM ACTED.

IT IS STATED ALREADY IN THE COMPLAINT THAT THE SO CALLED VICTOM MUST HAVE HATED ME TO CALL POLICE.IT IS EITHER THAT OR SHE WANTED TO SUE A MUNICIPALITY.

THE SO CALLED VICTOM MUST NOTIFY ME IMMEDIATLY,IF SHE NO LONGER WANTS ME AS A CUSTOMER,RATHER THAN USE MALICE ACTION AGAINST ME.THE DEFINITION OF MALICE IS IN THE COMPLAINT.

MARK S.CIRIELLO 34 PROSPECT ST.APT7L WATERBURY,CT.06702

Mark S. Ciriello

FILE NO. 25027

AUGUST 19 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

MOTION FOR SETTLEMENT CONFERENCE

DISCUSS SETTLEMENT WITH ASSISTANT ATTORNEY GENERAL STEPHEN R. FINUCANE.

SETTLEMENT IS 8000 DOLLARS.THE SO CALLED VICTOM MUST HAVE HATED ME TO CALL 911 TWICE TILL I WAS ARRESTED.WATERBURY SUPERIOR COURT ACTED FROM HATRED BY THE SO CALLED VICTOM. BETWEEN EVERYTHING SHE MADE A SHAME OUT OF DOING BUSINESS WITH HER,TURNING TO REGRET.THERE IS NO NEED TO WORRY,BECAUSE THE DEFENDANT HERE OF WILL APPLY A SETTLEMENT OF 8000.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT. 06702
203 528 8207 Mark S. Ciriello

FILE NO. 25027

JULY 5 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

IF THIS CASE IS NOT SETTLED HEREOF THE RELIEF WILL BE RAISED TO 16 THOUSAND DOLLARS AND I WILL GET IT BECAUSE I WAS A CUSTOMER TO THE SO CALLED VICTOM.

AS STATED ALLREADY MAYBE THE SO CALLED VICTOM WAS JEALOUS OF MY LAWSUIT ON THE GOVT,BECAUSE THE ARREST CAUSED IT TO BACK UP 10 MONTHS.

THE REASON FOR RELIEF ONE FULL YEAR OF WORKING WITH HER ON CUSTOM ORDERED POTTERY,TEN MONTHS OF COURT,JAIL,BAIL.TEN MONTHS OF PENDING LITIGATION HERE OF. ONE YEAR PROBATION WHEN I DID NOTHING WRONG.

THE STATE IS LUCKY I DID NOT LOSE EVERYTHING,I HAD A STORAGE UNIT FILED WITH MY VALUABLES,AND A CAR.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT. 06702

18 Mark S. Ciriello

FILE NO. 25027

JUNE 5 2018

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE PLAINTIFF WAS SLANDERED BY THE SO CALLED VICTOM, THE WATERTOWN DETECTIVES,WATERBURY SUPERIOR COURT.

THE DEFINITION OF SLANDERED IS SLANDER 1 THE UTTERANCE OF FALSE CHARGES OR MISREPRESENTATIONS WHICH DEFAME AND DAMAGE ANOTHERS REPUTATION 2 A FALSE AND DAMAGE DEFAMATORY ORAL STATEMENT ABOUT A PERSON.

SLANDEROUSLY,SLANDEROUS,SLANDEROUSNESS SLANDER ,SLANDERED SLANDERING,SLANDER DEFAME,MALIGN MEAN TO INJURE BY SPEAKING ILL SLANDER STRESSES THE SUFFERING THE VICTOM REGARDLESS OF THE INTENT OF THE SLANDERER DEFAME STRESSES THE ACTUAL LOSS OF OR INJURY TO ONES GOOD NAME AND REPUTE.MALIGN USUALLY SUGGESTS THE OPERATION OF HATRED,PREJUDICE,OR BIGTRY OFTEN BY SUBTLE MISREPRESENTATION RATHER THAN DIRECT ACCUSATION MALIGNED AND PERSECTED BY EVIL FORCES.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT.06702

Mark S. Ciriello

FILE NO. 25027

MAY 26 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE DEFINITION OF DEFAMATION IS THE ACT OF DEFAMING,INJURY TO THE GOOD NAME OF ANOTHER.

POSSABLY IN THE NEWS PAPER,THE STATE MAKES CASES,CHARGES AND YOUR NAME PUBLIC.

THE STATE IS RESPONSIBLE FOR DEFAMING MY SELF,AND NAME.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT 06702
203 528 8207

Mark S. Ciriello

MAY 24 2018

FILE NO.25027

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

ADDITIONAL TESTIMONY TO OBJECTION TO DISMISS
DUE MAY 24 2018

THE STATE OF CONNECTICUT IS A DEFENDANT BECAUSE (NEW LAWS ON VOICEMAIL)WHICH WOULD INCLUDE THE (THE STATE OF CONNECTICUT), GENERAL ASSEMBLY TO REVIEW AND SET NEW LAWS FOR VOICEMAILS.

THE STATE OF CONNECTICUT IS A DEFENDANT BECAUSE (I WAS VIOLATED BY WATERBURY SUPERIOR COURT,THE WATERTOWN DETECTIVES THAT CAME TO MY HOME,AND CHARGED ME WITH HARASSMENT AND INTERFERING WHEN I WAS INNOSENT).

VIOLATED BY PUBLIC DEFENDER FOR SENDING ME TO WHITING, WHEN THERE WAS NOTHING WRONG WITH ME.FOR 90 DAYS.

THRU THIS I WAS PAYING BAIL ,LISTED IN THE COMPLAINT WHICH CAUSED A FINANCIAL HARDSHIP.

MARK S CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY CT.06702
203 528 8207

Mark S. Ciriello

MAY 10 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

THE SO CALLED VICTOM HAD MY PHONE NUMBER,SHE SHOULD HAVE CALLED ME ON THE PHONE.AND TELL ME IM NO LONGER WELCOME.

THE CORRECT DATE OF WRONGFUL OR FALSE INCARCERATION ARE FROM SEPTEMBER 1 TO JUNE 29.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702

Mark S. Ciriello

APRIL 29 2018

FILE NO.25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

OBJECTION TO MOTION TO DISMISS AND MOTION TO CONFER SETTLEMENT

THE COMPLAINT IN ITS ENTIRITY IS PERFECT,SHOWING STATE JURISDITION,BY THE STATE OF CONNECTICUT JUDICIAL SYSTEM WRONGFUL OR FALSE INCARCERATION.THE PUBLIC DEFENDER MIKE RICHARDS,WOULD NOT EVEN CONSULT ME FOR MY SIDE OF THE STORY.

THE TWO DETECTIVES CAME TO MY HOUSE,I WAS INSIDE,MINDING MY OWN BUSINESS,THE DOORBELL RINGS AND THEY CHARGE ME WITH HARASSMENT,AND INTERFERING.WHEN I DID NOTHING WRONG,PLEASE TRY TO REMEMBER I WAS A PAYING CUSTORMER.

THE STATE MUST ENTERTAIN THE ENTIRE RELATIONSHIP OF SO CALLED VICTOM STARTING THE FIRST DAY I MET THE SO CALLED VICTOM.AS SHE FONDLED MARK S.CIRIELLO THRU HOLDING HANDS THE FIRST DAY WE MET.THE DEFINITION OF FONDLED IS TO TOUCH OR HANDLE IN A TENDER OR LOVING MANNER.

WRONGFUL OR FALSE INCARCERATION WAS FROM SEPTEMBER 1 TO JUNE 1.PLUS PROBATION WHICH IS NOW OVER WITH.

THE STATE MUST REPRESENT THE CT.JUDICIAL SYSTEM.WHICH I WAS VIOLATED,THE STATE MUST REPRESENT ALL ASPECTS OF THE SO CALLES VICTOMS CALLS TO POLICE FROM TWO VOICEMAILS. WHICH SHE WAS USING MY OWN VOICE MAILS AGAINST ME



MARK S.CIRIELLO 34PROSPECT ST.APT 7L WATERBURY CT.06702
203 528 8207 Mark S. Ciriello

FILE NO.25027

CONTINUED FROM FIRST PAGE

I WAS A PAYING CUSTOMER FOR THE CUSTOM MADE POTTERY.WHICH I HAD TO DRIVE BACK AND FORTH TO HER BUSINESS IN WATERTOWN. AND ARRANGE ON MY BAKERS RACK.USING TO EAT AND DRINK OFF OF.

I SPENT 4000 DOLLARS ON THIS MATTER,RELIEF IS 8000,that IS ONLY 4000 FOR THE FALSE INCARCERATION,OF BEING ARRESTED FOR NO REASON

WHY DIDNT THE SO CALLED VICTOM JUST TELL ME ON HER OWN, THAT I WAS NO LONGER WELCOME.SHE HAS THE DEFENDANTS TELL ME. BY ARREST OF THIS MALICE CRIME BY VICTOM



MARK S.CIRIELLO 34 PROSPECT 7L WATERBURY CT.06702

Mark S. Ciriello

APRIL 13 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

POSITION STATEMENT

THE SO CALLED VICTOM,MUST HAVE HATED ME.TO CALL POLICE TWICE TILL I WAS ARRESTED.SHE WAS MAKING CUSTOM COFFEE MUGS, CUSTOM PLATES,CUSTOM BOWLS FOR ME.I WAS PAYING HER CASH MONEY.

SHE WAS HOLDING MY HAND ON THE FIRST DAY WE MET,BUYING THE CHRISTMAS TREE.I THOUGHT WE WERE FRIENDS,SO ONE YEAR LATER I ASKED HER OUT FOR A DRINK,A CELEBRATION,OF HER MOVING,AND ME PERSUING MY LAWSUIT AGAINST THE STATE.

SHE SHOULD HAVE JUST SAID NO,BUT SHE MADE A BIG DEAL OUT OF IT.

THE SECOND TIME I CALLED HER I ASKED ON VOICEMAIL,IF SHE COULD MAKE ANOTHER MUG REPLACE,A MUG THAT GOT BROKEN,THAT IS WHEN I GOT ARRESTED,I WAS JUST USED TO HER BECAUSE I DID BUSINESS FOR ONE YEAR WITH HER.

ASK THE PUBLIC DEFENDER HOW LONG I DID INCARCERATED IT IS MORE LIKE 10 MONTHS BUT I GOT OUT ON BAIL 3 TIMES.AND FOR WHAT ASKING SOMEBODY OUT FOR A DRINK.RELIEF SHOULD BE 10,000 to 15,000.BUT I WILL SETTLE FOR 8000 DOLLARS.

I WAS EATTING,AND DRINKING FROM THE MERCHANDISE SHE WAS CUSTOM MAKING.

I AM CLAIMING PAIN AND SUFFERING FROM THE ANKLE CUFFS, AND HAND CUFFS,BECAUSE IT HURT.I HAD TO OVER COME MORE PAIN AND SUFFERING FROM OTHER ASPECTS OF THE ARREST.

MARK S.CIRIELLO 34 PROSPECT ST,APT 7L WATERBURY,CT.06702

 Mark S. Ciriello

MARCH 27 2018

FILE NO. 25027

AS LEFT AND RIGHT CAN GET MIXED UP SOMETIMES,IT WAS THE RIGHT HAND THAT THE SO CALLED VICTOM REACHED FOR TO EMBRACE,PLEASE NOTE THE CORRECTION.

I DID NOT INTERFER WITH POLICE IN ANY WAY.I AM A SMALL PERSON,120lbs.I NO BETTER TO DO THAT TO ANYBODY.

MAYBE THE SO CALLED VICTOM LIED TO GET POLICE ASSISTENCE, AND HOW DID SHE GET IT.

MAYBE FROM THE BEGINNING SHE WAS JEALOUS OF MY LAWSUIT ON THE GOVERNMENT.

I ALSO DID NOT HARASS ANYBODY EITHER.

REMEMBER SHE WAS MOVING OUT OF HER BUSINESS,

MARK S CIRIELLO 34 PROSPECT ST. WATERBURY CT. APT 7L 06708

Mark S. Ciriello

MARCH 8 2018

FILE NO. 25027

TO SUMMERIZE THIS MATTER MORE CLEARLY, WHEN I WAS FIRST FALSELY INCARCERATED, OR ARRESTED I WAS TALKING ABOUT LANDSCAPING WITH THE WATERTOWN DETECTIVE, WHEN I REALIZED HE KNEW MORE THAN I WAS STATING ABOUT LANDSCAPING, SO I THOUGHT MAYBE THE SO CALLED VICTOM SAID SOMETHING.

THAT IS WHEN I FIRST WORRIED ABOUT THE LAWSUIT BEING PUBLIC.

I SHOULD NOT HAVE BEEN ARRESTED STEMING FROM TWO VOICEMALS, DEEMING FROM WHAT I SAID, I WAS DOING BUSINESS FOR ABOUT A YEAR, SPENDING MONEY FOR POTTERY, I WAS A CUSTOMER.

HOW LONG DID SHE HAVE THIS MALICE PLOT PLANNED.

MARK S.CIRIELLO 34PROSPECT ST APT 7L WATERBURY,CT. 06702

 Mark S. Ciriello

FILE NO. 25027

JANUARY 21 2018

THE PLAINTIFF IS ENTITLED TO 500.00 BOND MONEY. 1400.00 BOND MONEY,AND 700.00 BOND MONEY.

CAR TOWING 400.00,AND WHATEVER IT COSTED MY INSURANCE COMPANY TOWING CAR RELITIVES DRIVEWAY.

AND 300.00 DAMAGE TO CAR TOWING FROM FAILURE TO APPEAR

AS CLAIMED I WAS IN COURT THE CORRECT DAY TOLD TO GO HOME BY PUBLIC DEFENDR.

THE CAR HAD TO BE TOWED TWICE AS A RESULT OF THIS MALICE CRIME BY SO CALLED VICTOM.

AND 700.00 THE REFUND OF POTTERY .

THE PLAINTIFF WILL GET THE REQUESTED RELIEF BECAUSE SHE TOUCHED ME,OR HOLDING HANDS,EMBRACING IN A HANDSHAKE. THE FIRST DAY WE MET.

THE PUBLIC DEFENDER WOULD NOT EVEN CONSULT ME,ONCE HE TOLD ME TO SHUTUP.

THE SOCALLED VICTOM IS OLD ENOUGH TO HANDLE THINGS ON THEIR OWM,WITHOUT POLICE HELP,

MARK S CIRIELLO 34 PROSPECT ST APT 7L WATERBURY CT.

Mark S. Ciriello

FILE NO. 25027

JANUARY 12 2018

COULD YOU IMAGINE BUYING COFFEE MUGS,PLATES,BOWLS AND OTHER THINGS,THEN THE PERSON WHO MADE IT,HAS YOU ARRESTER FOR MALICE REASONS.

I DEMAND A FULL REFUND OF THE PURCHASES,AS EVERTHING BOUGHT,GOT THROWN AWAY.

ALL THE DRIVING I DID FROM WATERBURY TO HER BUSINESS. AND SHE WANTED TO TURN TO A SHAME,WELL I DID NOT DRIVE ALL THE WAY TO HER BUSINESS TO GET ARRESTED .

I DROVE FROM WATERBURY TO WATERTOWN HER BUSINESS 10 TIMES,OR MORE.



MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY CT.06702

Mark S. Ciriello

DECEMBER 16 2017

FILE NO. 25027

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

DID THE SO CALLED VICTOM TRY TO ENTICE MARK S CIRIELLO THE DEFINITION OF ENTICE IS TO ATTRACT BY AROUSING HOPE OR DESIRE,BY FEELING,MARK S CIRIELLO DURING AHANDSHAKE OR HOLDING HANDS,ON THE FIRST DAY WE MET.

THE ANSWER WOULD BE YES.

MARK S CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT 06702

Mark S. Ciriello

NOVEMBER 10 2017

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

AS STATED IN THE COMPLAINT ALREADY SHE WANTED TO FEEL ME BY EMBRACING IN A HANDSHAKE.

THERE WE WERE HOLDING HANDS ON THE FIRST DAY I MET HER.

MARK S CIRIELLO 34 PROSPECT ST.WATERBURY,CT.06702

Mark S. Ciriello

NOVEMBER 5 2017

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

WHAT THE SO CALLED VICTOM DID TO ME IS MALICE.THE DEFINITION OF MALICE IS THE DELIBERATE INTENTION OF DOING UNJUSTIFIED HARM FOR THE SATISFACTION OF DOING IT.

THE SO CALLED VICTOM MOVED OUT OF HER BUSINESS WHEN I WAS PAYING BAIL.THE VICTOM SO CALLED ,GOT A PROTECTION ORDER ON ME THEN SHE CLOSES BUSINESS THERE AFTER I WAS PAYING BAIL

ALL CONTACT WITHE SO CALLED VICTOM WAS ON VOICEMAIL THE TWO CALLS THAT THEY CALLED POLICE.

THIS IS SO MALICE MAYBE THEY ALTERED THE VOICE MAILS, IT IS POSSABLE TO DO THAT.

THE SO CALLED VICTOM TOLD ME IN PERSON SHE WAS MOVING WHEN I GAVE THE SO CALLED VICTOM THE 40 DOLLARS DEPOSIT.



MARK S CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY CT.06702

Mark S. Ciriello

MARK S CIRIELLO
VS
STATE OF CONNECTICUT JUDICIAL BRANCH

OCTOBER 31 2017

I AM SUSPECTING THE SO CALLED VICTOM AND SOMEONE IN HER FAMILY WENT ON LINE AND STOLE MY RESEARCHING ON THE EFFECTS OF LANDSCAPING.I ALSO TOLD THE SO CALLED VICTOM THAT THE CLAIM COMMISSIONER GAVE ME SCHEDULEING ORDERS,AND ACCEPTED THE CLAIM.SOON AFTER THAT PAUL VANSE JR RETIR ED.AND A NEW COMMISSIOER DISMISSED THE CLAIM.I GOT A BIG MOUTH SOMETIMES SO I WILLACCECT WHAT EVER CAME FROM THAT STATEMENT.

I WAS IN THE 3 DISTRICT COURT FROM 2000 to 2005 and the researchi ng IS PUBLIC.I AM SUSPECTING THIS BECAUSE THE SO CALLED VICTOMS CRIME IS SO MALICE FOR WHAT THEY DID TO ME.WOULD THE PUBLIC DEFENER CHECK TO SEE IF THERE WAS A CLAIM FILED.



MARK S CIRIELLO 34 PROSPECT ST. WATERBURY CT.

Mark S. Ciriello

whenever and however raised."). Until he demonstrates that the relevant conviction(s) were invalidated, his claim for damages based on such conviction(s) is not ripe for adjudication, as courts have held on a variety of occasions. *See, e.g.*, *Tierinni v. Coffin*, 60 Conn. L. Rptr. 450, 2015 WL 3798179, at *3 (Conn. Super. Ct. May 21, 2015); *Heck v. Humphrey*, 512 U.S. 477 (1994). This deprives the tribunal of subject-matter over the entire matter and renders the action subject to dismissal.

## III. CONCLUSION

The Commissioner should grant the motion and dismiss the claim entirely.

RESPONDENT
State of Connecticut

GEORGE JEPSEN
ATTORNEY GENERAL

BY:__________________________

Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Juris No. 437433
E-Mail: stephen.finucane@ct.gov

I SPENT 4500.00 IN BAIL AND TOWING MY CAR,I WAS THERE ON THE COURT DATE ,THE PUBLIC DEFENDER TOLD ME TO GO HOME AND CHAGED ME WITH FAILURE TO APPEAR ,WHEN I WAS THERE ON THE CORRECT DATE.

RELIEF IS 8000.00 DOLLARS



MARK S.CIRIELLO 34 PROSPECT ST. WTBY,CT 06702

Mark S. Ciriello

SEPTEMBER 12 2017

MARK S.CIRIELLO
VS
STATE OF CONNECTICUT JUDICIAL BRANCH

I WAS FALSELY INCARERATED FOR 6 MONTHS BECAUSE THE SO CALLED VICTOM CALLED POLICE TWICE ON ME BECAUSE I ASKED HER OUT FOR A DRINK,AND CALLED AGAIN TO SEE IF SHE COULD MAKE ANOTHER COFFEE MUG THAT GOT BROKEN.

THE FIRST DAY I MET THE SO CALLED VICTOM SHE WANTED TO EMBRACE MY LEFT HAND BY EXTENDING HER HAND TO MY LEFT HAND SHE WANTED TO FEEL ME BY EMBRACING IN A HANDSHKE,I WAS AT HER BUSINESS,MAKING A PURCHASE OF A CHRISTMAS TREE.

THE CHRISTMAS TREE COST 140.00 DOLLARS.FROM THAT DAY A YEAR WENT BY,BUYING ABOUT 700.00 DOLLARS IN POTTERY,CUSTOM MADE COFFEEMUGS WITH FLOWER PRINTS,A BOWL WITH FLOWER PRINTS TWO GLASS PLATES WHICH COST 80.00 DOLLARS.

I BOUGHT VASES TO,OF WHICH SHE OWES ME THE DEPOIT OF 40.00 DOLLARS.I ALSO BOUGHT SMALLER POTTERY,OF WHICH SHE WANTED TO GIVE ME FOR FREE,BUT I EXPLAINED TO HER I WANTED TO PAY AND DID.

ON THE FIRST DAY I MET HER,BUYING THE CHRISTMAS TREE SHE ASKED IF I WORK IN WATERBURY,I TOLD HER I HAVE A LAWSUIT ON THE GOVERNMENT.MY LAWSUIT AGAINST THE STATE MIGHT HAVE BEEN MADE PUBLIC AND I DID NOT KNOW UNTIL THE WATERTOWN DETECTIVE TOLD ME.

MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT 06702

Mark S. Ciriello

1 NEXT PAGES

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

April 5, 2018

Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
stephen.finucane@ct.gov

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO - FILE NO. 25027**

Dear Attorney Finucane and Mr. Ciriello:

Enclosed is an order in the above-captioned matter.

Very truly yours,

Tara Dupont
Clerk

/idm

CC: terrence.oneill@ct.gov

Encl.



A

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

December 1, 2017

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 25027** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a **position** or **recommendation.** After review, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note that once an Assistant Attorney General files an appearance a copy of any further correspondence to this office needs to be sent to the Assistant Attorney General.**

While insurance coverage, or lack thereof, does not directly impact the merits of your claim, you should pursue any such coverage if available.

Very truly yours,

Erika Searles

Erika Searles
Processing Technician

*An Affirmative Action/Equal Employment Opportunity Employer*

B

RECEIVED
P.M. 10/5/17
OCT 10 2017
OFFICE OF CLAIMS COMMISSIONER
STATE OF CONNECTICUT

FILE
#: 25027

MARK S.CIRIELLO
VS
STATE OF CONNECTICUT JUDICIAL BRANCH

SEPTEMBER 12 2017

I WAS FALSELY INCARERATED FOR 6 MONTHS BECAUSE THE SO CALLED VICTOM CALLED POLICE TWICE ON ME BECAUSE I ASKED HER OUT FOR A DRINK,AND CALLED AGAIN TO SEE IF SHE COULD MAKE ANOTHER COFFEE MUG THAT GOT BROKEN.

THE FIRST DAY I MET THE SO CALLED VICTOM SHE WANTED TO EMBRACE MY LEFT HAND BY EXTENDING HER HAND TO MY LEFT HAND SHE WANTED TO FEEL ME BY EMBRACING IN A HANDSHKE,I WAS AT HER BUSINESS,MAKING A PURCHASE OF A CHRISTMAS TREE.

THE CHRISTMAS TREE COST 140.00 DOLLARS.FROM THAT DAY A YEAR WENT BY,BUYING ABOUT 700.00 DOLLARS IN POTTERY,CUSTOM MADE COFFEEMUGS WITH FLOWER PRINTS,A BOWL WITH FLOWER PRINTS TWO GLASS PLATES WHICH COST 80.00 DOLLARS.

I BOUGHT VASES TO,OF WHICH SHE OWES ME THE DEPOIT OF 40.00 DOLLARS.I ALSO BOUGHT SMALLER POTTERY,OF WHICH SHE WANTED TO GIVE ME FOR FREE,BUT I EXPLAINED TO HER I WANTED TO PAY AND DID.

ON THE FIRST DAY I MET HER,BUYING THE CHRISTMAS TREE SHE ASKED IF I WORK IN WATERBURY,I TOLD HER I HAVE A LAWSUIT ON THE GOVERNMENT.MY LAWSUIT AGAINST THE STATE MIGHT HAVE BEEN MADE PUBLIC AND I DID NOT KNOW UNTIL THE WATERTOWN DETECTIVE TOLD ME.

MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT 06702

Mark S. Ciriello

C

I SPENT 4500.00 IN BAIL AND TOWING MY CAR,I WAS THERE ON THE COURT DATE ,THE PUBLIC DEFENDER TOLD ME TO GO HOME AND CHAGED ME WITH FAILURE TO APPEAR ,WHEN I WAS THERE ON THE CORRECT DATE.

RELIEF IS 8000.00 DOLLARS

MARK S.CIRIELLO 34 PROSPECT ST. WTBY,CT 06702

Mark S. Ciriello

D