1

TRANSMISSION VERIFICATION REPORT

#4

TIME : 10/04/2019 11:04
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 10/04 11:01 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:03:11 |
| PAGE(S) | 10 |
| RESULT | OK |
| MODE | STANDARD |

May 9 2020 * New address
Mark D. Ariello
480 South Main St.
Waterbury, Ct. 06706

FILE NO. 25000

APRIL 24 2018

New phone #
203-893-1586
as of 6-4-20

TESTIMONY

THE PLAINTIFF RESEARCHED THE NATURAL.THE NATURAL IS THE NATURAL TREES,NATURAL FLOWERS,FRUIT,NUTS,GRAINS,THUS THE NATURAL ATMOSPHERE.I GOT ALL MY STATISTICS BY RESEARCHING THE NATURAL.

THE LANDSCAPING ATMOSPHERE IS NOT GOING TO TELL YOU ANYTHING,SO DONT EVEN LOOK AT THE LANDSCAPING.JUST FIGURE IT RETAILED,PLANTED,FROM SOME NURSURY.FROM SOMEWHERE.

AND KEEP LOOKING AT THE NATURAL ATMOSPHERE AND YOU WILL SEE THERE IS A BIG PROBLEM,THE NATURAL ATMOSPHERE IS HAVING.

THAT IS THE SECRET OF MY SUCESS.

FILE NO. 25000 APRIL 24 2018

TESTIMONY

THE PLAINTIFF RESEARCHED THE NATURAL.THE NATURAL IS THE NATURAL TREES,NATURAL FLOWERS,FRUIT,NUTS,GRAINS,THUS THE NATURAL ATMOSPHERE.I GOT ALL MY STATISTICS BY RESEARCHING THE NATURAL.

THE LANDSCAPING ATMOSPHERE IS NOT GOING TO TELL YOU ANYTHING,SO DONT EVEN LOOK AT THE LANDSCAPING.JUST FIGURE IT RETAILED,PLANTED,FROM SOME NURSURY.FROM SOMEWHERE.

AND KEEP LOOKING AT THE NATURAL ATMOSPHERE AND YOU WILL SEE THERE IS A BIG PROBLEM,THE NATURAL ATMOSPHERE IS HAVING.

THAT IS THE SECRET OF MY SUCESS.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702

Mark S. Ciriello



/

FILE NO. 25000 OCTOBER 12 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT

TESTIMONY

EXACTLY WHAT I AM LITIGATING AGAINST THE STATE OF CONNECTICUT.WILL BE THE SAME FOR NEW YORK,RHODE ISLAND, MASS,NEW HAMPSHIRE,VERMONT,MAINE LONG ISLAND,NEW JERSEY, DELAWARE.

IT WOULD BE A WISE MOVE TO STOP THE SALE OF SHRUBS THAT ARE LISTED IN COMPLAINT TO RECALL.THE STATE SHOULD WORK WITH THE OTHER STATES LISTED ABOVE.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT 06702
203 528 8207 Mark S. Ciriello

SEPTEMBER 18 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY

THE STATE AS A DEFENDANT,WILL NEED PERSONEL TO DRIVE AROUND AN VIEW TREE DEATH ON THE HIGHWAY,AND AROUND CITYS AS WELL.PAGE 12 INTHE COMPLAINT THERE IS A 10 POINT INSPECTION PROCEDURE.

MY INSPECTION SHOWED A DEAD TREE AROUND EVERY CORNER OF THE ROAD,THAT I CONCLEDED IN 2018. DRIVING ON THE HIGHWAY IS DANGEROUS,SO HAVE ONE PERSON DO THE DRIVING,AND THE OTHER PERSON LOOKING FOR TREE DEATH.

MARK S.CIRIELLO 34PROSPECT ST. WATERBURY,CT. 06702

203 528 8207

Mark S. Ciriello

FILE NO. 25000 SEPTEMBER 14 2018

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY

THE PLAINTIFF ALREADY EXPLAINED THAT THE SPORADIC EVERGREEN TREE DEATH FROM 1983 to 1990 CANNOT BE SEEN FROM DRIVING DOWN THE RODE.YOU HAVE TO WALK THRU THE EVERGREEN FOREST,BECAUSE IT IS DEEP IN THE FOREST.

IT COULD ALSO BE SAID THE TREE DEATH FROM 1990 TO 2000 IS ALSO SPORADIC,VIEWING TREE DEATH IN 2018, YOU WILL SEE TREE DEATH FROM THE DEATH FROM THE LEVEL OF A CATASTROPHE 2006 to 2018.THAT IS WHAT THE STATE SHOULD BE CONCERNED WITH, TREE DEATH LEVEL OF A CATASTROPHE 2006 to 2018.REFER TO THE LAST PAGE OF COMPLAINT FOR THE CHART OF TREE DEATH. THE STATE SHOULD WAIT,TILL THERE IS A DEAD TREE AROUND EVERY CORNER OF THE RODE,TO BE SURE,THEN RECALL THE LISTED SHRUBS

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528 8207

Mark S. Ciriello

MARCH 29 2018

FILE NO. 25000

ONE OF THE WORST REALITIES IS THE FACT THAT EVERY DAY, THE GASEOUS REACTION FROM THE LANDSCAPING IS TRAVELING ON THE STREETS,OVER CARS,IN RAILROAD PASSAGEWAYS,UP BUILDING EXTERIOR WALLS,ON RESIDENTIAL AND COMMERCIAL ROOFTOPS.

THIS GASEOUS REACTION MIXES WITH PHOTOSYNTHESIS OF TREES AND CAUSES DEAD TREES.

ALSO PEOPLE ARE BREATHING THE GASEOUS REACTION IN.

SO PLEASE TRY TO REMEMBER THE GASEOUS REACTION TRAVELS EVEN WHEN THE STATE GIVES IT NO RECOGNITION.

MARK S.CIRIELLO 34PROSPECT APT 7L WATERBURY,CT.06702
Mark S. Ciriello

JUNE 21 2018

FILE NO. 25000

TESTIMONY

VIEWING TREE DEATH FROM 1983 to 1990 SPORDATIC EVERGREEN TREE DEATH.REQUIRES WALKS THRU THE EVERGREEN FOREST WHICH YOU WILL NOT SEE FROM DRIVING.

SOME LANDSCAPING CAN BE COVERED WITH SAND,SOIL,OR A WALL CAN BE CONSTRUCTED TO BURY SOME LANDSCAPING.

HOSTA CAN ALSO BE REQALLED.

THE CLIMATE HAS BEEN VERY RAINY OVER THE PAST YEARS,SO WE ARE ALL LUCKY,BECAUSE IF IT WERE DRY THE TREE DEATH WOULD BE MUCH WORSE.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702

Mark S. Ciriello

MARCH 1 2018

FILE NO. 25000

THE STATE OF CONNECTICUT SHOULD SEND A COPY OF COMPLAINT AND REMEDY TO THE FOLLOWING STATES MAINE,NEW HAMPSHIRE, VERMONT,MASS.,RHODE ISLAND,DELAWARE,MARYLAND,NEW JERSEY. LONG ISLAND,NEW YORK.

AS FOR THE REST OF STATES,THEY SHOULD GET A COPY OF COMPLAINT AND REMEDY TO HELP GUIDE THE ENTIRE UNITED STATES OUT OF THIS NATURAL ATMOSPHERE_VS LANDSCAPING ATMOSPHERE, BECAUSE EVERY STATE HAS LANDSCAPING.

MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT. 06702

Mark S. Ciriello

APRIL 5 2018

FILE NO. 25000

MOTION TO CONFER 26f MEETING

THE PLAINTIFF ASKS TO DISCUSS SETTLEMENT.SIX HUNDRED AND THIRTY THOUSAND DOLLARS IS THE REQUSTED RELIEF.

TWENTY EIGHT TO THIRTY TWO YEARS OF RESEARCHING.

THE STATE SHOULD FIGURE AT LEAST 30 THOUSAND PER YEAR.

THERE IS MUCH MORE TESTIMONY ON THE EFFECTS OF LANDSCAPING,BUT AS OF TODAY THE FORGOING MATTER IS A START .

THE 26f MEETING MAY BE DONE OVER THE PHONE WITH THE ATTORNEY GENERALS OFFICE.

DANIEL M SALTON ASSISTANT ATTORNEY GENERAL.THE PHONE NUMBER IS 860 808 5259.

MARK S CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702
Mark S. Ciriello

NOVEMBER 6 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY
MOTION TO RAISE RELIEF

THE PLAINTIFF HERE BY RAISES THE RELIEF FROM 630,000 to 640,000.BECAUSE NECN A NEWS REPORTING STATION AIRED THAT THE TREES ARE DYING BECAUSE OF GYPSE MOTH.

NECN AIRED IT ON CABLE TV NOVEMBER 5 2018.
NECN MAY BE A MASS. BASED STATION.

I LEFT A VOICEMAIL MESSAGE TO THE ASSISTANT ATTORNEY GENERAL DANIEL M.SALTON ABOUT THE MATTER.

THE STATE OF MASS. HAS THE SAME PROBLEM THE STATE OF CONNECTICUT HAS.

15

MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT. 06702
203 528 8207

DECEMBER 5 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT

THE CITY OF WATERBURY HAS BEGUN CUTTING DOWN DEAD TREES IN PARKS.SO WHERE THERE IS A PROBLEM,WITH DEAD TREES FROM THE LANDSCAPING.YOU MAY NOT BE ABLE CONFIGURE CAUSE THERE CUTTING DOWN THE TREE.I AM SURE THIS IS BEING ALL OVER THE STATE.

IF IT IS NOT IT WILL BE,CAUSE THE TREE DEATH IS GOING WORSE EVERY YEAR.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528 8202

Mark S. Ciriello

TRANSMISSION VERIFICATION REPORT

TIME : 06/11/2019 10:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

860-706-1482
(Claim Commissioner)

| | |
|---|---|
| DATE,TIME | 06/11 10:00 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:00:28 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 06/11/2019 09:59
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 06/11 09:55 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:03:27 |
| PAGE(S) | 12 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 04/22/2019 08:58
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 04/22 08:38 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:20:21 |
| PAGE(S) | 66 |
| RESULT | OK |
| MODE | STANDARD |

1

EXHIBIT CLAIM ( C )

---------the----------*NATURAL ATMOSPHERE----------------(produces-oxygen)---------------------------
---------------------**LANDSCAPING ATMOSPHERE------------------------(uses -oxygen)----------------
---------------------(to produce)----------the{transparent photosynthesis gaseous reaction}-----------------
---------------------(thus mixes thru photosynthesis).Resulting full dead trees,limbs,branches the following season,an a lower oxygen mass.

---

* natural atmosphere produces oxygen (the natural atmosphere is the natural trees, natural flowers,fruits,nuts,grains.Growing naturally in the entire State of Connecticut within the entire state boarder.

**landscaping atmosphere (the unnatural,changed,mutilated,stunted) uses oxygen to produce the {transparent photosynthesis gaseous reaction}.The landscaping atmosphere is everything sold,or retailed and planted in the ground in the St.of Connecticut in the history of landscaping apx.[1960-2001].

BY PLAINTIFF,
Mark Scott Ciriello
54 New Haven Av.
Waterbury,Ct.06708
(203)597-0672

[signature]
founder/researcher



2

2 -4 -2002

The source of this,{transparent photosynthesis gaseous reaction}.Is claimed by plaintiff as in exhibit marked CLAIM (B) (C).Plaintiff is suing for all effects past,present,future an will be amended within 60 days of filing ,and 26(f)meeting ,and discovery.From the forgoing complaint ,as stated {transparent photosynthesis gaseous reaction}.

EXHIBIT CLAIM ( B )

"A chain reaction ,at ground level",causing a "gaseous reaction",causing {1}dead trees, {2}lower air mass,{3} thus,a transparent photosynthesis gaseous reaction.

As claimed by plaintiff ,deemed from the {xxx}-{landscaping}or {unnatural,changed ,mutilated,stunted}. Thus,{xxx}-{landscaping}or {unnatural,changed,mutilated,stunted}are the cause,of the {1},{2},{3} as stated above.

---

The plaintiff ,suggests to defendants to settle case.It does deem appropriate.An as for the rest of facts,or claims etc. Example Retail Sales,Stock,Production,The mass of recall,History,etc.Is entered as letter {Z}.An does not include plaintiffs rights at this time.

Plaintiff is suing,defendant, effects from [1]inhalation of gaseous reaction ,[2]to the losses/ruines, from the destruction, from gaseous reaction deemed from the claim above.To the loss/ruined of [3] past,present,future plans,which are chances of investment opportunity,which [3],was a percentage of filing suit hereof. Deemed from Exhibit Claim ( B ) {1},{2},{3};above and complaint.

BY PLAINTIFF,
Mark Scott Ciriello
54 New Haven Av.
Waterbury,Ct.06708
(203)597-0672

founder/researcher



x



3

2006 ----------------------------------------------------------------------------------
2007 ----------------------------------------------------------------------------------
-
2008 ----------------------------------------------------------------------------------
--
2009 ----------------------------------------------------------------------------------
---
2010 ----------------------------------------------------------------------------------
----
2011 ----------------------------------------------------------------------------------
-----
2012 ----------------------------------------------------------------------------------
------
2013 ----------------------------------------------------------------------------------
-------
2014 ----------------------------------------------------------------------------------
--------

*A TREE DEATH LEVEL OF A CATASTROPHE 2006-2014

THIS CHART OF TREE DEATH IS A CONTINUATION OF THE DEATH LEVEL CHARTS ON PAGE 7 AN PAGE 16.

2001 ------------------------------------------------------------------------------------*
2002 ------------------------------------------------------------------------------------
2003 ------------------------------------------------------------------------------------
2004 ------------------------------------------------------------------------------------
2005 ------------------------------------------------------------------------------------

*Very Massive Effects / Amounts of Destruction Level
2001-2005

---

This chart of tree death,{*very massive effects/amounts of destruction 2001-2005}.Includes full dead trees,3/4 dead trees,1/2 dead trees,1/4 dead trees,and branches.This chart is a continuation of the chart on page 7.The death level is higher because the problem is getting worse.

Mark S.Ciriello/54 New Haven Av./Waterbury,Ct.06708/(203)597-8382

Mark S. Ciriello

| | |
|---|---|
| 1983 | -* |
| 1984 | - |
| 1985 | -- |
| 1986 | -- |
| 1987 | --- |
| 1988 | ---- |
| 1989 | ----- |
| 1990 | -----------------------------* |
| 1991 | ------------------------------------ |
| 1992 | ------------------------------------------- |
| 1993 | -------------------------------------------------- |
| 1994 | --------------------------------------------------------- |
| 1995 | --------------------------------------------------------------------------* |
| 1996 | -------------------------------------------------------------------------------- |
| 1997 | ----------------------------------------------------------------------------------------------- |
| 1998 | ------------------------------------------------------------------------------------------------------ |
| 1999 | -------------------------------------------------------------------------------------------------------------- |
| 2000 | ---------------------------------------------------------------------------------------------------------------------- |

| *Level death | *High level death | *Severe high level death |
|---|---|---|
| 1983-1989 | 1990-1994 | 1995-2000 |

This chart of tree death ,{*level death 1983-1989},{*high level death 1990-1994}, {*severe high level death 1995-2000}. Includes full dead trees ,3/4 dead trees , 1/2 dead trees ,1/4 dead trees, and branches. The chart is summarized by refering to as 15-year death level, or 18-year death level,[1983-1984] are the beginning years ,and are a educated approximation ,of when this death level started.

[1985-1994] are factual statistics based on research,[1995-2000] are also factual statistics based on research .

To estimate,full tree death,branch,or limb determine either [1-5 years],or [5-10 years or decade],[if over decade of death go to 11-12-13-14-15 years or decade and half],[if over decade,and near decade and half add 1984-1983,totaling [16-17-18 years].

The tree death in these charts pages –7- and page 16 are caused by the landscaping-transparent photosynthesis gaseous reaction.

Mark Scott Ciriello/54 New Haven Av. /Waterbury,Ct.06708/(203)597-0672

Below is a graph,summerizing the claim.

Natural-Species
1960's-1970's-1980's-1990's-2000

Not till early 1980's,apx.1986-2000 are we seeing effects 15-18 years catching up to a catastrophe.

Natural-Species
1600's-1780's-1880's-1920's-1960's

No history of gases, death or ,anything,of any kind, a clean bill of health in other words.

Unnatural,-Changed,-Mutilated,-Stunted
1960's-1970's-1980's-1990's-2000

The 1960's and 1970's,evolved,cycled, 26 years,to 1986 recorded black extracts, which was the begining,death to 1990 was sporadic,till 1993,when natural species began to fight gases,the gases caused death 1995-1996-1997-1998-1999-2000 causing so much massive death,the gases one day you did not know existed are because of the massive loss of air-pressure from the massive death of 15-18 years,first recorded reaction 1986.

Mark Scott Ciriello / 54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

A.] In reference, to page -4 -, line 15.(DE-GASSES),"was later about October 2001,re-determined,an re-named,"to the transparent (photosynthesis gaseous reaction).

B.] The transparent (photosynthesis gaseous reaction) is a deadly gas.Determined from the massive destruction of dead trees,branches ,limbs.

C.] The transparent (photosynthesis gaseous reaction) is from unnatural,changed,mutilated,stunted.

D.] The transparent (photosynthesis gaseous reaction) is visually seen ground level.

E.] The transparent (photosynthesis gaseous reaction) have no restrictions,and travel in areas ,thru passageways from railroad,highway,street.

F.] The transparent (photosynthesis gaseous reaction) researched thru[ leave curviture] 1994-2000.Please check the definition on page - 2 -, line 11.

G.] The transparent (photosynthesis gaseous reaction) researched thru[actual visual detection 2000.]

H.] The transparent (photosynthesis gaseous reaction)is visually detected ,*commenly in parking lots for businesses,sidewalks.

I.] The transparent (photosynthesis gaseous reaction) is visually detected ,*traveling up building's [exterior wall].

J.] The transparent (photosynthesis gaseous reaction) is visually detected ,*on residential rooftops,on bus tops,on car tops.

K.] The transparent (photosynthesis gaseous reaction)is visually detected ,*over and on,bridges and rails.

L.] The transparent (photosynthesis gaseous reaction)is visually detected ,* traveling over grass.

M.] The transparent (photosynthesis gaseous reaction) travels ground level State wide,the transparent photosynthesis gaseous reaction have no restrictions and travels thru mountains,from passageways.

N.] The transparent (photosynthesis gaseous reaction) have a high activity structure capability.

O.] The transparent (photosynthesis gaseous reaction) have a lower activity during or after rain.

P.] The transparent (photosynthesis gaseous reaction) is mixing with the atmosphere,at ground level,as of February,2002 there is a continuous flow, 24 hours a day, 7 days a week, 365 days a year,rain or cold are no longer determined to lower activity.Compare to the year 2000.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

Mark S. Ciriello

MAY 21 2019

FILE NO. 25000

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

CLOSING TESTIMONY MAY 21
THRU JUNE 11 2019

1. THE PLAINTIFF FILED CLAIMS WITH HARTFORD,BRIDGEPORT, NEW HAVEN DISTRICT COURTS.ALL 3-DISTRICT COURTS IN CT.

2. THE PLAINTIFF RESEARCHED THE EFFECTS OF LANDSCAPING, STARTING IN 1986,AT THE AGE OF 14.FOR 33-YEARS THE PLAINTIFF RESEARCHED.COSTING TENS OF THOUSANDS OF DOLLARS. THE PLAINTIFF WORKED FOR NUMEROUS LANDSCAPING COMPANIES. IN THE STATE OF CONNECTICUT.

3. I HAD TO PAY FOR HOUSING,FOOD,CAR INSURANCE,AND REPAIRS. TO NAME JUST A FEW OF THE EXPENCES I HAD TO PAY.THIRTY THREE YEARS OF RESEARCHING.

4. THE PLAINTIFF WORKED LANDSCAPING FROM 1986-2000.AFTER 2000,MY RESEARCHING WAS FINALIZED,AND I FILED IN DISTRICT COURTS 2000-2005 AS STATED ABOVE.

5. THRU 2000-2005 I KEPT RESEARCHING THE EFFECTS OF LANDSCAPING BY RESEARCHING THE (TRANSPARENT PHOTOSYNTHESIS GASEOUS REACTION.) SO THEREFOR MY RESEARCHING CONTINUED EVEN WITH THE DISTRICT COURTS FILINGS OF 2000-2005.

6. SO THEREFOR THE RESEARCHING OF THE TRANSPARENT PHOTOSYNTHESIS REACTION,CONTINUED TILL 2014.BY 2014,I HAD THE ENTIRE CASE FINALIZED,AND COMPLETED.

MARK S.CIRIELLO 480 SOUTH MAIN ST. WATERBURY,CT.06706
203-525-5081 Mark S. Ciriello

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

October 31, 2017

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 25000** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a **position** or **recommendation.** After review, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note that once an Assistant Attorney General files an appearance a copy of any further correspondence to this office needs to be sent to the Assistant Attorney General.**

While insurance coverage, or lack thereof, does not directly impact the merits of your claim, you should pursue any such coverage if available.

Very truly yours,

Erika Searles

Erika Searles
Processing Technician



*An Affirmative Action/Equal Employment Opportunity Employer*

MAY 1-2015

DEAR COMPANY

I AM WRITING YOU BECAUSE YOU MAY WANT TO TAKE INTEREST.PLEASE READ THE FORGOING COMPLAINT.YOU MAY HAVE FULL RIGHTS TO THE COMPLAINT AND RESEARCHING TO DO WHATEVER YOU CHOOSE WITH FOR NO COST.

P.m. 7/17/17

JUL 10 2017

ALL FOOD COMPANYS ,SHOULD TAKE INTEREST,WEATHER,YOU FARM LIVESTOCK OR FARM FRUITS,NUTS,GRAINS,OR VEGETABLES. WHATEVER YOU FARM IF IS AT A GROCERY STORE,ECT.TAKE AN INTEREST.

Returned 8/10/17

I AM TRYING TO HAVE GOVERNMENT RECALL THE LANDSCAPING IN THE STATE OF CONNECTICUT.THAT IS THE STATE I LIVE IN. BECAUSE OF THE EFFECTS STATED IN THE RESEARCHING.

MY RESEARCHING MAY BE USED IN MANY STATES,OR EVEN THE SAME CONCEPT THEREOF,OR JUST A BASIC PRINCIBLE,MAY BE USED IN EVERY STATE IN THE UNITED STATES.I KNOW FOR A FACT IT MAY BE USED IN MAINE,MASS.RHODE ISLAND,LONG ISLAND, NEW YORK,VERMONT,NEW HAMPSHIRE,DELARE,MARYLAND,BUT I SHOULDNT SAY SOMETHING ABOUT A STATE THAT I NEVER WAS IN.LANDSCAPING IS IN EVERY STATE IN THE UNITED STATES THAT IS A FACT, STARTED ABOUT THE 1960,s.

SEP 1 2017

$5.08

SEP - 6 2017

P.m. 9/1/17

GENERALY IF PROPERTY IS LANDSCAPED WITH SPECIES THAT ARE INCAPATABLE WITH THE NATURAL SPECIES YOU WILL HAVE A PHOTOSYNTHESIS GASEOUS REACTION WHICH WILL EFFECT THE NATURAL SPECIES.YOU MAY HAVE TO READ THE RESEARCHING TO UNDERSTAND THIS PARAGRAPH.

Mark Ciriello
34-36 Prospect St.
Prospect Towers
Waterbury, Ct. 06702
203 560-8579

FILE#: 25000



11

IT IS VERY LIKELY,THE LANDSCAPING MAY NEED TO BE RECALLED IN EVERY STATE,BUT IT SHOULD BE RESEARCHED TO FIND OUT WHAT LANDSCAPING IS THE WORST,AND WHAT LANDSCAPING COULD WAIT FOR A LONGER TIME,BECAUSE LANDSCAPING IS VERY HARD TO REMOVE ONCE IT IS PLANTED,AND COST ALOT OF MONEY.

THE NURSERYS IN THE UNITED STATES WHICH CULTIVATE TREES,SHRUBS,FLOWERS,ETC DO NOT CARE ABOUT THE ENVIRONMENT AND WILL SELL IT NO MATTER WHAT HAPPENS THE NURSERYS WILL SELL MORE IF YOU TOLD THEM IT NEEDS TO BE RECALLED.

THE NURSERYS WERE STARTED BY FOREIGN COUNTRIES.TO MAKE A SHAME OUT OF THE UNITED STATES.BY PLANTING LANDSCAPING FOR DECADES ALL OVER THE UNITED STATES THEN FINDING OUT BY DOING YEARS RESEARCHING IT NEEDS TO BE RECALLED BECAUSE IT IS PRODUCING A PHOTOSYNTHESIS GASEOUS REACTION ,AND KILLING THE COUNTRIES TREES.

THESE NURSERYS NEED TO BE SHUT DOWN.THE UNITED STATES GOVERNMENT NEEDS TO START RESEARCHING THE EFFECTS OF LANDSCAPING IN EVERY STATE.LANDSCAPING IS HARDER THAN YOU MAY THINK IT NEEDS TO BE DONE VERY CAREFULLY USING ONLY NATURAL SPECIES FROM THE STATE IN WHICH IT IS PLANTED.

I AM TRYING TO GET THE GOVERNMENT TO DO THAT.YOU SHOULD DO JUST THAT AS WELL.

TRANSMISSION VERIFICATION REPORT

TIME : 04/22/2019 08:58
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 04/22 08:38 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:20:21 |
| PAGE(S) | 66 |
| RESULT | OK |
| MODE | STANDARD |

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

October 31, 2017

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 25000** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a **position or recommendation**. After review, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note that once an Assistant Attorney General files an appearance a copy of any further correspondence to this office needs to be sent to the Assistant Attorney General.**

While insurance coverage, or lack thereof, does not directly impact the merits of

14

# MEMORANDUM

TO: Honorable J. Paul Vance, Jr.
Claims Commissioner

CLAIMANT: Mark S. Ciriello

FILE NO.: 24190

DATE: August 27, 2015

---

Please enter my appearance for the State of Connecticut in the above Claims Commissioner matter.

GEORGE JEPSEN
ATTORNEY GENERAL

By:____________________
Eileen Meskill
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: 808-5090

cc: Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

STATE OF CONNECTICUT
OFFICE OF THE CLAIMS COMMISSIONER

CLAIM NUMBERS: 21821

MARK S. CIRIELLO

NOVEMBER 20, 2009

## MEMORANDUM OF DECISION

Claimant, Mark S. Ciriello, by notice of claim filed April 13, 2009, seeks damages alleging that a previous claim (No. 21534) was dismissed by the Claims Commissioner as a result of a conspiracy to dismiss all claims filed by him. The claimant states that the conspiracy exists between the Office of the Claims Commissioner, the Office of the Attorney General and the General Assembly to deny him a hearing on his claim(s). Claimant is a "serial claimant" who has filed numerous claims against the Department of Environmental Protection. The claimant has alleged that landscaping (shrubbery / plants an (sic) flowers) sold in the retail markets, is leading to millions of dead trees, and branches, about the State of Connecticut. Claimant alleges that those conditions are somehow caused by "transparent photosynthesis gaseous reaction". [1] The claimant has also pursued his claims in the United States District Court for the District of Connecticut, which case was also dismissed. [2]

By motion filed November 4, 2009 the respondent seeks dismissal of this claim on the grounds, inter alia, that "no claim once considered by the Claims Commissioner, by the General Assembly or in a judicial proceeding shall again be presented against the state in any manner." General Statutes §§ 4-148(c), 4-158. The respondent further requests that the Claims Commissioner enter an order prohibiting the claimant from bringing new claims arising or related to the allegations he has raised here and in past claims.

---

[1] Claim Nos. 20597, 20923, 21108, 21472, 21534
[2] Civil No. 3:00CV2035(CFD)

# Memorandum

Date: May 1, 2015

To: The Honorable J. Paul Vance, Jr.
Office of the Claims Commissioner
165 Capitol Avenue, Room 123
Hartford, CT 06106

From: Robert S. Dearington
Assistant Attorney General
Public Safety Department
110 Sherman Street
Hartford, CT 06105
Telephone No. (860) 808-5450

Subject: **Claim of Mark Ciriello v. State of CT**
File No. 24059

---

Please enter my Appearance as attorney for the State of Connecticut in the above entitled claim.

6/12/2015

Dated at Hartford, Connecticut this ~~1st day of May, 2014.~~

Robert S. Dearington
Assistant Attorney General

RSD:lac

cc: ✓Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

J. PAUL VANCE, JR.,
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

December 3, 2013

Mark Ciriello
54 New Haven Ave.
Waterbury, CT 06708

**RE: CLAIM OF MARK CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 23466** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a **position** or **recommendation.** After that, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note once an Assistant Attorney General files an appearance any further correspondence needs to also be sent to their office.**

While other insurance coverage, or lack thereof, does not directly impact on the merits of your claim, you should pursue any such coverage if available.

**Please note our new address: 165 Capitol Avenue, Room 123, Hartford, CT 06106.**

Very truly yours,

J. Paul Vance, Jr.

J. Paul Vance, Jr. (EMS)
Claims Commissioner

JPV/ems

18

J. PAUL VANCE, JR.,
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

March 5, 2014

Mark Ciriello
54 New Haven Avenue
Waterbury, CT 06708

**RE: CLAIM OF MARK CIRIELLO - FILE NO. 23466**

Dear Mr. Ciriello:

Please respond to the respondent's February 27, 2014 **Motion to Dismiss** by **April 7, 2014.** Unless you file a response in opposition by that date, the Motion may be granted.

Send a copy of your response to Assistant Attorney General Kirsten S.P. Rigney.

Very truly yours,

J. Paul Vance td

J. Paul Vance, Jr.
Claims Commissioner

JPV/tmd

CC: Kirsten S.P. Rigney
Assistant Attorney General
55 Elm Street
Hartford, CT 06106



*An Equal Opportunity Employer*

J. PAUL VANCE, JR.,
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

June 18, 2015

Robert S. Dearington
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

**RE: CLAIM OF MARK S. CIRIELLO – FILE NO. 24059**

Dear Attorney Dearington and Mr. Ciriello:

Enclosed please find the Scheduling Order and PreDisposition Memoranda in the above captioned matter.

Very truly yours,

J. Paul Vance

J. Paul Vance, Jr.
Claims Commissioner

JPV/tmd

Encl.

20

FILE NO 25000

JANUARY 5 2018

MARK S CIRIELLO

VS

THE STATE OF CONNECTICUT

THE PLAINTIFF STARTED RESEARCHING THE EFFECTS OF LANDSCAPING BACK IN 1986 AT THE AGE OF 14.

LIKE I KNEW LANDSCPING WAS WRONG,SO I SAID,IF I SEE ONE DEAD TREE WE WILL RECALL THE LANDSCAPING.I COULD NOT BELIEVE WHAT PEOPLE WERE PLANTING.AND PLANTED IN THE PAST.

THERE WAS VERY LITTLE TREE DEATH IN 1986 . SO I DID NOT HAVE ENOUGH FACTS TO JUSTIFY A RECALL.THE TREE DEATH WAS SPORADIC TO 1990.

BY 1990,MY RESEARCHING WAS ESTABLISHED,I WAS CONVINCED THE LANDSCAPING WOULD HAVE TO BE RECALLED EVENTUALY IN THE FUTURE.

BY 1993 I WAS CONVINCED THE LANDSCAPING WAS PUTTING OFF A GAS REACTION,BY RESEARCHING LEAVE CURITURE,1993-2000.

CHECK PAGE 5 THE REACTION CHART.

BY 1994,I KNEW THAT ONCE THERE IS ENOUGH DEAD TREES THE GAS REACTION WOULD BE VISABLE.BUT I STILL DID NOT HAVE ENOUGH DEAD TREES TO JUSTIFY A RECALL.BY 2000 MY RESEARCHING PAID OFF AND I WAS RIGHT ON ALL MY THEARIES AND PREDICTIONS.
THE GAS REACTION WAS VISABLE BY THE EYE SPRING 2000.

MARK S CIRIELLO 34 PROSPECT ST.APT 7 WATERBURY,CT

Mark S. Ciriello



21

I FILED MY CLAIM IN US DISTRICT COURT AT NEW HAVEN, BRIDGEPORT,HARTFORD,2000-2005,IT WAS DISMISSED.

I FILED WITH THE CLAIMS COMMISSIONERS OFFICE 2006-2018 JAMES R SMITH,PAUL VANCE JR. WAS THE COMMISSIONERS. ALSO WENT TO THE GENERAL ASSEMBLY 3 TIMES.

THE STATE SHOULD WAIT TILL THERE IS ENOUGH DEAD TREES THEN WHEN THE STATE FEELS COMFORTABLE REVIEW THE TRANSPARENT PHOTOSYNTHESIS GASEOUS REACTION PAGE 11. IT IS EXPLAINED HOW TO VIEW PAGE DATED JANUARY 17,2014 IN THE LAST PAGES OF COMPLAINT.

YOU HAVE TO KNEEL DOWN ON THE STREET PAVEMENT,AN PUT YOUR EYE LEVEL TO THE STREET PAVEMENT.

TO VIEW THE TRANSPARENT PHOTOSYNTHESIS GASEOUS REACTION UP EXTERIOR WALLS OF BUILDINGS,YOU WILL NEED A FLAT BUILDING WALL LIKE BRICK,VIEW AT THE CORNER OF THE BUILDING PERIMETER,VIEWING THE ENTIRE WALL IT TAKES SOME TIME LEARNING BECAUSE YOU HAVE TO LINE YOUR EYE TO THE PERIMTER OF THE ENTIRE BUILDING WALL,SOMETIMES YOU HAVE TO CLOSE ONE EYE.

IT IS NOT A GOOD IDEA TO PLANT ANYTHING WHEN YOU HAVE A TRANSPARENT PHOTOSYNTHESIS REACTION,AT GROUND LEVEL,YOUR MIXING UP MORE GASEOUS REACTIONS.

MARK S CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT 06702

Mark S. Ciriello

FEBRUARY 10 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT

OBJECTION TO STATES MOTION TO DISMISS

I DO NOT THINK THE ATTORNY GENERALS OFFICE RECEIVED A PROPER COMPLAINT.

I REALIZE THE CLAIM COMMISSIONER USES THE DEP AS A ANSWER ABOUT COMPLAIN BUT,I FEEL THE CLAIM COMMISSIONER MAY WANT TO USE THE OPIONEN ,OF A LANDSCAPER,TO CONSULT CLAIM.

PERHAPS THE DEP DOES NOT WANT ME TO HAVE UPPER HAND.

THE COMPLAINT IS WORTH ABOUT 630,000 DOLLARS.

RESEARCHING COST MONEY.

I WAS LITIGATING 4 DIFFRENT CLAIMS FROM 2000 TO 2005, IN DISTRICT COURT..

THE DEP FAILED TO RESEARCH THE ENVIRONMENT ON THE EFFECTS OF LANDSCAPING.

TRAVELING ON HIGHWAYS TO VIEW DEAD TREES IS NOT RECOMENDED BUT RATHER RESEARCH THE CITY BLOCK,AREAS WHERE THERE IS ALOT OF LANDSCAPING.

MARK S CIRIELLO 34-7 PROSPECT ST. WATERBURY CT 06702

Mark S. Ciriello

TRANSMISSION VERIFICATION REPORT

TIME : 06/08/2019 09:47
NAME : UNITED CHECK CASHING
FAX : 2035752800
TEL : 2037572500
SER.# : U63274C7J417160

| | |
|---|---|
| DATE,TIME | 06/08 09:33 |
| FAX NO./NAME | 8607061482 |
| DURATION | 00:13:24 |
| PAGE(S) | 36 |
| RESULT | OK |
| MODE | STANDARD |

24

4

NOVEMBER 4 2017

FILE NUMBER 25000

IF THE STATE RECALLS THE ALBERTA SPRUCE TO START THE RECALL ON THE LANDSCAPING.AND THE RHODOENDRON.THE STATE WILL IMPACT THE DEAD TREE EFFECT CAUSED BY THE LANDSCAPING.

THEN IN TIME WHEN PEOPLE GET AWARE OF THE RECALL IN REALITY.RECALL THE ARBORVITAE AND JUNIPERS.

THE STATE WILL HAVE TO CONSULT A LANDSCAPER.

I STARTED THIS RESEARCH IN 1986 at 14 YEARS OLD I AM NOW 45 YEARS OLD.I WILL SETTLE FOR SIX HUNDRED AND THIRTY THOUSAND DOLLARS.

I AM NOT DONE GIVING TESTIMONY ON THE EFFECTS OF LANDSCAPING.

MARK S CIRIELLO 34 PROSPECT ST WATERBURY CT 06702
203 528 8207

ALL IVY VINES,MAY ALSO EXCLUDED.AND OAK TREES,AND MAPEL TREES EXCLUDED .

THE BURNING BUSH,FORSYTHIA,PACHYSANDRA,YEW,HEMLOCK PINE TREE CAN BE EXCLUDED FROM THE RECALL,

THE HEDGES MADE OF YEWS,AND HEMLOCK IS MUTILATION AND SOME DAY IT WOULD BE BENIFICAL TO REMOVE WHEN THE TIME IS RIGHT

THEREFOE WOULD THE CLAIM COMMISSIONER USE HER BEST JUDGEMENT PERHAPS USE HER OWN LANSCAPER .

THERE IS SOMETHING WRONG WOTH THE DEP,BASED ON THEIR MOTION TO DISMISS.

MARK S CIRIELLO 34 PROSPECT ST APT 7 WATERBURY,CT. 06702

Mark S. Ciriello

THE BURNING BUSH,FORSYTHIA,PACHYSANDRA,YEW,HEMLOCK PINE TREE CAN BE EXCLUDED FROM THE RECALL,

THE HEDGES MADE OF YEWS,AND HEMLOCK IS MUTILATION AND SOME DAY IT WOULD BE BENIFICAL TO REMOVE WHEN THE TIME IS RIGHT

THEREFOE WOULD THE CLAIM COMMISSIONER USE HER BEST JUDGEMENT PERHAPS USE HER OWN LANSCAPER .

THERE IS SOMETHING WRONG WOTH THE DEP,BASED ON THEIR MOTION TO DISMISS.

MARK S CIRIELLO 34 PROSPECT ST APT 7 WATERBURY,CT. 06702

Mark S. Ciriello

FILE NO. 25000

THE BURNING BUSH,FORSYTHIA,PACHYSANDRA,YEW,HEMLOCK, PINE TREE.CAN BE EXCLUDED FROM THE RECALL.

THE HEDGES MADE OF YEWS,AND HEMLOCK IS MUTILATION AND SOMEDAY IT WOULD BE BENEFICIAL TO REMOVE,WHEN THE TIME IS RIGHT.

[illegible]

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT. 06702

Mark S. Ciriello

DECEMBER 27 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY

AS ALREADY STATED IN THE COMPLAINT,IT WOULD BE A WISE MOVE TO STOP THE SALE OF THE FOLLOWING SHRUBS ALBERTA SPRUCE, RHODOENDRON,ARBORVITAE,JUNIPERS,AN HOSTA.
IN THE FOLLOWING STATES TO START CONNECTICUT,MASS., RHODE ISLAND,NEW HAMPSHIRE,VERMONT,MAINE,LONG ISLAND, NEW JERSEY,DELAWERE,MARYLAND,NEW YORK.

THE PURPOSE OF THIS TESTIMONY IS TO MAKE THE STATES AWARE OF THE ARBORVITEE,PEOPLE ARE MAKING LONG BORDERS ALONG THEIR PROPERTY,WITH THEM PLANTING 50-60 OR MORE ARBORVITAE SHRUBS.THE ARBORVITAE EMIT A HIGH LEVEL OF THE TRANSPARENT GASEOUS PHOTOSYNTHESIS REACTION.THUS ALL THE TREE DEATH ABOUT THE STATE.

THE STATE IS GOING TO HAVE TO MAKE ALOT OF PHONE CALLS TO OTHER STATES AND FIND OUT HOW FAR THSES SHRUBS ARE PLANTED IN OTHER STATES AND STOP THE SALE OF THEM TO START,WOULD BE A WISE MOVE,TO START TODAY.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528-8207 Mark S. Ciriello

OCTOBER 5 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY

IN THE COMPLAINT IT STATES TO RECALL THE ALBERTA SPRUCE, AND THE RHODOENDRON,THE TWO SHRUBS CAN BE EASILY CUT AT BASE OF SHRUB.

IN THE COMPLAINT IT ALSO STATES TO RECALL THE ARBORVITAE,AND JUNIPERS,THESE TWO SHRUBS WILL REQUIRE SOME AMOUNT OF WORK.ALSO IN THE COMPLAINT IT STATES TO RECALL THE HOSTA AS WELL.

IF THE STATE FOLLOWS MY RECOMENDATIONS LISTED ABOVE,THE REST OF LANDSCAPING CAN BE BE DELT WITH WHEN THE STATE FOLLOWS MY RECOMENDATIONS.

THERE IS NO REASON TO STATE ANY MORE TESTIMONY ABOUT RECALLING SHRUBS AT THIS TIME,UNTIL THE STATE FOLLOWS MY RECOMENDATIONS.

THE STATE SHOULD BEGIN TO REALIZE THAT THERE IS TO MUCH TREE DEATH,GASEOUS REACTIONS,PEOPLE BREATHING IN THE GASEOUS REACTIONS.THAN CAN BE TOLERATED.



MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT. 06702
203 528 8207 Mark S. Ciriello

9

FILE NO. 25000

JULY 15 2018

MARK S CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY

THE RHODOENDRON IS NOTED AS A SHRUB TO RECALL. SOME OF THEM ARE 40 YEARS OLD OR LESS,SO YOU SEE EFFECTS QUICKLY.CHANGE FOR THE BETTER.

THE ARBORVITAE IS LISTED IN COMPLAINT AS A SHRUB TO RECALL.THEY MUST BE RECALLED AND STOPING THE SALE OF THEM,BECAUSE YOU CANT HAVF A SAFE ENVIRONMENT WITH THEM.SOME ARE AS OLD AS 32 YEARS OLD.SO AGAIN YOU WILL SEE EFFECTS CHANGE FOR THE BETTER.

THE ALBERTA SPRUCE,AND THE JUNIPERS ARE ALSO LISTED IN COMPLAINT TO RECALL.

SOMETIMES IF YOU HAVE LANDSCAPING BY A SIDEWALK,OR PAVEMENT LOOKING CAREFULLY BY KNEELING DOWN WITH YOUR EYES LEVEL TO THE SIDEWALK OR PAVEMENT YOU CAN SEE THE GASEOUS REACTION.COMING RIGHT FROM THE LANDSCAPING.

MARK S CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY CT.06702

Mark S. Ciriello

FILE NO. 25000 MARCH 14 2019

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT

TESTIMONY

I MAKE DETERMINATIONS,FOR MY RESEARCHING ON DEAD TREES. IF PEOPLE CUT DEAD TREES,IT WILL MAKE IT MORE DIFFICULT TO PROVE THAT THERE IS A PROBLEM.

UNLESS YOU RESEARCH DEAD TREES,DEEP IN THE FOREST.

IN MY TESTIMONY,I STATED THAT THERE IS A DEAD TREE AROUND EVERY CORNER OF THE ROAD.

THE STATE IS GOING TO HAVE TO TAKE ACTION BY RECALLING THE SHRUBS LISTED IN MY TESTIMONY.

THE STATE COULD USE RADIO TO SLOWLY BREAK THE NEWS,TO PEOPLE.OR USE TV.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203-525-5081 Mark S. Ciriello





//

JUNE 19 2018

FILE NO. 25000

TESTIMONY

THE REASON THE STATE ATTORNEYS GENERALS OFFICE IS NOT COOPERATING IS BECAUSE THEY ARE TRYING TO PROTECT STATE ACCOUNTS FOR LANDSCAPING ACCOUNTS .

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702
203 528 8207

Mark S. Ciriello

FILE NO. 25000 OCTOBER 12 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT

TESTIMONY

EXACTLY WHAT I AM LITIGATING AGAINST THE STATE OF CONNECTICUT.WILL BE THE SAME FOR NEW YORK,RHODE ISLAND, MASS,NEW HAMPSHIRE,VERMONT,MAINE LONG ISLAND,NEW JERSEY, DELAWARE.

IT WOULD BE A WISE MOVE TO STOP THE SALE OF SHRUBS THAT ARE LISTED IN COMPLAINT TO RECALL.THE STATE SHOULD WORK WITH THE OTHER STATES LISTED ABOVE.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT 06702
203 528 8207

Mark S. Ciriello

12

TRANSMISSION VERIFICATION REPORT

TIME : 06/11/2019 09:59
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 06/11 09:55 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:03:27 |
| PAGE(S) | 12 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 04/22/2019 08:58
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 04/22 08:38 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:20:21 |
| PAGE(S) | 66 |
| RESULT | OK |
| MODE | STANDARD |

CHRISTY SCOTT
CLAIMS COMMISSIONER

STATE OF CONNECTICUT
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

October 31, 2017

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

35

J. PAUL VANCE, JR.,
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

July 30, 2015

Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

2 pages

**RE: CLAIM OF MARK S. CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 24190** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a **position** or **recommendation.** After that, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note once an Assistant Attorney General files an appearance any further correspondence needs to also be sent to their office.**

While other insurance coverage, or lack thereof, does not directly impact on the merits of your claim, you should pursue any such coverage if available.

Very truly yours,

J. Paul Vance Jr.

J. Paul Vance, Jr.
Claims Commissioner

JPV/ems



*An Equal Opportunity Employer*

# MEMORANDUM

TO: Honorable J. Paul Vance, Jr.
Claims Commissioner

CLAIMANT: Mark S. Ciriello

FILE NO.: 24190

DATE: August 27, 2015

---

Please enter my appearance for the State of Connecticut in the above Claims Commissioner matter.

GEORGE JEPSEN
ATTORNEY GENERAL

By:______________
Eileen Meskill
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: 808-5090

cc: Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

**OFFICE OF THE CLAIMS COMMISSIONER**
**165 Capitol Avenue, Room 123, Hartford, CT 06106**

| | | |
|---|---|---|
| **MARK S. CIRIELLO** | : | **FILE NO. 24059** |
| **v.** | | |
| **STATE OF CONNECTICUT** | : | **JUNE 18, 2015** |

## SCHEDULING ORDER

**The following scheduling order is hereby entered in the above referenced matter.**

1) **Respondent shall file an answer/position statement on or before October 19, 2015.**

2) **All Discovery shall be completed on or before February 18, 2016.**

3) **PreDisposition Memorandum setting forth the following information shall be submitted on or before April 18, 2016.**

4) **Motions to Dismiss shall be submitted on or before April 18, 2016.**

**If amount in controversy is under $5,000, the matter will be decided on the papers. The Commissioner reserves the right to set limits for presentation of evidence by parties. Counsel should be reasonable and cooperative during the Discovery process and make every effort to resolve issues without the Commissioner's involvement. If unable to resolve a discovery dispute, counsel shall submit respective positions, in writing, and decisions shall be made "on the papers".**

***Pursuant to Connecticut General Statutes Section 4-159a(a)(2), the Office of the Claims Commissioner is to dispose of a claim within two years from the date of filing. Requests for additional time may be granted in special circumstances and will require a signed stipulation to extend the period of time for the Claims***

**BY ORDER OF THE COMMISSIONER**

J. Paul Vance

**J. PAUL VANCE, JR.**

38

OFFICE OF THE CLAIMS COMMISSIONER
165 Capitol Avenue, Room 123, Hartford, CT 06106

**MARK S. CIRIELLO** : **FILE NO. 24190**

**v.**

**STATE OF CONNECTICUT** : **JANUARY 6, 2016**

## SCHEDULING ORDER

**The following scheduling order is hereby entered in the above referenced matter.**

1) **Respondent shall file an answer/position statement on or before April 6, 2016.**

2) **All requests for interrogatories and production shall be submitted to opposing party on or before July 6, 2016.**

3) **All requests for interrogatories and production shall be responded to on or before September 6, 2016.**

4) **Counsel shall identify all experts, whether requested or not, on date of responses.**

5) **Depositions shall be taken on or before December 6, 2016.**

6) **Motions to Dismiss/Dispositive Motions shall be submitted on or before January 6, 2017.**

7) **PreDisposition Memorandum setting forth the following information shall be submitted on or before January 6, 2017 or 30 days after decision on Motion to Dismiss has been rendered (if applicable).**

8) **A Status Conference may be scheduled as needed if related to settlement and/or discovery issues.**

9) **A Formal Hearing will be scheduled if needed.**

**<u>If amount in controversy is under $5,000, the matter will be decided on the papers.</u> The Commissioner reserves the right to set limits for presentation of evidence by parties. Counsel should be reasonable and cooperative during the Discovery process and make every effort to resolve issues without the Commissioner's involvement. If unable to resolve a discovery dispute, counsel shall submit respective positions, in writing, and decisions shall be made "on the papers".**

***Pursuant to Connecticut General Statutes Section 4-159a(a)(2), the Office of the Claims Commissioner is to dispose of a claim within two years from the date of filing. Requests for additional time may be granted in special circumstances and will require***

# PREDISPOSITION MEMORANDA ORDER

No later than April 18, 2016, the Claimant shall submit Predisposition Memorandum. Respondent shall submit Predisposition Memorandum two weeks after claimant's Memorandum is received. Failure to submit a Predisposition Memorandum by the above date shall result in a dismissal of the claim. The Memorandum shall contain the following information:

I) Claimant's contentions
State specifically the nature of each claim, the relief sought and claimant's contention as to the facts alleged to constitute the basis of each claim.

2) Defendant's contentions
State generally the respondent's contention as to the facts with respect to its denials and defenses.

3) Legal issues
List the legal issues presented by the foregoing contentions of claimant and respondent.

4) List of witnesses
Set forth the names and addresses of each witness to be called with a brief statement of the anticipated testimony.

5) Exhibits
Attach a list of all exhibits, with a brief description of contents, that each party proposes to offer. The list shall include all objections to opponent's proposed exhibits. (To comply with this part of the order claimant and respondent must obviously exchange exhibits in advance of submitting their memoranda. To the extent possible objections should be resolved by the parties.)

6) Deposition testimony lists
List each witness whose testimony will be offered by deposition. Such list shall include page and line designations which each party proposes to offer. The list shall include all objections to the opponent's proposed deposition testimony. (To comply with this part of the order claimant and respondent must obviously exchange lists in advance of submitting this memoranda. To the extent possible objections should be resolved by the parties.)

7) Anticipated evidentiary problems
Attach memoranda of fact and law concerning evidentiary problems anticipated by the parties.

8) Further predisposition proceeding
Please specify any further discovery required to prepare for disposition and reasons for failure to complete if beyond scheduling order.

9) Time required for disposition
Claimant and respondent shall estimate, as accurately as possible the time presentation of their part of the proceedings will require.

BY ORDER OF THE COMMISSIONER

DATE: 6/18/15

J. Paul Vance

J. PAUL VANCE, JR.

*Parties may, by agreement, file their memoranda earlier, if they so choose.

# PREDISPOSITION MEMORANDA ORDER

**No later than January 6, 2017,** the Claimant shall submit Predisposition Memorandum. Respondent shall submit Predisposition Memorandum two weeks after claimant's Memorandum is received. Failure to submit a Predisposition Memorandum by the above date shall result in a dismissal of the claim. The Memorandum shall contain the following information:

l) Claimant's contentions
State specifically the nature of each claim, the relief sought and claimant's contention as to the facts alleged to constitute the basis of each claim.

2) Defendant's contentions
State generally the respondent's contention as to the facts with respect to its denials and defenses.

3) Legal issues
List the legal issues presented by the foregoing contentions of claimant and respondent.

4) List of witnesses
Sct forth the names and addresses of each witness to be called with a brief statement of the anticipated testimony.

5) Exhibits
Attach a list of all exhibits, with a brief description of contents that each party proposes to offer. The list shall include all objections to opponent's proposed exhibits. (To comply with this part of the order claimant and respondent must obviously exchange exhibits in advance of submitting their memoranda. To the extent possible objections should be resolved by the parties.)

6) Deposition testimony lists
List each witness whose testimony will be offered by deposition. Such list shall include page and line designations which each party proposes to offer. The list shall include all objections to the opponent's proposed deposition testimony. (To comply with this part of the order claimant and respondent must obviously exchange lists in advance of submitting this memoranda. To the extent possible objections should be resolved by the parties.)

7) Anticipated evidentiary problems
Attach memoranda of fact and law concerning evidentiary problems anticipated by the parties.

8) Further predisposition proceeding
Please specify any further discovery required to prepare for disposition and reasons for failure to complete if beyond scheduling order.

9) Time required for disposition
Claimant and respondent shall estimate, as accurately as possible the time presentation of their part of the proceedings will require.

BY ORDER OF THE COMMISSIONER

DATE: 1/4/16

J. Paul Vance Jr.
J. PAUL VANCE, JR.

*Parties may, by agreement, file their memoranda earlier, if they so choose.

41

RICHARD BLUMENTHAL
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Tel. (860) 808-5250
Fax (860) 808-5386

Office of The Attorney General
State of Connecticut

May 17, 2007

The Honorable James R. Smith
Claims Commissioner
Office of the Claims Commissioner
18-20 Trinity Street
Hartford, CT 06106

RE: **NOTICE OF OPPOSITION TO CLAIM OF MARK S. CIRIELLO CLAIM NO. 21108**

Dear Commissioner Smith:

The claimant in the above referenced matter, Mark S. Ciriello, seeks damages from the State of Connecticut ("State") in the "tens of thousand of dollars" for the expenses that he has incurred associated with researching the "effects of the landscaping industry" within the State between 1986 and 2007. Specifically, Mr. Ciriello alleges that over this time period the landscaping industry caused a harmful "gaseous reaction" in the State's atmosphere, as well as death to trees, flowers, and other plants. Mr. Ciriello's claim does not specify a particular state agency as the defendant. Rather, his notice of claim filed with the Office of the Claims Commissioner simply seeks damages from the "State of Connecticut." Similarly, Mr. Ciriello's claim does not specify the nature of his researching activity or the expenses that he has incurred.

This action is not the first time that Mr. Ciriello has sought recovery from the State based on what he perceives to be the harmful effects of the landscaping industry. Indeed, Mr. Ciriello has brought three previous claims alleging essentially the same facts, all of which were dismissed. Accordingly, pursuant to General Statutes § 4-148(c), the above referenced claim should also be dismissed.

General Statutes § 4-148(c) provides in relevant part: "Except as provided in section 4-156, no claim once considered by the Claims Commissioner, by the General Assembly or in a judicial proceeding shall again be presented against the state in any manner."

Mr. Ciriello previously brought suit against the State of Connecticut, Department of Environmental Protection ("DEP") in the United States District Court for the District of Connecticut, Civil No. 3:00CV2035(CFD). In this action, Mr. Ciriello alleged that the DEP was responsible for deadly gasses that destroyed trees and other plants within the State. Mr. Ciriello further alleged that, among other things, he had experienced "pain and suffering" and "lost

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

MARK S. CIRIELLO :

v. : CASE NO. 3:00CV2035(CFD)

DEPARTMENT OF ENVIRONMENTAL PROTECTION, ARTHUR J. ROQUE JR. COMMISSIONER :

## JUDGMENT

This action having come on for consideration of the defendants' Motions to dismiss before the Honorable Christopher F. Droney, United States District Judge and,

The Court having considered the full record of the case including applicable principles of law, filed its Ruling on the Motions to Dismiss on March 12, 2002 granting the motions; it is therefore,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 12th day of March, 2002.

KEVIN F. ROWE, Clerk

By ______________
Devorah Johnson
Deputy Clerk

EOD 3-12-02

FILE NO. 25000

| | | |
|---|---|---|
| MARK CIRIELLO<br>*Claimant*<br>v. | :: | STATE OF CONNECTICUT |
| | :: | |
| | :: | OFFICE OF THE CLAIMS COMMISSIONER |
| STATE OF CONNECTICUT,<br>*Respondent* | :: | |
| | :: | DECEMBER 19, 2017 |

## APPEARANCE

Please enter the appearance of Assistant Attorney General Daniel M. Salton for the Respondent, State of Connecticut, in the above-captioned claim.

THE RESPONDENT
STATE OF CONNECTICUT

GEORGE JEPSEN
ATTORNEY GENERAL

By: ____________________

Daniel M. Salton
Assistant Attorney General
Juris No. 437042
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105
Tel. (860) 808-5480; fax 808-5595

## CERTIFICATION

I hereby certify that a copy of the foregoing appearance was delivered electronically and/or mailed, first class, postage prepaid, on this 19th day of December, 2017 to the following:

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury CT 06702



____________________
Daniel M. Salton
Assistant Attorney General

FILED AT BRIDGEPORT

| | | |
|---|---|---|
| DOCKET NO.- | : | U.S.DISTRICT COURT |
| MARK SCOTT CIRIELLO | : | DISTRICT OF BRIDGEPORT |
| V. | : | AT BRIDGEPORT |
| U.S.SUPREME COURT | : | MARCH 2003 |

303CV0590

3:03 MC142CHGF

1.) If this case hereof is dismissed ,the plaintiff will notify proper Federal personel,and may notify companies of this transparent photosynthesis gaseous reaction.The State of Ct.should avoid this type of activity,by not dismissing case.

2.) The St.of Ct. should begin a re-call,and stop the sale of shrubbery,etc,related to the reaction above in line 1.

Mark Scott Ciriello
54 New Haven Av.
Waterbury,Ct.06708
(203)597-8031

13

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK S. CIRIELLO,
Plaintiff,

v.

DEPARTMENT OF ENVIRONMENTAL PROTECTION, ARTHUR J. ROQUE JR., COMMISSIONER,
Defendants.

Civil No. 3:00CV2035(CFD)

**RULING**

In this action, pro se plaintiff Mark D. Ciriello ("Ciriello") appears to allege that the State of Connecticut Department of Environmental Protection ("DEP") and its Commissioner, Arthur J. Roque, Jr. ("Roque") are responsible for deadly gasses that destroy natural tree growth throughout the state and thus threaten the lives of the plaintiff and his family though the loss of oxygen caused by photosynthesis. It may also be that the plaintiff alleges that the deadly gasses themselves will more directly harm human beings. While the plaintiff does not cite any authority for this action in his Complaint, it appears based on memoranda submitted by the plaintiff in connection with the pending motions in this case that he may assert the following claims: (1) deprivation of a property without due process of law, pursuant to 42 U.S.C. § 1983, in violation of the Fifth and Fourteenth Amendments to the U.S. Constitution; (2) common law negligence; and (3) a claim for declaratory and equitable relief against pollution pursuant to Conn. Gen. Stat. § 22a-16, which is part of the Connecticut Environmental Protection Act. He appears to seek $250,000,000 in relief.

Pending are the defendants' motions to dismiss [Docs. ## 8, 11] for failure to state a

As plaintiffs defense to ,Rule 12 ( b ) ( 1 ) and 12 ( b ) ( 6 ) of the Federal Rules of Cival Procedure,the plaintiff claims "there was the Dept.of Environmental,suit filed apx.October 20,2000 at U.S.District Court at Bridgeport,Conn.","there was the Dept.of Defense ,suit filed apx.November 16,2001 at U.S.District Court at New Haven,Conn".

The plaintiff claims the evidence above ,will be used to verify the plaintiff,"used the proper steps ,to satisfy any claim,under the Eleventh Amendment to the Constitution of the United States.

The plaintiff made a reasonable dollar figure of $200,000.00 to the Dept.of Environmental Protection. Because of this "gaseous reaction"that is causing the "destruction of tree death",which the plaintiff started deriving "resources from since 1986",an was in an attempt to found/a business which uses the "natural,"to derive resources".

But the defendants,did'nt accept,the reasonable dollar figure above.The case has not been granted a trial.

As stated above "to derive resources ","the plaintiff uses the natural ",the natural is the "natural trees, natural flowers ,fruits ,nuts,grains,vegetables that grow naturally in the State of Connecticut. This gaseous reaction stated above is responsable for the destruction of tree death , infection,etc.stated in complaint.Please check the complaint and note the levels of tree death.

The plaintiff also filed suit on the Dept.of Defense as stated above,but the claim was dismissed.

The plaintiffs claims the stated above,an with the fact that the Dept.of Forestry,the City/State Health Depts.,Air Quality,the EPA,the FDA,numerous other City,State,Federal Depts.could be litigated.

For example,the Dept.of Transportation could be litigated,cause this gaseous reaction is on city streets,highways,this gaseous reaction is even on the railroad.

Mark Scott Ciriello /54 New Haven Av. / Waterbury ,Ct.06708 / (203)597-0672

x Mark S. Ciriello

September 12, 2005

1. The plaintiff since 1986-2005 researched the environment,since the age 14,for 20years the plaintiff beard the burdon of having to research the environment.

2. Researching the effects of landscaping {shrubbery / plants an flowers} sold in the retail market,which the effects are dead trees and branches,there are millions of dead trees ,and branches ,about the State of Ct.

3. The landscaping {shrubbery / plants an flowers} sold in the retail market produce a transparent photosynthesis gaseous reaction,thus mixes with the trees photosynthesis causing dead trees and branches.

4.You can observe the transparent photosynthesis gaseous reaction commenly in parking lots for businesses ,sidewalks.Traveling up buildings exterior wall. On rooftops,bus tops,car tops.Or observed on the street pavement.

5.The plaintiff is suing for all expences accumulated for this determination though has no reccipts from 1986-2005.Expences such as for gasoline for travel.Expences such as for train (the train tracks were used in making this determination).

6.The plaintiff is suing for the death of trees and branches,which is disturbing.

7.The plaintiff is also suing for the transparent photosynthesis gaseous reaction which is also disturbing.

8.I have documented researching I will file 1986-2005. I would suggest to start a re-call on certain landscaping shrubs.

9.Relief is $250,000.00

10. The Dept. of Forestry is defendant.

11.. The plaintiff tried many many times to correct this problem over the phone with the State of Ct.

Mark S.Ciriello
54 New Haven Av.
Waterbury,Ct.06708

Mark S. Ciriello

15

September 6, 2005

1. The plaintiff since 1986-2005 researched the environment,since the age 14.

2. Researching the effects of landscaping shrubbery,which the effects are dead trees,there are millions of dead trees,and branches,about the State.

3. The landscaping shrubbery produces a transparent photosynthesis gaseous reaction,thus mixes with the trees photosynthesis causing dead trees.

4. You can observe the transparent photosynthesis gaseous reaction commenly in parking lots for businesses,sidewalks.Traveling up buildings exterior wall.On rooftops,on bus tops,car tops.Or observed on the street pavement.

5. I never get a straight answer about this situation when I persue the State,I tried for years.Is there something the State is trying to cover up?

6. I have documented researching I will file.

7. Relief is $250,000.00 the Dept.of Forestry is defendant.

Mark S.Ciriello
54 New Haven Av.
Waterbury,Ct.06708

Mark S. Ciriello

RECEIVED
SEP 8 2005
OFFICE OF CLAIMS COMMISSIONER
STATE OF CONNECTICUT



16

MARK S.CIRIELLO

vs.

STATE OF CONNECTICUT

RECEIVED
FEB 20 2015
OFFICE OF CLAIMS COMMISSIONER
STATE OF CONNECTICUT

FEBRUARY 18-2015

Returned
March 11, 2015

I ALREADY LEFT A MESSAGE ON THE CLAIM COMMISSIONERS VOICE MAIL.STATING WHAT SHRUBS,MUST BE RECALLED AS SOON AS POSSABLE, AND WHAT OTHER LANDSCAPING COULD BE RECALLED SLOWLY. I AM NOT TYPING IT NOW.I WILL WAIT FOR A TRIAL TO STATE IT AGAIN WHY SHOULD I STATE IT NOW ,AS IT TOOK 28-YEARS TO RESEARCH.

IF YOU FIGURE HOW MANY HOURS ARE IN 28-YEARS ,MINUS SLEEP TIME,THAT IS WHAT I HAVE INVESTED IN RESEARCHING THE EFFECTS OF LANDSCAPING.PLUS TENS OF THOUSANDS OF DOLLARS.

PLUS MONEY FOR GASOLINE FOR TRAVEL 28-years OF DRIVING ON STATE HIGHWAYS RESEARCHING TREES.PLUS INSURANCE FOR VEHICLE AND INSURANCE FOR BUSINESS.SOME TIMES I DROVE RISKING MY LIFE AS I TOOK MY EYES OFF THE ROAD TO RESEARCH TREES ON THE SIDE OF THE ROAD,AND SOMETIMES OTHER PEOPLE DROVE AS I SAT IN THE PASSANGERS SEAT VIEWING THE SIDE OF THE ROAD OR HIGHWAY.

IT WOULD HAVE COSTED THE STATE $630,000.00 FOR ONE PERSON FOR JUST SALARY,FOR 28-YEARS,TO RESEARCH THE EFFECTS OF LANDSCAPING.THAT ALSO WOULD BE WORKING EVERY DAY,FOR 28-YEARS. RESEARCHING IN PEOPLES BACK YARDS,DOING ALOT OF WALKING ABOUT 15-MILES A DAY.I PERSONLY,RESEARCHED AS I CUT PEOPLES LAWNS, WORKING FOR MANY LANDSCAPING COMPANYS,STARTING AT 14 YEARS OF AGE.

MARK S.CIRIELLO 54 NEW HAVEN AVE. WATERBURY,CT 06708
203-565-4639 Mark S. Ciriello

50

17