2

FILE NO. 25000

APRIL 24 2018

TESTIMONY

THE PLAINTIFF RESEARCHED THE NATURAL.THE NATURAL IS THE NATURAL TREES,NATURAL FLOWERS,FRUIT,NUTS,GRAINS,THUS THE NATURAL ATMOSPHERE.I GOT ALL MY STATISTICS BY RESEARCHING THE NATURAL.

THE LANDSCAPING ATMOSPHERE IS NOT GOING TO TELL YOU ANYTHING,SO DONT EVEN LOOK AT THE LANDSCAPING.JUST FIGURE IT RETAILED,PLANTED,FROM SOME NURSURY.FROM SOMEWHERE.

AND KEEP LOOKING AT THE NATURAL ATMOSPHERE AND YOU WILL SEE THERE IS A BIG PROBLEM,THE NATURAL ATMOSPHERE IS HAVING.

THAT IS THE SECRET OF MY SUCESS.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702

Mark S. Ciriello

FILE NO. 25000 OCTOBER 12 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT

TESTIMONY

EXACTLY WHAT I AM LITIGATING AGAINST THE STATE OF CONNECTICUT.WILL BE THE SAME FOR NEW YORK,RHODE ISLAND, MASS,NEW HAMPSHIRE,VERMONT,MAINE LONG ISLAND,NEW JERSEY, DELAWARE.

IT WOULD BE A WISE MOVE TO STOP THE SALE OF SHRUBS THAT ARE LISTED IN COMPLAINT TO RECALL.THE STATE SHOULD WORK WITH THE OTHER STATES LISTED ABOVE.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT 06702
203 528 8207 Mark S. Ciriello

SEPTEMBER 18 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY

THE STATE AS A DEFENDANT,WILL NEED PERSONEL TO DRIVE AROUND AN VIEW TREE DEATH ON THE HIGHWAY,AND AROUND CITYS AS WELL.PAGE 12 INTHE COMPLAINT THERE IS A 10 POINT INSPECTION PROCEDURE.

MY INSPECTION SHOWED A DEAD TREE AROUND EVERY CORNER OF THE ROAD,THAT I CONCLEDED IN 2018. DRIVING ON THE HIGHWAY IS DANGEROUS,SO HAVE ONE PERSON DO THE DRIVING,AND THE OTHER PERSON LOOKING FOR TREE DEATH.

MARK S.CIRIELLO 34PROSPECT ST. WATERBURY,CT. 06702

203 528 8207

Mark S. Ciriello

13

FILE NO. 25000 SEPTEMBER 14 2018

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY

THE PLAINTIFF ALREADY EXPLAINED THAT THE SPORADIC EVERGREEN TREE DEATH FROM 1983 to 1990 CANNOT BE SEEN FROM DRIVING DOWN THE RODE.YOU HAVE TO WALK THRU THE EVERGREEN FOREST,BECAUSE IT IS DEEP IN THE FOREST.

IT COULD ALSO BE SAID THE TREE DEATH FROM 1990 TO 2000 IS ALSO SPORADIC,VIEWING TREE DEATH IN 2018,YOU WILL SEE TREE DEATH FROM THE DEATH FROM THE LEVEL OF A CATASTROPHE 2006 to 2018.THAT IS WHAT THE STATE SHOULD BE CONCERNED WITH, TREE DEATH LEVEL OF A CATASTROPHE 2006 to 2018.REFER TO THE LAST PAGE OF COMPLAINT FOR THE CHART OF TREE DEATH. THE STATE SHOULD WAIT,TILL THERE IS A DEAD TREE AROUND EVERY CORNER OF THE RODE,TO BE SURE,THEN RECALL THE LISTED SHRUBS

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528 8207

Mark S. Ciriello

MARCH 29 2018

FILE NO. 25000

ONE OF THE WORST REALITIES IS THE FACT THAT EVERY DAY, THE GASEOUS REACTION FROM THE LANDSCAPING IS TRAVELING ON THE STREETS,OVER CARS,IN RAILROAD PASSAGEWAYS,UP BUILDING EXTERIOR WALLS,ON RESIDENTIAL AND COMMERCIAL ROOFTOPS.

THIS GASEOUS REACTION MIXES WITH PHOTOSYNTHESIS OF TREES AND CAUSES DEAD TREES.

ALSO PEOPLE ARE BREATHING THE GASEOUS REACTION IN.

SO PLEASE TRY TO REMEMBER THE GASEOUS REACTION TRAVELS EVEN WHEN THE STATE GIVES IT NO RECOGNITION.

MARK S.CIRIELLO 34PROSPECT APT 7L WATERBURY,CT.06702

Mark S. Ciriello

JUNE 21 2018

FILE NO. 25000

TESTIMONY

VIEWING TREE DEATH FROM 1983 to 1990 SPORDATIC EVERGREEN TREE DEATH.REQUIRES WALKS THRU THE EVERGREEN FOREST WHICH YOU WILL NOT SEE FROM DRIVING.

SOME LANDSCAPING CAN BE COVERED WITH SAND,SOIL,OR A WALL CAN BE CONSTRUCTED TO BURY SOME LANDSCAPING.

HOSTA CAN ALSO BE REQALLED.

THE CLIMATE HAS BEEN VERY RAINY OVER THE PAST YEARS,SO WE ARE ALL LUCKY,BECAUSE IF IT WERE DRY THE TREE DEATH WOULD BE MUCH WORSE.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702

Mark S. Ciriello

MARCH 1 2018

FILE NO. 25000

THE STATE OF CONNECTICUT SHOULD SEND A COPY OF COMPLAINT AND REMEDY TO THE FOLLOWING STATES MAINE,NEW HAMPSHIRE, VERMONT,MASS.,RHODE ISLAND,DELAWARE,MARYLAND,NEW JERSEY. LONG ISLAND,NEW YORK.

AS FOR THE REST OF STATES,THEY SHOULD GET A COPY OF COMPLAINT AND REMEDY TO HELP GUIDE THE ENTIRE UNITED STATES OUT OF THIS NATURAL ATMOSPHERE_VS LANDSCAPING ATMOSPHERE, BECAUSE EVERY STATE HAS LANDSCAPING.

MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT. 06702

Mark S. Ciriello

APRIL 5 2018

FILE NO. 25000

MOTION TO CONFER 26f MEETING

THE PLAINTIFF ASKS TO DISCUSS SETTLEMENT.SIX HUNDRED AND THIRTY THOUSAND DOLLARS IS THE REQUSTED RELIEF.

TWENTY EIGHT TO THIRTY TWO YEARS OF RESEARCHING.

THE STATE SHOULD FIGURE AT LEAST 30 THOUSAND PER YEAR.

THERE IS MUCH MORE TESTIMONY ON THE EFFECTS OF LANDSCAPING,BUT AS OF TODAY THE FORGOING MATTER IS A START .

THE 26f MEETING MAY BE DONE OVER THE PHONE WITH THE ATTORNEY GENERALS OFFICE.

DANIEL M SALTON ASSISTANT ATTORNEY GENERAL.THE PHONE NUMBER IS 860 808 5259.

MARK S CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702

Mark S. Ciriello

16

8

FILE NO. 25000 NOVEMBER 6 2018

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT

TESTIMONY
MOTION TO RAISE RELIEF

THE PLAINTIFF HERE BY RAISES THE RELIEF FROM 630,000 to 640,000.BECAUSE NECN A NEWS REPORTING STATION AIRED THAT THE TREES ARE DYING BECAUSE OF GYPSE MOTH.

NECN AIRED IT ON CABLE TV NOVEMBER 5 2018.
NECN MAY BE A MASS. BASED STATION.

I LEFT A VOICEMAIL MESSAGE TO THE ASSISTANT ATTORNEY GENERAL DANIEL M.SALTON ABOUT THE MATTER.

THE STATE OF MASS. HAS THE SAME PROBLEM THE STATE OF CONNECTICUT HAS.



MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT. 06702
203 528 8207

DECEMBER 5 2018

FILE NO. 25000

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT

THE CITY OF WATERBURY HAS BEGUN CUTTING DOWN DEAD TREES IN PARKS.SO WHERE THERE IS A PROBLEM,WITH DEAD TREES FROM THE LANDSCAPING.YOU MAY NOT BE ABLE CONFIGURE CAUSE THERE CUTTING DOWN THE TREE.I AM SURE THIS IS BEING ALL OVER THE STATE.

IF IT IS NOT IT WILL BE,CAUSE THE TREE DEATH IS GOING WORSE EVERY YEAR.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528 8202

Mark S. Ciriello

SEPTEMBER 3 2019

CLAIM NO. 25000 AND 25027,AND THE PRUDENTIAL INSURANCE COMPANY

CLAIM OF MARK S.CIRIELLO

THE PLAINTIFF FAXED 3-DIFFERANT CLAIMS TO YOUR OFFICE AT 860-258-6958.IN AUGUST OF 2019.ASKING YOUR OFFICE TO REVIEW IT.

OF THE 3-CLAIMS THERE IS A LAWSUIT ON THE LANDSCAPING, FILED SINCE 2000.CLAIM NUMBER 25000,LITAGATED FOR 19-YEARS, IN DISTRICT COURT,AND THE CLAIM COMMISSIONERS OFFICE.

ALSO OF THE 3-CLAIMS THERE IS A LAWSUIT ON PRUDENTIAL INSURENCE COMPANY OF AMERICA,FILED SINCE 2002 IN DISTRICT COURT,ALL 3 DISTRICT COURTS IN CONNECTICUT.DISMISSED AS FRIVOLOUS 2002-2006.ALSO FILED WITH THE CLAIMS COMMISSIONER OFFICE, 2006-2019.

FILED IN WATERBURY SUPERIOR COURT,IN 2019.THE SUPERIOR COURT MADE A VERY SERIOUS MISTAKE ,OR INTENTIONAL ERROR IN THE NAME OF CASE,WHICH LED TO THE LAWSUIT ON THE CLAIM COMMISSIOR OFFICE,OF THE STATE OF CONNECTICUT,AND THEY REJECTED THE CLAIM. THIS CLAIM WAS TIMELY FILED,REPEATALY IN DISTRICT COURT, 2002-2006,BUT DISMISSED AS FRIVOLOUS.AGAIN AND AGAIN. NOW THE CLAIM COMMISSIONERS OFFICE IS CLAIMING SOMETHIG ABOUT THE STATUTE OF LIMITATIONS,WHEN IT WAS TIMELY FILED IN 2002.

MARK S.CIRIELLO 480 SOUTH MAIN ST. WATERBURY,CT.06706
203-525-5081

Mark S. Ciriello

1 of 18

FILE NO. 25027

I WILL EXPLAIN,AT THE HEARING HOW SHE,AND SOME PEOPLE IN THE STATE MOLESTED MARK S.CIRIELLO.

THE DEFINITION OF MOLESTED IS MOLEST_TO ANNOY,DISTURB,OR PERSECUTE ESPECIALLY WITH HOSTILE OR INJURIOUS EFFECT.
2 TO TAKE INDECENT LIBERTIES WITH MIDDLE FRENCH MOLESTER,FROM MOLESTUS BURDENSOME FROM MOLES MASS,BURDEN,MOLESTATION,MOLESTER.

Mark S. Ciriello

MARK S.CIRIELLO
PLAINTIFF

AUGUST 11 2019

CLAIM NO. 25000 AND 25027

PURSUANT TO 4-158 AND 4-159,THE PLAINTIFF REQUESTS REVIEW, BY THE GENERAL ASSEMBLY.

Mark S. Ciriello

MARK S.CIRIELLO
480 SOUTH MAIN ST.
WATERBURY,CT.06706

J.PAUL VANCE JR. SENT ME SCEDUALING ORDERS,TO SETTLE THE LANDSCAPING CLAIM,AND THE INSURANCE CLAIM.

I TOLD THAT TO HER,SHE HAS ME ARRESTED FOR 6 MONTHS. THE CLAIMS ARE DISMISSED,AN A NEW CLAIM COMMISSIONER TAKES J.PAUL VANCE JR. POSITION,J.PAUL VANCE JR. THEY CLAIM RETIRED.

MAYBE SHE,OR SOMEBODY CLAIMED,MY CLAIM WHEN I WAS WRONGFULY INCARCERATED.

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

August 12, 2019

Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

***RE: CLAIM OF MARK CIRIELLO - FILE NO. 25000***

Dear Mr. Ciriello:

Your request for review of the decision of the Claims Commissioner has been received and your claim will be submitted to the next legislative session of the General Assembly which begins in 2020 pursuant to Connecticut General Statutes Section 4-159. A public hearing will be scheduled before the Judiciary Committee after the session convenes.

When the Committee schedules a date for the public hearing, you may appear at that date and time and testify regarding your claim.

**It is your sole responsibility to locate the information regarding the date of the public hearing. It can be obtained either by review of meeting schedules on the State of Connecticut Legislative website (www.cga.ct.gov), or by contacting the Office of the Judiciary Committee by telephone at (860) 240-0530 after the session convenes.**

Very truly yours,

Christy Scott td

Christy Scott
Claims Commissioner

CS/tmd

cc: daniel.salton@ct.gov

4

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

August 12, 2019

Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

***RE: CLAIM OF MARK CIRIELLO - FILE NO. 25027***

Dear Mr. Ciriello:

Your request for review of the decision of the Claims Commissioner has been received and your claim will be submitted to the next legislative session of the General Assembly which begins in 2020 pursuant to Connecticut General Statutes Section 4-159. A public hearing will be scheduled before the Judiciary Committee after the session convenes.

When the Committee schedules a date for the public hearing, you may appear at that date and time and testify regarding your claim.

**It is your sole responsibility to locate the information regarding the date of the public hearing. It can be obtained either by review of meeting schedules on the State of Connecticut Legislative website (www.cga.ct.gov), or by contacting the Office of the Judiciary Committee by telephone at (860) 240-0530 after the session convenes.**

Very truly yours,

Christy Scott td

Christy Scott
Claims Commissioner

CS/tmd

cc: stephen.finucane@ct.gov
terrence.oneill@ct.gov

5

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

**DATE:** August 13, 2019

**TO:** Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

Mark Ciriello
34 Prospect Street
Waterbury, CT 06702

**RE:** The correspondence we received from you postmarked 05/08/2019
Mark Ciriello

## Your claim has been REJECTED for the following reason(s):

[ ] The notice of claim is not signed.

[ ] The notice of claim does not provide the name and address of the claimant or his or her Attorney.

[X] The notice of claim lacks a concise statement of the claim including date, time, place, and circumstances surrounding the claim.

[ ] Neither the filing fee nor an application for waiver of filing fees was enclosed with the notice of claim.

[X] The notice of claim did not specify the dollar amount of damages requested.

[ ] The claim was filed by someone other than the claimant who is not an attorney licensed to practice in the State of Connecticut.

[ ] Under Connecticut law, no person is authorized to provide legal representation to a claimant except the claimant or an attorney admitted to practice law in Connecticut. If the claimant is not a person, such as a corporation or other business entity, the claim may be filed only by an attorney and may not be filed by an officer or employee of the claimant.
Reference General Statutes § 51-88; Regs. Conn. State Agencies § 4-157-7.

[] **Other –**

6

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

**Please be advised that you have not successfully filed a claim with the Claims Commissioner and the statute of limitations set forth at Connecticut General Statutes section 4-148 has not been tolled.**

**If you continue to seek to file a claim, you must submit a notice of claim that satisfies the filing requirements prior to the expiration of the statute of limitations.**

Enclosed please find your original correspondence. Your claim has not been docketed.
Also enclosed for your information is a document that describes the process for filing a claim against the state. You can find additional information at our website: www.occ.ct.gov.



*An Affirmative Action/Equal Employment Opportunity Employer*

MARK S CIRIELLO

V

PRUDENTIAL INSURANCE COMPANY of AMERICA

SUPERIOR COURT

FEBRUARY 22 2019

WATERBURY,CT.

RECEIVED

P.M. 5/8/19

MAY 14 2019

OFFICE OF CLAIMS COMMISSIONER
STATE OF CONNECTICUT

Returned 8/13/19

1. PRUDENTIAL 751 BROAD STREET.NEWARK NJ 07102-3777
CORPORATE OFFICE 973-877-1236

2. PLAINTIFF MARK S.CIRIELLO
WATERBURY,CT. 06702
34 PROSPECT.STREET APT 7L

3. I DID NOT GET PAID FOR POLICY D83000753 PLEASE REVIEW THE LETTERS FROM PRUDENTIAL, IT PROVES I HAD THREE POLICYS.

4. I DID GET PAID FOR POLICY 64693270 AND 64734796, I GOT PAID ABOUT 15 THOUSAND DOLLARS FROM THE TWO PAID POLICYS.

5. I RECEIVED THEM POLICYS ABOUT JULY 22,2002.

6. I FILED IT IN DISRICT COURT IN DELAWARE,BACK THEN I DID NOT HAVE THE KNOWLEDGE OF FILING A CLAIM,SO I LOST THE CLAIM.

7. PRUDENTIAL CLAIMS IT IS A MISTAKE,BUT I ASK COURT TO HELP IN GETTING PAID FOR POLICY D83000753.

8. I TRIED WORKING THIS OUT WITH PRUDENTIAL,BUT THEY WILL NOT PAY IT.

9. I REALIZE IT IS ALONG TIME AGO,BUT BY LAW I SHOULD HAVE AT LEAST 20-YEARS .

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT. 06702
203-528-8207 Mark S. Ciriello

Prudential
The Prudential Insurance Company of America
Customer Service Office
P O Box 41521
Philadelphia PA 19101-8962
Tel 1-800-778-2255 x81694 Fax 215-784-2209
www.prudential.com

MARK CIRIELLO
54 NEWHAVEN AVE
WATERBERRY CT 06708

Insured: Lucille C. Polletto
Policyowner: Lucille C. Polletto
Policy Numbers: 64693270
64734796
D83000753

July 22, 2002

Dear Mr. Ciriello:

Thank you for the opportunity to be of service to you. I trust the following information will be beneficial.

We have not yet received the claim forms from you on the above policies. I have enclosed a set of forms. Please complete them and return so we can process your claim. You may either mail the forms back in the enclosed envelope or you may fax the forms to my attention at 904-313-1349.

If you have any further questions, please feel free to call our toll-free number listed above. One of our Customer Service Representatives will be glad to assist you.

Sincerely,

Mia Adair

Mia Adair
Customer Service Coordinator

EXHIBIT D
Mark Scott Ciriello/P.O.Box 523/Waterbury,Ct.06720/(203)597-0672
x Mark S. Ciriello

-2-



9

Prudential Financial

**Life Insurance and Annuity Death Benefits Claim Form**

Be sure to attach a certified death certificate with the state seal, and send us the policy(ies) and/or contract(s), if available. If you have any questions, please call us at **(800) 778-2255**.

**Please print using blue or black ink.**

## 1 About the Policy/ Contract

Please list each life insurance policy and/or annuity contract number for which you are making a claim. The number may be eight or nine characters long; include any letter prefixes.

64693270 64734796 D83000753

Name of insured/annuitant* *(first, middle initial, last name)* Lucille Polletto

Date of death 05/29/2002 *month / day / year*

Date of birth ________ *month / day / year*

**For annuity contracts where the death benefit is payable upon death of the owner, please insert the owner's name. Please contact the Annuity Service Center at **(888) 778-2888** for more information.*

## 2 About the Claimant

This section is to be completed by the individual claiming death benefits.

Name of claimant *(first, middle initial, last name)* Mark S. Ciriello

Street 34 Prospect St. Apt. 7L

City Waterbury State Ct ZIP code 06702

Date of birth 1 24 72 *month / day / year*

Daytime telephone number (203) 528 8207

Evening telephone number (203) 597-7962

This form is being completed by: (Must check one.)

- ☐ Beneficiary (If you have assigned any portion of the claim to a funeral home, please include a copy of the assignment form.)
- ☐ Power of attorney for the beneficiary (Attach a copy of power of attorney authorization.)
- ☐ Representative of the insured's/annuitant's estate (Attach a copy of proof of appointment.)
- ☐ Trustee (Attach a copy of trust agreement.)
- ☐ Legal guardian for the beneficiary (Attach a copy of the court order naming you as guardian. If the beneficiary is a minor, please provide the minor's name and date of birth below.)

  Name of minor *(first, middle initial, last name)* ________

  Date of birth ________ *month / day / year*

- ☐ Assignee (specify amount you are claiming). $ ________
- ☐ Other (please specify) ________



EXHIBIT D

Mark Scott Ciriello/P.O.Box 523/Waterbury,Ct.06720/(203)597-0672

x Mark S. Ciriello

AUGUST 6 2019

PLEASE REVIEW ,THE CLAIMS I FAXED TO YOUR OFFICE

AT 1 860258 6958.I WILL CONTACT YOU BY SEPTEMBER

3 2019.

OR OFCOURCE YOUR OFFICE MAY CONTACT ME AT 203 525 5081

MARK S. CIRIELLO
480 SOUTH MAIN ST.
APT 3
WATERBURY,CT. 06706

Mark S. Ciriello
plaintiff

THE STATE OF CT.IS THE DEFENDANT.
OFFICE OF CLAIM COMMISSIONER
450 COLUMBUS BOULEVARD,SUITE 203
HARTFORD,CT 06T03

FAX 860 706 1482
PHONE 860 713 5501

STATE OF CONNECTICUT
OFFICE OF THE CLAIMS COMMISSIONER
450 COLUMBUS BOULEVARD, SUITE 203
HARTFORD, CT 06103

| | | |
|---|---|---|
| **MARK CIRIELLO** | : | **FILE: NO. 25027** |
| | : | |
| **v.** | : | July 15 |
| **STATE OF CONNECTICUT** | : | **~~JUNE~~ 24, 2019** |

**ORDER**

The Respondent's Motion to Dismiss dated April 21, 2018, is granted and the claim is dismissed for the reasons cogently articulated in the motion to dismiss, i.e., the failure to allege facts sufficient to state a claim against the respondent State of Connecticut. **The claim is dismissed.**

BY ORDER OF THE COMMISSIONER

CHRISTY SCOTT

STATE OF CONNECTICUT
OFFICE OF THE CLAIMS COMMISSIONER
450 COLUMBUS BOULEVARD, SUITE 203
HARTFORD, CT 06103

| | | |
|---|---|---|
| **MARK CIRIELLO** | : | **FILE: NO. 25000** |
| | : | |
| **v.** | | |
| | : | July (CS) |
| **STATE OF CONNECTICUT** | : | ~~**JUNE**~~ **24, 2019** |

## ORDER

The Respondent's Motion to Dismiss dated February 1, 2018, is granted and the claim is summarily dismissed for the reasons cogently articulated in the motion to dismiss, i.e., the claimant's lack of standing and pursuant to the Claims Commissioner's Memorandum of Decision dated November 20, 2008. **The claim is dismissed.**

BY ORDER OF THE COMMISSIONER

CHRISTY SCOTT

PULLMAN & COMLEY 100 YEARS

**Daniel P. Scholfield**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2139
f 203 576 8888
dscholfield@pullcom.com
www.pullcom.com

June 28, 2019

Mark S. Ciriello
34 Prospect Street, APT 7L
Waterbury, CT 06702

**Re: Ciriello v. Prudential Insurance Company of America**

Dear Mr. Ciriello:

As you know, I represent Prudential Insurance Company of America ("Prudential") to the extent you served a state-court lawsuit upon it. In the papers you served, you allege that Prudential failed to make payments to you pursuant to a life insurance policy bearing policy number D83000753 after a relative of yours passed away some time ago.

Although you made service upon the Connecticut Insurance Commissioner and also upon CT Corporation System, you did not thereafter return the action to court, meaning the lawsuit has not been brought to court and is not actually pending. The deadline for you to return the lawsuit to court, based upon the Return Date you selected, was April 24, 2019, more than sixty (60) days prior to the writing of this letter.

I understand that you claim that the State of Connecticut failed to fulfill some manner of obligation to you in this regard and that in your estimation it is the State of Connecticut's fault that your lawsuit was not returned to court. Additionally, you have asked me to assist with that matter. I have consistently informed you that I do not represent you – I represent Prudential. I am not in a position to confirm whether your beliefs are correct or to offer you advice concerning them, and I have not done so and you should not construe this letter as doing so.

Because the action is not pending in court, I now consider this matter closed. I will be closing my file and will no longer be taking the many calls you have continued to make to me.

Very truly yours,

Daniel P. Scholfield

Daniel P. Scholfield

14

# RETURN OF PAPERS

JD-ES-57 Rev. 1-17
P.B. §§ 7-6, 12-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

To: **Mark S. Ciriello**
**34 Prospect St.**
**Waterbury, CT 06702**

| Name of case | Docket number |
|---|---|
| **Angel Martinez vs. Brass Mill Mall, et al** | |

| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area Number ____ | Address of court *(Number, street, town and zip code)* **300 Grand St., Waterbury, CT 06702** |
|---|---|---|---|

**The enclosed** **fee waiver, summons, complaint** **are returned for the following reasons:**

- [ ] 1. Lack of signature on document/pleading. (Sections 4-2, 4-4, 7-6 of the Connecticut Practice Book)
- [ ] 2. Lack of certification. (Sections 10-14, 11-1, 7-6 of the Connecticut Practice Book)
- [ ] 3. Lack of case title. (Sections 4-1, 7-6 of the Connecticut Practice Book)
- [ ] 4. Lack of docket number. (Sections 4-1, 7-6 of the Connecticut Practice Book)
- [ ] 5. Lack of nature of document, for example, lack of name of designation of pleading, motion or request. (Sections 4-1, 7-6 and form 101 of the Connecticut Practice Book)
- [ ] 6. Lack of fee.
- [ ] 7. Lack of order page. (Sections 11-1, 7-6 of the Connecticut Practice Book)
- [ ] 8. Returned to wrong court. (Section 12-2 of the Connecticut Practice Book; Section 51-347 of the Connecticut General Statutes)
- [ ] 9. No address or telephone number on Appearance. (Section 3-3 of the Connecticut Practice Book)

**Your fee waiver has been granted. You may bring your paperwork to the state marshal for service on the defendant. A list of New Haven County marshals has been enclosed for your convenience. After the marshal serves the papers, please file your paperwork with a copy of the fee waiver so that your case can be initiated without delay.**

By *(~~Assistant~~ Clerk)*: **Beth Burns, Deputy Chief Clerk** Date: **3/12/19**

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

15

**Prudential**

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176-7390
www.prudential.com

11172571.1 000784

Mark Ciriello
54 New Haven Ave
Waterbury, CT 06708

Insured: Lucille C. Polletto
Policy Number: 64734796

August 24, 2015

Dear Mark Ciriello:

I am responding to a request for information on the above referenced policy number.

Our files indicate that we were notified of the death of the insured. Since you were one of the beneficiaries of record on this policy, check number 3110427999 in the amount of $11,144.08, dated August 15, 2002, was released to you.

If you have any questions or would like more information, please call our customer service office at (800) 778-2255 and refer to reference number AFMMZRMG. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Sincerely,

Fern Piccolo

Fern Piccolo
Customer Service Representative

16

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).

Prudential

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176-7390
www.prudential.com

11176861.1 000192

Mark S. Ciriello
54 New Haven Ave
Waterbury, CT 06708

Insured: Lucille C. Polletto
Policy Number: 64693270

August 25, 2015

Dear Mark S. Ciriello:

I am responding to a request for information on the above referenced policy number.

Our files indicate that we were notified of the death of the insured. Since you were one of the beneficiaries of record on this policy, check number 3110423068 in the amount of $1,219.40, dated August 6, 2002, was released to you.

If you have any questions or would like more information, please call our customer service office at (800) 778-2255 and refer to reference number AFMMZRMG. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Sincerely,

Fern Piccolo

Fern Piccolo
Customer Service Representative

17

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).

Prudential

Customer Service Office
P.O. Box 13902
Philadelphia, PA 19176
www.prudential.com

12510294.1 000297

Mark Ciriello
54 New Heaven Ave
Waterbury, CT 06708

Insured: Lucille C. Polletto
Policy Number: D83000753, 64693270 and 64734796

September 22, 2016

Dear Mr. Ciriello:

We have received your recent inquiry concerning the above policies that insured Lucille C. Polletto. Below is the information you requested.

After a review of our records, we have determined that the appropriate beneficiaries were paid on these policies. You were a named beneficiary on policies 64693270 and 64734796 only. The death benefits were paid to you in August 2002. Policy D83000753 named another individual as beneficiary which was also paid in 2002. Therefore there is no death benefit payable to you as you were not named as a beneficiary of policy D83000753.

It appears claim forms with all three policy numbers were sent to you. Unfortunately, this was a clerical error and policy D83000753 should not have been included on the claim form. I apologize for this error and any confusion it has caused.

If you have any questions or would like more information, please call our customer service office at (800) 496-1035 and refer to reference number AGND35SG. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Sincerely,

Jennifer Wilkinson

Jennifer Wilkinson
Customer Service Representative

18

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).



0002970142010000

3

#2

TRANSMISSION VERIFICATION REPORT

TIME : 09/03/2019 08:02
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 09/03 08:01 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:00:31 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 09/03/2019 08:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 09/03 07:53 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:06:14 |
| PAGE(S) | 18 |
| RESULT | OK |
| MODE | STANDARD |

SEPTEMBER 3 2019

CLAIM NO. 25000 AND 25027,AND THE PRUDENTIAL INSURANCE COMPANY

CLAIM OF MARK S.CIRIELLO

THE PLAINTIFF FAXED 3-DIFFERANT CLAIMS TO YOUR OFFICE AT 860-258-6958.IN AUGUST OF 2019.ASKING YOUR OFFICE TO REVIEW IT.

A

TRANSMISSION VERIFICATION REPORT

TIME : 09/03/2019 08:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 09/03 07:53 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:06:14 |
| PAGE(S) | 18 |
| RESULT | OK |
| MODE | STANDARD |

SEPTEMBER 3 2019

CLAIM NO. 25000 AND 25027,AND THE PRUDENTIAL INSURANCE COMPANY

CLAIM OF MARK S.CIRIELLO

THE PLAINTIFF FAXED 3-DIFFERANT CLAIMS TO YOUR OFFICE AT 860-258-6958.IN AUGUST OF 2019.ASKING YOUR OFFICE TO REVIEW IT.

OF THE 3-CLAIMS THERE IS A LAWSUIT ON THE LANDSCAPING, FILED SINCE 2000.CLAIM NUMBER 25000,LITAGATED FOR 19-YEARS, IN DISTRICT COURT,AND THE CLAIM COMMISSIONERS OFFICE.

ALSO OF THE 3-CLAIMS THERE IS A LAWSUIT ON PRUDENTIAL INSURENCE COMPANY OF AMERICA,FILED SINCE 2002 IN DISTRICT COURT,ALL 3 DISTRICT COURTS IN CONNECTICUT.DISMISSED AS FRIVOLOUS 2002-2006.ALSO FILED WITH THE CLAIMS COMMISSIONER OFFICE, 2006-2019.

FILED IN WATERBURY SUPERIOR COURT,IN 2019.THE SUPERIOR COURT MADE A VERY SERIOUS MISTAKE ,OR INTENTIONAL ERROR IN THE NAME OF CASE.WHICH LED TO THE LAWSUIT ON THE CLAIM COMMISSIOR

SEPTEMBER 3 2019

CLAIM NO. 25000 AND 25027,AND THE PRUDENTIAL INSURANCE COMPANY

CLAIM OF MARK S.CIRIELLO

THE PLAINTIFF FAXED 3-DIFFERANT CLAIMS TO YOUR OFFICE AT 860-258-6958.IN AUGUST OF 2019.ASKING YOUR OFFICE TO REVIEW IT.

OF THE 3-CLAIMS THERE IS A LAWSUIT ON THE LANDSCAPING, FILED SINCE 2000.CLAIM NUMBER 25000,LITAGATED FOR 19-YEARS, IN DISTRICT COURT,AND THE CLAIM COMMISSIONERS OFFICE.

ALSO OF THE 3-CLAIMS THERE IS A LAWSUIT ON PRUDENTIAL INSURENCE COMPANY OF AMERICA,FILED SINCE 2002 IN DISTRICT COURT,ALL 3 DISTRICT COURTS IN CONNECTICUT.DISMISSED AS FRIVOLOUS 2002-2006.ALSO FILED WITH THE CLAIMS COMMISSIONER OFFICE, 2006-2019.

FILED IN WATERBURY SUPERIOR COURT,IN 2019.THE SUPERIOR COURT MADE A VERY SERIOUS MISTAKE ,OR INTENTIONAL ERROR IN THE NAME OF CASE,WHICH LED TO THE LAWSUIT ON THE CLAIM COMMISSIOR OFFICE,OF THE STATE OF CONNECTICUT,AND THEY REJECTED THE CLAIM.
THIS CLAIM WAS TIMELY FILED,REPEATALY IN DISTRICT COURT, 2002-2006,BUT DISMISSED AS FRIVOLOUS.AGAIN AND AGAIN.
NOW THE CLAIM COMMISSIONERS OFFICE IS CLAIMING SOMETHIG ABOUT THE STATUTE OF LIMITATIONS,WHEN IT WAS TIMELY FILED IN 2002.

MARK S.CIRIELLO 480 SOUTH MAIN ST. WATERBURY,CT.06706
203-525-5081
Mark S. Ciriello

FILE NO. 25027

I WILL EXPLAIN,AT THE HEARING HOW SHE,AND SOME PEOPLE IN THE STATE MOLESTED MARK S.CIRIELLO.

THE DEFINITION OF MOLESTED IS MOLEST_TO ANNOY,DISTURB,OR PERSECUTE ESPECIALLY WITH HOSTILE OR INJURIOUS EFFECT.
2 TO TAKE INDECENT LIBERTIES WITH MIDDLE FRENCH MOLESTER,FROM MOLESTUS BURDENSOME FROM MOLES MASS,BURDEN,MOLESTATION,MOLESTER.

Mark S. Ciriello

MARK S.CIRIELLO
PLAINTIFF

AUGUST 11 2019

CLAIM NO. 25000 AND 25027

PURSUANT TO 4-158 AND 4-159,THE PLAINTIFF REQUESTS REVIEW, BY THE GENERAL ASSEMBLY.

Mark S. Ciriello

MARK S.CIRIELLO
480 SOUTH MAIN ST.
WATERBURY,CT.06706

J.PAUL VANCE JR. SENT ME SCEDUALING ORDERS,TO SETTLE THE LANDSCAPING CLAIM,AND THE INSURANCE CLAIM.

I TOLD THAT TO HER,SHE HAS ME ARRESTED FOR 6 MONTHS. THE CLAIMS ARE DISMISSED,AN A NEW CLAIM COMMISSIONER TAKES J.PAUL VANCE JR. POSITION,J.PAUL VANCE JR. THEY CLAIM RETIRED.

MAYBE SHE,OR SOMEBODY CLAIMED,MY CLAIM WHEN I WAS WRONGFULY INCARCERATED.

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

August 12, 2019

Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

***RE: CLAIM OF MARK CIRIELLO - FILE NO. 25000***

Dear Mr. Ciriello:

Your request for review of the decision of the Claims Commissioner has been received and your claim will be submitted to the next legislative session of the General Assembly which begins in 2020 pursuant to Connecticut General Statutes Section 4-159. A public hearing will be scheduled before the Judiciary Committee after the session convenes.

When the Committee schedules a date for the public hearing, you may appear at that date and time and testify regarding your claim.

**It is your sole responsibility to locate the information regarding the date of the public hearing. It can be obtained either by review of meeting schedules on the State of Connecticut Legislative website (www.cga.ct.gov), or by contacting the Office of the Judiciary Committee by telephone at (860) 240-0530 after the session convenes.**

Very truly yours,

Christy Scott *td*

Christy Scott
Claims Commissioner

CS/tmd

cc: daniel.salton@ct.gov

4

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

August 12, 2019

Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

***RE: CLAIM OF MARK CIRIELLO - FILE NO. 25027***

Dear Mr. Ciriello:

Your request for review of the decision of the Claims Commissioner has been received and your claim will be submitted to the next legislative session of the General Assembly which begins in 2020 pursuant to Connecticut General Statutes Section 4-159. A public hearing will be scheduled before the Judiciary Committee after the session convenes.

When the Committee schedules a date for the public hearing, you may appear at that date and time and testify regarding your claim.

**It is your sole responsibility to locate the information regarding the date of the public hearing. It can be obtained either by review of meeting schedules on the State of Connecticut Legislative website (www.cga.ct.gov), or by contacting the Office of the Judiciary Committee by telephone at (860) 240-0530 after the session convenes.**

Very truly yours,

Christy Scott td

Christy Scott
Claims Commissioner

CS/tmd

cc: stephen.finucane@ct.gov
terrence.oneill@ct.gov

5

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

**DATE:** August 13, 2019

**TO:** Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

Mark Ciriello
34 Prospect Street
Waterbury, CT 06702

**RE:** The correspondence we received from you postmarked 05/08/2019
Mark Ciriello

## Your claim has been REJECTED for the following reason(s):

[ ] The notice of claim is not signed.

[ ] The notice of claim does not provide the name and address of the claimant or his or her Attorney.

[X] The notice of claim lacks a concise statement of the claim including date, time, place, and circumstances surrounding the claim.

[ ] Neither the filing fee nor an application for waiver of filing fees was enclosed with the notice of claim.

[X] The notice of claim did not specify the dollar amount of damages requested.

[ ] The claim was filed by someone other than the claimant who is not an attorney licensed to practice in the State of Connecticut.

[ ] Under Connecticut law, no person is authorized to provide legal representation to a claimant except the claimant or an attorney admitted to practice law in Connecticut. If the claimant is not a person, such as a corporation or other business entity, the claim may be filed only by an attorney and may not be filed by an officer or employee of the claimant.
Reference General Statutes § 51-88; Regs. Conn. State Agencies § 4-157-7.

[ ] **Other –**

6

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

**Please be advised that you have not successfully filed a claim with the Claims Commissioner and the statute of limitations set forth at Connecticut General Statutes section 4-148 has not been tolled.**

**If you continue to seek to file a claim, you must submit a notice of claim that satisfies the filing requirements prior to the expiration of the statute of limitations.**

Enclosed please find your original correspondence. Your claim has not been docketed.
Also enclosed for your information is a document that describes the process for filing a claim against the state. You can find additional information at our website: www.occ.ct.gov.

17

MARK S CIRIELLO

V

PRUDENTIAL INSURANCE COMPANY of AMERICA

SUPERIOR COURT

FEBRUARY 22 2019

WATERBURY, CT.

1. PRUDENTIAL 751 BROAD STREET. NEWARK NJ 07102-3777
CORPORATE OFFICE 973-877-1236

2. PLAINTIFF MARK S.CIRIELLO
WATERBURY, CT. 06702
34 PROSPECT. STREET APT 7L

RECEIVED
P.M. 5/8/19
MAY 14 2019
OFFICE OF CLAIMS COMMISSION
STATE OF CONNECTICUT

3. I DID NOT GET PAID FOR POLICY D83000753 PLEASE REVIEW THE LETTERS FROM PRUDENTIAL, IT PROVES I HAD THREE POLICYS.

Returned 8/13/19

4. I DID GET PAID FOR POLICY 64693270 AND 64734796, I GOT PAID ABOUT 15 THOUSAND DOLLARS FROM THE TWO PAID POLICYS.

5. I RECEIVED THEM POLICYS ABOUT JULY 22,2002.

6. I FILED IT IN DISRICT COURT IN DELAWARE, BACK THEN I DID NOT HAVE THE KNOWLEDGE OF FILING A CLAIM, SO I LOST THE CLAIM.

7. PRUDENTIAL CLAIMS IT IS A MISTAKE, BUT I ASK COURT TO HELP IN GETTING PAID FOR POLICY D83000753.

8. I TRIED WORKING THIS OUT WITH PRUDENTIAL, BUT THEY WILL NOT PAY IT.

9. I REALIZE IT IS ALONG TIME AGO, BUT BY LAW I SHOULD HAVE AT LEAST 20-YEARS .

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY, CT. 06702
203-528-8207 Mark S. Ciriello

The Prudential Insurance Company of America
Customer Service Office
P O Box 41521
Philadelphia PA 19101-8962
Tel 1-800-778-2255 xB1694 Fax 215-784-2209
www.prudential.com

MARK CIRIELLO
54 NEWHAVEN AVE
WATERBERRY CT 06708

Insured: Lucille C. Polletto
Policyowner: Lucille C. Polletto
Policy Numbers: 64693270
64734796
D83000753

July 22, 2002

Dear Mr. Ciriello:

Thank you for the opportunity to be of service to you. I trust the following information will be beneficial.

We have not yet received the claim forms from you on the above policies. I have enclosed a set of forms. Please complete them and return so we can process your claim. You may either mail the forms back in the enclosed envelope or you may fax the forms to my attention at 904-313-1349.

If you have any further questions, please feel free to call our toll-free number listed above. One of our Customer Service Representatives will be glad to assist you.

Sincerely,

Mia Adair

Mia Adair
Customer Service Coordinator

EXHIBIT D
Mark Scott Ciriello/P.O.Box 523/Waterbury,Ct.06720/(203)597-0672
x Mark S. Ciriello

Prudential Financial

**Life Insurance and Annuity Death Benefits Claim Form**

Be sure to attach a certified death certificate with the state seal, and send us the policy(ies) and/or contract(s), if available. If you have any questions, please call us at **(800) 778-2255**.

**Please print using blue or black ink.**

## 1 About the Policy/Contract

Please list each life insurance policy and/or annuity contract number for which you are making a claim. The number may be eight or nine characters long; include any letter prefixes.

64693270 64734796 D83000753

Name of insured/annuitant* *(first, middle initial, last name)* Lucille Polletto

Date of death 05/29/2002 *month / day / year* Date of birth ______ *month / day / year*

**For annuity contracts where the death benefit is payable upon death of the owner, please insert the owner's name. Please contact the Annuity Service Center at* ***(888) 778-2888*** *for more information.*

## 2 About the Claimant

This section is to be completed by the individual claiming death benefits.

Name of claimant *(first, middle initial, last name)* Mark S. Ciriello

Street 34 Prospect St. Apt. 7L

City Waterbury State CT ZIP code 06702 06702 -

Date of birth 1 24 72 *month / day / year* Daytime telephone number (203) 528 8207 Evening telephone number (203) 597-7962

This form is being completed by: (Must check one.)

- ☐ Beneficiary (If you have assigned any portion of the claim to a funeral home, please include a copy of the assignment form.)
- ☐ Power of attorney for the beneficiary (Attach a copy of power of attorney authorization.)
- ☐ Representative of the insured's/annuitant's estate (Attach a copy of proof of appointment.)
- ☐ Trustee (Attach a copy of trust agreement.)
- ☐ Legal guardian for the beneficiary (Attach a copy of the court order naming you as guardian. If the beneficiary is a minor, please provide the minor's name and date of birth below.)

  Name of minor *(first, middle initial, last name)* ______

  Date of birth ______ *month / day / year*
- ☐ Assignee (specify amount you are claiming). $ ______
- ☐ Other (please specify) ______

COMB 38A-GEN Ed. 5/2001


Return this page to Prudential

EXHIBIT D

Mark Scott Ciriello/P.O.Box 523/Waterbury,Ct.06720/(203)597-0672

x Mark S. Ciriello

AUGUST 6 2019

PLEASE REVIEW ,THE CLAIMS I FAXED TO YOUR OFFICE AT 1 860258 6958.I WILL CONTACT YOU BY SEPTEMBER 3 2019.

OR OFCOURCE YOUR OFFICE MAY CONTACT ME AT 203 525 5081

MARK S. CIRIELLO
480 SOUTH MAIN ST.
APT 3
WATERBURY,CT. 06706

Mark S. Ciriello
plaintiff

THE STATE OF CT.IS THE DEFENDANT.
OFFICE OF CLAIM COMMISSIONER
450 COLUMBUS BOULEVARD,SUITE 203
HARTFORD,CT 06103

FAX 860 706 1482
PHONE 860 713 5501

STATE OF CONNECTICUT
OFFICE OF THE CLAIMS COMMISSIONER
450 COLUMBUS BOULEVARD, SUITE 203
HARTFORD, CT 06103

| | | |
|---|---|---|
| **MARK CIRIELLO** | : | **FILE: NO. 25027** |
| | : | |
| **v.** | | |
| | : | July (5) |
| **STATE OF CONNECTICUT** | : | **~~JUNE~~ 24, 2019** |

**ORDER**

The Respondent's Motion to Dismiss dated April 21, 2018, is granted and the claim is dismissed for the reasons cogently articulated in the motion to dismiss, i.e., the failure to allege facts sufficient to state a claim against the respondent State of Connecticut. **The claim is dismissed.**

BY ORDER OF THE COMMISSIONER

CHRISTY SCOTT

/2

STATE OF CONNECTICUT
OFFICE OF THE CLAIMS COMMISSIONER
450 COLUMBUS BOULEVARD, SUITE 203
HARTFORD, CT 06103

**MARK CIRIELLO** : **FILE: NO. 25000**

:

**v.**

:

**STATE OF CONNECTICUT** : July (CS) ~~**JUNE**~~ **24, 2019**

## ORDER

The Respondent's Motion to Dismiss dated February 1, 2018, is granted and the claim is summarily dismissed for the reasons cogently articulated in the motion to dismiss, i.e., the claimant's lack of standing and pursuant to the Claims Commissioner's Memorandum of Decision dated November 20, 2008. **The claim is dismissed.**

BY ORDER OF THE COMMISSIONER

CHRISTY SCOTT

PULLMAN & COMLEY 100 YEARS

**Daniel P. Scholfield**
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2139
f 203 576 8888
dscholfield@pullcom.com
www.pullcom.com

June 28, 2019

Mark S. Ciriello
34 Prospect Street, APT 7L
Waterbury, CT 06702

**Re: Ciriello v. Prudential Insurance Company of America**

Dear Mr. Ciriello:

As you know, I represent Prudential Insurance Company of America ("Prudential") to the extent you served a state-court lawsuit upon it. In the papers you served, you allege that Prudential failed to make payments to you pursuant to a life insurance policy bearing policy number D83000753 after a relative of yours passed away some time ago.

Although you made service upon the Connecticut Insurance Commissioner and also upon CT Corporation System, you did not thereafter return the action to court, meaning the lawsuit has not been brought to court and is not actually pending. The deadline for you to return the lawsuit to court, based upon the Return Date you selected, was April 24, 2019, more than sixty (60) days prior to the writing of this letter.

I understand that you claim that the State of Connecticut failed to fulfill some manner of obligation to you in this regard and that in your estimation it is the State of Connecticut's fault that your lawsuit was not returned to court. Additionally, you have asked me to assist with that matter. I have consistently informed you that I do not represent you – I represent Prudential. I am not in a position to confirm whether your beliefs are correct or to offer you advice concerning them, and I have not done so and you should not construe this letter as doing so.

Because the action is not pending in court, I now consider this matter closed. I will be closing my file and will no longer be taking the many calls you have continued to make to me.

Very truly yours,

Daniel P. Scholfield

Daniel P. Scholfield

14

ACTIVE/77153.18/DSCHOLFIELD/8261416v1

**RETURN OF PAPERS**
JD-ES-57 Rev. 1-17
P.B. §§ 7-6, 12-2

STATE OF CONNECTICUT
**SUPERIOR COURT**
*www.jud.ct.gov*

To: **Mark S. Ciriello**
**34 Prospect St.**
**Waterbury, CT 06702**

| Name of case | Docket number |
|---|---|
| **Angel Martinez vs. Brass Mill Mall, et al** | |

| [X] Judicial District | [ ] Housing Session | [ ] Geographical Area Number ____ | Address of court *(Number, street, town and zip code)* **300 Grand St., Waterbury, CT 06702** |
|---|---|---|---|

**The enclosed** **fee waiver, summons, complaint** **are returned for the following reasons:**

- [ ] 1. Lack of signature on document/pleading. (Sections 4-2, 4-4, 7-6 of the Connecticut Practice Book)
- [ ] 2. Lack of certification. (Sections 10-14, 11-1, 7-6 of the Connecticut Practice Book)
- [ ] 3. Lack of case title. (Sections 4-1, 7-6 of the Connecticut Practice Book)
- [ ] 4. Lack of docket number. (Sections 4-1, 7-6 of the Connecticut Practice Book)
- [ ] 5. Lack of nature of document, for example, lack of name of designation of pleading, motion or request. (Sections 4-1, 7-6 and form 101 of the Connecticut Practice Book)
- [ ] 6. Lack of fee.
- [ ] 7. Lack of order page. (Sections 11-1, 7-6 of the Connecticut Practice Book)
- [ ] 8. Returned to wrong court. (Section 12-2 of the Connecticut Practice Book; Section 51-347 of the Connecticut General Statutes)
- [ ] 9. No address or telephone number on Appearance. (Section 3-3 of the Connecticut Practice Book)

**Your fee waiver has been granted. You may bring your paperwork to the state marshal for service on the defendant. A list of New Haven County marshals has been enclosed for your convenience. After the marshal serves the papers, please file your paperwork with a copy of the fee waiver so that your case can be initiated without delay.**

By *(~~Assistant~~ Clerk)*: **Beth Burns, Deputy Chief Clerk** Date: **3/12/19**

**ADA Notice**
The Judicial Branch of the State of Connecticut complies with the Americans with Disabilities Act (ADA). If you need a reasonable accommodation in accordance with the ADA, contact a court clerk or an ADA contact person listed at *www.jud.ct.gov/ADA*

15

Prudential

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176-7390
www.prudential.com

11172571.1 000784

Mark Ciriello
54 New Haven Ave
Waterbury, CT 06708

Insured: Lucille C. Polletto
Policy Number: 64734796

August 24, 2015

Dear Mark Ciriello:

I am responding to a request for information on the above referenced policy number.

Our files indicate that we were notified of the death of the insured. Since you were one of the beneficiaries of record on this policy, check number 3110427999 in the amount of $11,144.08, dated August 15, 2002, was released to you.

If you have any questions or would like more information, please call our customer service office at (800) 778-2255 and refer to reference number AFMMZRMG. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Sincerely,

Fern Piccolo

Fern Piccolo
Customer Service Representative

16

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).

Prudential

Customer Service Office
P.O. Box 7390
Philadelphia, PA 19176-7390
www.prudential.com

11176861.1 000192

Mark S. Ciriello
54 New Haven Ave
Waterbury, CT 06708

Insured: Lucille C. Polletto
Policy Number: 64693270

August 25, 2015

Dear Mark S. Ciriello:

I am responding to a request for information on the above referenced policy number.

Our files indicate that we were notified of the death of the insured. Since you were one of the beneficiaries of record on this policy, check number 3110423068 in the amount of $1,219.40, dated August 6, 2002, was released to you.

If you have any questions or would like more information, please call our customer service office at (800) 778-2255 and refer to reference number AFMMZRMG. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Sincerely,

Fern Piccolo

Fern Piccolo
Customer Service Representative

17

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).

Prudential

Customer Service Office
P.O. Box 13902
Philadelphia, PA 19176
www.prudential.com

12510294.1 000297

Mark Ciriello
54 New Heaven Ave
Waterbury, CT 06708

Insured: Lucille C. Polletto
Policy Number: D83000753, 64693270 and 64734796

September 22, 2016

Dear Mr. Ciriello:

We have received your recent inquiry concerning the above policies that insured Lucille C. Polletto. Below is the information you requested.

After a review of our records, we have determined that the appropriate beneficiaries were paid on these policies. You were a named beneficiary on policies 64693270 and 64734796 only. The death benefits were paid to you in August 2002. Policy D83000753 named another individual as beneficiary which was also paid in 2002. Therefore there is no death benefit payable to you as you were not named as a beneficiary of policy D83000753.

It appears claim forms with all three policy numbers were sent to you. Unfortunately, this was a clerical error and policy D83000753 should not have been included on the claim form. I apologize for this error and any confusion it has caused.

If you have any questions or would like more information, please call our customer service office at (800) 496-1035 and refer to reference number AGND35SG. We are available Monday through Friday between 8:00 a.m. and 8:00 p.m. Eastern time. If you are using a telecommunications device for the hearing impaired, please call (800) 778-8633, Monday through Friday between 8:00 a.m. and 6:00 p.m. Eastern time. One of our customer service representatives will be glad to help you.

Sincerely,

Jennifer Wilkinson

Jennifer Wilkinson
Customer Service Representative

18

Life insurance is issued by The Prudential Insurance Company of America, Pruco Life Insurance Company (except in NY and/or NJ), or Pruco Life Insurance Company of New Jersey (in NY and/or NJ).



0002970142010000