3

TRANSMISSION VERIFICATION REPORT

TIME : 09/03/2019 08:02
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE, TIME | 09/03 08:01 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:00:31 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 09/03/2019 08:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE, TIME | 09/03 07:53 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:06:14 |
| PAGE(S) | 18 |
| RESULT | OK |
| MODE | STANDARD |

SEPTEMBER 3 2019

CLAIM NO. 25000 AND 25027,AND THE PRUDENTIAL INSURANCE COMPANY

CLAIM OF MARK S.CIRIELLO

THE PLAINTIFF FAXED 3-DIFFERANT CLAIMS TO YOUR OFFICE AT 860-258-6958.IN AUGUST OF 2019.ASKING YOUR OFFICE TO REVIEW IT.

A

TRANSMISSION VERIFICATION REPORT

TIME : 09/03/2019 08:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 09/03 07:53 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:06:14 |
| PAGE(S) | 18 |
| RESULT | OK |
| MODE | STANDARD |

SEPTEMBER 3 2019

CLAIM NO. 25000 AND 25027,AND THE PRUDENTIAL INSURANCE COMPANY

CLAIM OF MARK S.CIRIELLO

THE PLAINTIFF FAXED 3-DIFFERANT CLAIMS TO YOUR OFFICE AT 860-258-6958.IN AUGUST OF 2019.ASKING YOUR OFFICE TO REVIEW IT.

OF THE 3-CLAIMS THERE IS A LAWSUIT ON THE LANDSCAPING, FILED SINCE 2000.CLAIM NUMBER 25000,LITAGATED FOR 19-YEARS, IN DISTRICT COURT,AND THE CLAIM COMMISSIONERS OFFICE.

ALSO OF THE 3-CLAIMS THERE IS A LAWSUIT ON PRUDENTIAL INSURENCE COMPANY OF AMERICA,FILED SINCE 2002 IN DISTRICT COURT,ALL 3 DISTRICT COURTS IN CONNECTICUT.DISMISSED AS FRIVOLOUS 2002-2006.ALSO FILED WITH THE CLAIMS COMMISSIONER OFFICE, 2006-2019.

FILED IN WATERBURY SUPERIOR COURT,IN 2019.THE SUPERIOR COURT MADE A VERY SERIOUS MISTAKE ,OR INTENTIONAL ERROR IN THE NAME OF CASE.WHICH LED TO THE LAWSUIT ON THE CLAIM COMMISSIOR

B

TRANSMISSION VERIFICATION REPORT

| | | |
|---|---|---|
| TIME | : | 07/30/2019 10:15 |
| NAME | : | |
| FAX | : | 2037575066 |
| TEL | : | 2035730100 |
| SER.# | : | BROG5J570156 |

| | |
|---|---|
| DATE,TIME | 07/30 10:02 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:12:50 |
| PAGE(S) | 42 |
| RESULT | OK |
| MODE | STANDARD |

FILE NO. 25027 MAY 12 2019

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

LAST STATEMENT END OF PLAINTIFFS TESTIMONY

I SPENT 6 MONTHS LOCKED UP IN PRISON CONFINED TIME.WITH A TOTAL OF 10 MONTHS OF FINICIAL HARDSHIP,AND PAID BOND MONEY, FOR A TOTAL OF ABOUT 3000 DOLLARS.ALSO PAID CAR TOWING,FOR A TOTAL OF 400 DOLLARS,AND MY INSURANSE COMPANY PAID FOR A TOW, ALSO.THE MEDICAL BILLS FOR EMERGENCY ROOM,AND AMBULANSE,AND HOSPITAL BILLS WERE PAID FOR SOME HOW THRU INSURANCE.OR THEY DID NOT GET PAID.

I DID NOTHING WRONG.DID NOTHING TO BRAKE THE LAW.

I AM ASKING THE STATE FOR 8000 DOLLARS,OR 10 THOUSAND DOLLARS.TO HELP RELIEF,THIS WRONGFULL INCARCERATION,AND THE SO CALLED VICTOMS PLOT.AGAINST PLAINTIFF [illegible]

C

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

July 24, 2019

Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
stephen.finucane@ct.gov

Mark Ciriello
480 South Main Street
Apt. 3
Waterbury, CT 06706

**RE: CLAIM OF MARK CIRIELLO - FILE NO. 25027**

Dear Attorney Finucane and Mr. Ciriello:

Enclosed is an order in the above-captioned matter.

Very truly yours,

Christy Scott
Claims Commissioner

CS/tmd

CC: terrence.oneill@ct.gov

Encl.

FILE NO. 25027 MAY 12 2019

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

LAST STATEMENT END OF PLAINTIFFS TESTIMONY

I SPENT 6 MONTHS LOCKED UP IN PRISON CONFINED TIME.WITH A TOTAL OF 10 MONTHS OF FINICIAL HARDSHIP,AND PAID BOND MONEY, FOR A TOTAL OF ABOUT 3000 DOLLARS.ALSO PAID CAR TOWING,FOR A TOTAL OF 400 DOLLARS,AND MY INSURANSE COMPANY PAID FOR A TOW, ALSO.THE MEDICAL BILLS FOR EMERGENCY ROOM,AND AMBULANSE,AND HOSPITAL BILLS WERE PAID FOR SOME HOW THRU INSURANCE.OR THEY DID NOT GET PAID.

I DID NOTHING WRONG.DID NOTHING TO BRAKE THE LAW.

I AM ASKING THE STATE FOR 8000 DOLLARS,OR 10 THOUSAND DOLLARS.TO HELP RELIEF,THIS WRONGFULL INCARCERATION,AND THE SO CALLED VICTOMS PLOT,AGAINST PLAINTIFF.WHICH MAY OR MAY NOT INCLUDE HER ATEMPTING TO GET MY LAWSUIT ON THE GOVT,OR MY LAWSUIT ON THE LANDSCAPING.

Mark S. Ciriello

MARK S.CIRIELLO PLAINTIFF

MARK S.CIRIELLO 480 SOUTH MAIN ST. WATERBURY,CT. 06706
203-525-5081

E

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

April 24, 2018

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO- FILE NO. 25027**

Dear Mr. Ciriello:

Please respond to the Respondent's **Motion to Dismiss dated April 21, 2018** by **May 24, 2018.** Unless you file a response in opposition by that date, the Motion may be granted.

Please send a copy of your response to Assistant Attorney General Stephen R. Finucane.

Very truly yours,

Tara M. Dupont

Tara M. Dupont
Paralegal Specialist

/idm

CC: stephen.finucane@ct.gov
terrence.oneill@ct.gov



F

GEORGE JEPSEN
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of the Attorney General
State of Connecticut

# MEMORANDUM

Date: April 2, 2018

To: Honorable Christy Scott
Office of the Claims Commissioner
450 Columbus Boulevard
North Tower, Suite 203
Hartford, CT 06103

From: Stephen R. Finucane
Assistant Attorney General
Office of the Attorney General
Public Safety Department
110 Sherman Street
Hartford, CT 06105

Subject: **Claim of Mark Ciriello v. State of Connecticut**
**File No. 25027**

---

Please enter my Appearance as Attorney for the Respondent, State of Connecticut in the above-entitled Claim.

Dated at Hartford, Connecticut this 2nd day of April, 2018.

Stephen R. Finucane
Assistant Attorney General

SRF:nmd

cc: Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

G

FILE NO. 25027

MARK S.CIRIELLO

V

APRIL 6 2019

THE STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING TESTIMONY

IT FELT LIKE DIEING FROM MY DEATH.MY WHOLE BODY SHUTTING DOWN.,MY RESPITORY SYSTEM SHUTTING DOWN,AS I LAID TO SLEEP.

AS I CALLED FOR AMBULANCE,TO GO TO EMERGENCY ROOM,THE STATE HAS MY PERMMISION TO OBTAIN BLOOD WORK AND MEDICAL RECORDS.FROM WATERBURY HOSPITAL.

I BELIEVE IT WAS FROM THE POTTERY SHE MADE.I WAS VERY SCARED BECAUSE I DID NOT KNOW IF THE RED SPOTS WOULD GO AWAY.

I WAS HOSPITALIZED TWICE,I BELIEVE FROM THE COFFEE MUGS. AND PLATES.

I FELT DEATH FOR THREE SECONDS.

MARK S.CIRIELLO 34 PROSPECT ST.APT.7L WATERBURY,CT. 06702
203-525-5081 Mark S.Ciriello

FILE NO.25027 MARCH 15 2019

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING TESTIMONY

ABOUT THE SAME TIME I BEGAN USING HER POTTERY,I BROKE OUT IN RED SPOTS ON MY CHEST,STOMACH,LEFT AND RIGHT ARMS.
I GOT ADMITTED TO THE EMERGENCY ROOM,THEN HOSPITAL.
THE HOSPITAL SAID TO BATH IN A DANDRUFF SHAMPOO.
IT WENT AWAY IN ABOUT A MONTH OR SO.

IT IS VERY CLEAR THAT THE SO CALLED VICTOM HATED ME, WITHOUT THE TESTIMONY ABOVE.

SHE HAS NO INSURANCE,SHE HAD MY LICENCE PLATE COPIED,AN SHE FONDLED ME,AND I GOT HER BUSINESS CARD,FROM HER POTTERY BUSINESS.WHICH MENT SHE WANTED PEOPLE TO CALL HER.

HER SNEAKY,WAYS ABOUT GETTING MY NAME,AN ADRESS IS PREMEDITATED BY COPIED MY LICENCE PLATE BEFORE HER PLOT OF GETTING POLICE.AND THE REQUEST FOR POLICE EMERGENCY,WAS FRAUDULENT.

MARK S.CIRIELLO 34PROSPECT ST.APT 7L WATERBURY,CT.06702
203-525-5081 Mark S. Ciriello

MARCH 9 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING ARGUMENTS

I BOUGHT 500-700 DOLLARS WORTH OF CUSTOM PAINTED POTTERY, INCLUDING THE CHRISTMAS TREE.

THE SECOND VOICEMAIL I LEFT,WHEN SHE SUMMONDED WATERTOWN POLICE TO MY HOME AND ARRESTED ME,TRUTHFULLY I DID DROP A MUG ASKING HER IF SHE COULD REPLCE IT.I KNEW FROM HER RESPONCE HAVING ME ARRESTED ,I KNEW SHE WAS EVIL,AND TO THROW AWAY EVERYTHING SHE MADE,SHE JUST CANNOT BE TRUSTED DEALING WITH CUSTOM POTTERY SHE MADE.THERE FOR IT WAS A BUSINESS CALL VOICEMAIL.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.
203-525-5081

Mark S. Ciriello

MARCH 4 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

CLOSING ARGUMENTS AND
SETTLEMENT CONFERANCE

THE SO_CALLED VICTOM HAD NO RIGHT TO SUMMOND POLICE, I DID ,OR SAID NOTHING TO RENDER POLICE.

HER CALLS FOR POLICE,WERE HER OWN PROBLEM,AS A BUSINESS OWNER.AND MYSELF BEING A CUSTOMER.

ENOUGH TESTIMONY,HAS BEEN FILED TO DISCUSS SETTLEMENT.A CONFERENCE ON SETTLEMENT IS REQUESTED.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT. 06702
203-525-5081 Mark S. Ciriello

FILE NO. 25027 FEBRUARY 10 2019

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

TO BENEFIT MY MENTAL HEALTH I HAVE A COMMERCIAL TRACTOR TRAILOR LICENCE SO I HAD 19 YEARS OF MEDICAL EXAMINATIONS. ALWAYS GETTING PASS,FROM THE EXAMINATIONS DOCTOR.

BUT IN 2019,I DESIDED TO DOWNGRADE TO JUST A REGULAR DRIVERS LICENCE.

MARK S CIRIELLO 34 PROSPECT ST.WATERBURY,CT.06702
203-528-8207 Mark S. Ciriello

JANUARY 31 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

THE PUBLIC ATTORNEY WOULD NOT CONSULT ME ABOUT WHAT HAPPENED, WATERBURY SUPERIOR COURT WAS MAKING IT A MENTAL HEALTH ISSUE. ABOUT TAKING MEDICATION.

WATERBURY SUPERIOR DID NOT CARE WHAT THE TRUE FACTS WERE.

AND YOU CANNOT SPEAK TO THE JUDGE.I TRIED AND THE PUBLIC ATTORNEY SAID NOT TO SPEAK.TO DEFEND MYSELF.

TO MAKE A LONG STORY SHORT,MY FATHER STARTED THIS MENTAL HEALTH ISSUE,AS A WAY TO GET ME BACK FOR PAYING YEARS CHILD SUPPORT MONEY EVERY WEEK BACK IN 1993.MY OLDER BROTHER WAS INVOLVED TO.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT.06702 APT.7L
203-528-8207 Mark S. Ciriello

JANUARY 27 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

THE SO CALLED VICTOM RAN A BUSINESS,I WAS A CUSTOMER. SHE IS RESPONSIBLE,FOR MY WELL BEING,WHILE I AM AT HER BUSINESS.

DID THE SO CALLED VICTOM EVEN HAVE BUSINESS INSURANCE. I GOT HER PHONE NUMBER FROM THE BUSINESS CARD THAT I GOT FROM HER BUSINESS.

WATERBURY SUPERIOR COURT ACTED FROM HATRED THAT WAS FROM THE SO CALLED VICTOM.JUDGING FROM THE COMPLAINT IT IS SAFE TO SAY SHE DID HATE ME.

PLEASE TRY TO REMEMBER SHE FONDLED MARK S.CIRIELLO, BY HOLDING HANDS THE FIRST DAY WE MET.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702
203 528-8207 Mark S. Ciriello

JANUARY 17 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE SO CALLED VICTOM MUST OF HAD MY LICENCE PLATE COPIED.BECAUSE I NEVER TOLD HER MY NAME CAUSE SHE NEVER ASKED. IF THAT IS TRUE IT WAS COPIED BEFORE HER PLOT UNFOLDED. HER MALICE PLOT OF GETTING POLICE.

I ALSO NEVER TOLD HER MY ADDRESS.BUT SHE KNEW IT WAS IN WATERBURY SOMEWHERE.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT.06702
203-528-8207 Mark S. Ciriello

JANUARY 2 2019

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

MOTION TO RAISE RELIEF

RESPECTFULLY THE PLAINTIFF RAISES RELIEF 2000 DOLLARS. MAKING THE RELIEF 10000 DOLLARS.

THIS WILL RELIEVE THE DEFAMATION,AN AGRAVATION OF BEING WRONGFULLY INCARCERATED.

MARK S.CIRIELLO 34PROSPECT ST.APT 7L WATERBURY,CT.06702
203-528-8207

Mark S. Ciriello

NOVEMBER 24 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

MR.MARK S.CIRIELLO HAS A MALPRACTICED MEDICAL ISSUE.TO MAKE A LONG STORY SHORT,HE HAS ABOUT TEN TO FIFTHTEEN BEEN HOSPITALIZED FOR NO REASON AT ALL.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528 8207 Mark S. Ciriello

NOVEMBER 14 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

DID THE WATERTOWN DETECTIVES,OR WHOEVER THE MAN AND WOMEN WERE VIOLATE MY RIGHTS.BY NOT HAVING WATERBURY POLICE PRESENT.

THEY ALSO WERE UP THE STAIRCASE ADJUNCT THE KITCHEN.

AS STATED ABOVE THE WATERBURY POLICE WAS NOT PRESENT DURING QUESTIONING.WATERBURY POLICE RESPONED AFTER WORDS TO TAKE ME TO THE POLICE STATION IN WATERBURY.THE WATERTOWN DETECTIVES WERE OUT OF THEIR JURISDITION,AND WATERBURY POLICE SHOULD HAVE BEEN THEIR FIRST.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702
203 528 8207 Mark S. Ciriello

FILE NO. 25027

JULY 29 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE WATERTOWN DETECTIVE THAT CAME TO MY HOUSE,AND CHARGED ME WITH HARASSMENT AND INTERFERING,OVER REACTED BY CHARGING ME WITH THE CHARGES.I DID NOTHING WRONG.

PERHAPS THE SO CALLED VICTOM THREATENED LEGAL ACTION AGAINST THE TOWN,IF THEY DID NOT RESPONED.BUT EITHER WAY,I DID NOTHING WRONG.IT IS JUST THE MALICE WAY THE SO CALLED VICTOM ACTED.

IT IS STATED ALREADY IN THE COMPLAINT THAT THE SO CALLED VICTOM MUST HAVE HATED ME TO CALL POLICE.IT IS EITHER THAT OR SHE WANTED TO SUE A MUNICIPALITY.

THE SO CALLED VICTOM MUST NOTIFY ME IMMEDIATLY,IF SHE NO LONGER WANTS ME AS A CUSTOMER,RATHER THAN USE MALICE ACTION AGAINST ME.THE DEFINITION OF MALICE IS IN THE COMPLAINT.

MARK S.CIRIELLO 34 PROSPECT ST.APT7L WATERBURY,CT.06702

Mark S. Ciriello

FILE NO. 25027

AUGUST 19 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

MOTION FOR SETTLEMENT CONFERENCE

DISCUSS SETTLEMENT WITH ASSISTANT ATTORNEY GENERAL STEPHEN R. FINUCANE.

SETTLEMENT IS 8000 DOLLARS.THE SO CALLED VICTOM MUST HAVE HATED ME TO CALL 911 TWICE TILL I WAS ARRESTED.WATERBURY SUPERIOR COURT ACTED FROM HATRED BY THE SO CALLED VICTOM. BETWEEN EVERYTHING SHE MADE A SHAME OUT OF DOING BUSINESS WITH HER,TURNING TO REGRET.THERE IS NO NEED TO WORRY,BECAUSE THE DEFENDANT HERE OF WILL APPLY A SETTLEMENT OF 8000.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT. 06702
203 528 8207 Mark S. Ciriello

FILE NO. 25027

JULY 5 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

IF THIS CASE IS NOT SETTLED HEREOF THE RELIEF WILL BE RAISED TO 16 THOUSAND DOLLARS AND I WILL GET IT BECAUSE I WAS A CUSTOMER TO THE SO CALLED VICTOM.

AS STATED ALLREADY MAYBE THE SO CALLED VICTOM WAS JEALOUS OF MY LAWSUIT ON THE GOVT,BECAUSE THE ARREST CAUSED IT TO BACK UP 10 MONTHS.

THE REASON FOR RELIEF ONE FULL YEAR OF WORKING WITH HER ON CUSTOM ORDERED POTTERY,TEN MONTHS OF COURT,JAIL,BAIL.TEN MONTHS OF PENDING LITIGATION HERE OF. ONE YEAR PROBATION WHEN I DID NOTHING WRONG.

THE STATE IS LUCKY I DID NOT LOSE EVERYTHING,I HAD A STORAGE UNIT FILED WITH MY VALUABLES,AND A CAR.

MARK S.CIRIELLO 34 PROSPECT ST. APT 7L WATERBURY,CT. 06702

18 Mark S. Ciriello

JUNE 5 2018

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE PLAINTIFF WAS SLANDERED BY THE SO CALLED VICTOM, THE WATERTOWN DETECTIVES,WATERBURY SUPERIOR COURT.

THE DEFINITION OF SLANDERED IS SLANDER 1 THE UTTERANCE OF FALSE CHARGES OR MISREPRESENTATIONS WHICH DEFAME AND DAMAGE ANOTHERS REPUTATION 2 A FALSE AND DAMAGE DEFAMATORY ORAL STATEMENT ABOUT A PERSON.

SLANDEROUSLY,SLANDEROUS,SLANDEROUSNESS SLANDER ,SLANDERED SLANDERING,SLANDER DEFAME,MALIGN MEAN TO INJURE BY SPEAKING ILL SLANDER STRESSES THE SUFFERING THE VICTOM REGARDLESS OF THE INTENT OF THE SLANDERER DEFAME STRESSES THE ACTUAL LOSS OF OR INJURY TO ONES GOOD NAME AND REPUTE.MALIGN USUALLY SUGGESTS THE OPERATION OF HATRED,PREJUDICE,OR BIGTRY OFTEN BY SUBTLE MISREPRESENTATION RATHER THAN DIRECT ACCUSATION MALIGNED AND PERSECTED BY EVIL FORCES.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT.06702

Mark S. Ciriello

FILE NO. 25027

MAY 26 2018

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

TESTIMONY

THE DEFINITION OF DEFAMATION IS THE ACT OF DEFAMING,INJURY TO THE GOOD NAME OF ANOTHER.

POSSABLY IN THE NEWS PAPER,THE STATE MAKES CASES,CHARGES AND YOUR NAME PUBLIC.

THE STATE IS RESPONSIBLE FOR DEFAMING MY SELF,AND NAME.

MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY,CT 06702
203 528 8207

Mark S. Ciriello

MAY 24 2018

FILE NO.25027

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

ADDITIONAL TESTIMONY TO OBJECTION TO DISMISS
DUE MAY 24 2018

THE STATE OF CONNECTICUT IS A DEFENDANT BECAUSE (NEW LAWS ON VOICEMAIL)WHICH WOULD INCLUDE THE (THE STATE OF CONNECTICUT), GENERAL ASSEMBLY TO REVIEW AND SET NEW LAWS FOR VOICEMAILS.

THE STATE OF CONNECTICUT IS A DEFENDANT BECAUSE (I WAS VIOLATED BY WATERBURY SUPERIOR COURT,THE WATERTOWN DETECTIVES THAT CAME TO MY HOME,AND CHARGED ME WITH HARASSMENT AND INTERFERING WHEN I WAS INNOSENT).

VIOLATED BY PUBLIC DEFENDER FOR SENDING ME TO WHITING, WHEN THERE WAS NOTHING WRONG WITH ME.FOR 90 DAYS.

THRU THIS I WAS PAYING BAIL ,LISTED IN THE COMPLAINT WHICH CAUSED A FINANCIAL HARDSHIP.

MARK S CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY CT.06702
203 528 8207

Mark S. Ciriello

MAY 10 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

THE SO CALLED VICTOM HAD MY PHONE NUMBER,SHE SHOULD HAVE CALLED ME ON THE PHONE.AND TELL ME IM NO LONGER WELCOME.

THE CORRECT DATE OF WRONGFUL OR FALSE INCARCERATION ARE FROM SEPTEMBER 1 TO JUNE 29.

MARK S.CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY,CT.06702

Mark S. Ciriello

APRIL 29 2018

FILE NO.25027

MARK S.CIRIELLO

VS

THE STATE OF CONNECTICUT JUDICIAL BRANCH

OBJECTION TO MOTION TO DISMISS AND MOTION TO CONFER SETTLEMENT

THE COMPLAINT IN ITS ENTIRITY IS PERFECT,SHOWING STATE JURISDITION,BY THE STATE OF CONNECTICUT JUDICIAL SYSTEM WRONGFUL OR FALSE INCARCERATION.THE PUBLIC DEFENDER MIKE RICHARDS,WOULD NOT EVEN CONSULT ME FOR MY SIDE OF THE STORY.

THE TWO DETECTIVES CAME TO MY HOUSE,I WAS INSIDE,MINDING MY OWN BUSINESS,THE DOORBELL RINGS AND THEY CHARGE ME WITH HARASSMENT,AND INTERFERING.WHEN I DID NOTHING WRONG,PLEASE TRY TO REMEMBER I WAS A PAYING CUSTORMER.

THE STATE MUST ENTERTAIN THE ENTIRE RELATIONSHIP OF SO CALLED VICTOM STARTING THE FIRST DAY I MET THE SO CALLED VICTOM.AS SHE FONDLED MARK S.CIRIELLO THRU HOLDING HANDS THE FIRST DAY WE MET.THE DEFINITION OF FONDLED IS TO TOUCH OR HANDLE IN A TENDER OR LOVING MANNER.

WRONGFUL OR FALSE INCARCERATION WAS FROM SEPTEMBER 1 TO JUNE 1.PLUS PROBATION WHICH IS NOW OVER WITH.

THE STATE MUST REPRESENT THE CT.JUDICIAL SYSTEM.WHICH I WAS VIOLATED,THE STATE MUST REPRESENT ALL ASPECTS OF THE SO CALLES VICTOMS CALLS TO POLICE FROM TWO VOICEMAILS. WHICH SHE WAS USING MY OWN VOICE MAILS AGAINST ME



MARK S.CIRIELLO 34PROSPECT ST.APT 7L WATERBURY CT.06702
203 528 8207 Mark S. Ciriello

FILE NO.25027

CONTINUED FROM FIRST PAGE

I WAS A PAYING CUSTOMER FOR THE CUSTOM MADE POTTERY.WHICH I HAD TO DRIVE BACK AND FORTH TO HER BUSINESS IN WATERTOWN. AND ARRANGE ON MY BAKERS RACK.USING TO EAT AND DRINK OFF OF.

I SPENT 4000 DOLLARS ON THIS MATTER,RELIEF IS 8000,that IS ONLY 4000 FOR THE FALSE INCARCERATION,OF BEING ARRESTED FOR NO REASON

WHY DIDNT THE SO CALLED VICTOM JUST TELL ME ON HER OWN, THAT I WAS NO LONGER WELCOME.SHE HAS THE DEFENDANTS TELL ME. BY ARREST OF THIS MALICE CRIME BY VICTOM



MARK S.CIRIELLO 34 PROSPECT 7L WATERBURY CT.06702
Mark S. Ciriello

APRIL 13 2018

FILE NO. 25027

MARK S.CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

POSITION STATEMENT

THE SO CALLED VICTOM,MUST HAVE HATED ME.TO CALL POLICE TWICE TILL I WAS ARRESTED.SHE WAS MAKING CUSTOM COFFEE MUGS, CUSTOM PLATES,CUSTOM BOWLS FOR ME.I WAS PAYING HER CASH MONEY.

SHE WAS HOLDING MY HAND ON THE FIRST DAY WE MET,BUYING THE CHRISTMAS TREE.I THOUGHT WE WERE FRIENDS,SO ONE YEAR LATER I ASKED HER OUT FOR A DRINK,A CELEBRATION,OF HER MOVING,AND ME PERSUING MY LAWSUIT AGAINST THE STATE.

SHE SHOULD HAVE JUST SAID NO,BUT SHE MADE A BIG DEAL OUT OF IT.

THE SECOND TIME I CALLED HER I ASKED ON VOICEMAIL,IF SHE COULD MAKE ANOTHER MUG REPLACE,A MUG THAT GOT BROKEN,THAT IS WHEN I GOT ARRESTED,I WAS JUST USED TO HER BECAUSE I DID BUSINESS FOR ONE YEAR WITH HER.

ASK THE PUBLIC DEFENDER HOW LONG I DID INCERCERATED IT IS MORE LIKE 10 MONTHS BUT I GOT OUT ON BAIL 3 TIMES.AND FOR WHAT ASKING SOMEBODY OUT FOR A DRINK.RELIEF SHOULD BE 10,000 to 15,000.BUT I WILL SETTLE FOR 8000 DOLLARS.

I WAS EATTING,AND DRINKING FROM THE MERCHANDISE SHE WAS CUSTOM MAKING.

I AM CLAIMING PAIN AND SUFFERING FROM THE ANKLE CUFFS, AND HAND CUFFS,BECAUSE IT HURT.I HAD TO OVER COME MORE PAIN AND SUFFERING FROM OTHER ASPECTS OF THE ARREST.

MARK S.CIRIELLO 34 PROSPECT ST,APT 7L WATERBURY,CT.06702

 Mark S. Ciriello

MARCH 27 2018

FILE NO. 25027

AS LEFT AND RIGHT CAN GET MIXED UP SOMETIMES,IT WAS THE RIGHT HAND THAT THE SO CALLED VICTOM REACHED FOR TO EMBRACE,PLEASE NOTE THE CORRECTION.

I DID NOT INTERFER WITH POLICE IN ANY WAY.I AM A SMALL PERSON,120lbs.I NO BETTER TO DO THAT TO ANYBODY.

MAYBE THE SO CALLED VICTOM LIED TO GET POLICE ASSISTENCE, AND HOW DID SHE GET IT.

MAYBE FROM THE BEGINNING SHE WAS JEALOUS OF MY LAWSUIT ON THE GOVERNMENT.

I ALSO DID NOT HARASS ANYBODY EITHER.

REMEMBER SHE WAS MOVING OUT OF HER BUSINESS,

MARK S CIRIELLO 34 PROSPECT ST. WATERBURY CT. APT 7L 06708

Mark S. Ciriello

MARCH 8 2018

FILE NO. 25027

TO SUMMERIZE THIS MATTER MORE CLEARLY,WHEN I WAS FIRST FALSELY INCARCERATED,OR ARRESTED I WAS TALKING ABOUT LANDSCAPING WITH THE WATERTOWN DETECTIVE,WHEN I REALIZED HE KNEW MORE THAN I WAS STATING ABOUT LANDSCAPING,SO I THOUGHT MAYBE THE SO CALLED VICTOM SAID SOMETHING.

THAT IS WHEN I FIRST WORRIED ABOUT THE LAWSUIT BEING PUBLIC.

I SHOULD NOT HAVE BEEN ARRESTED STEMING FROM TWO VOICEMALS,DEEMING FROM WHAT I SAID,I WAS DOING BUSINESS FOR ABOUT A YEAR,SPENDING MONEY FOR POTTERY,I WAS A CUSTOMER.

HOW LONG DID SHE HAVE THIS MALICE PLOT PLANNED.

MARK S.CIRIELLO 34PROSPECT ST APT 7L WATERBURY,CT. 06702

 Mark S. Ciriello

FILE NO. 25027

JANUARY 21 2018

THE PLAINTIFF IS ENTITLED TO 500.00 BOND MONEY. 1400.00 BOND MONEY,AND 700.00 BOND MONEY.

CAR TOWING 400.00,AND WHATEVER IT COSTED MY INSURANCE COMPANY TOWING CAR RELITIVES DRIVEWAY.

AND 300.00 DAMAGE TO CAR TOWING FROM FAILURE TO APPEAR

AS CLAIMED I WAS IN COURT THE CORRECT DAY TOLD TO GO HOME BY PUBLIC DEFENDR.

THE CAR HAD TO BE TOWED TWICE AS A RESULT OF THIS MALICE CRIME BY SO CALLED VICTOM.

AND 700.00 THE REFUND OF POTTERY .

THE PLAINTIFF WILL GET THE REQUESTED RELIEF BECAUSE SHE TOUCHED ME,OR HOLDING HANDS,EMBRACING IN A HANDSHAKE. THE FIRST DAY WE MET.

THE PUBLIC DEFENDER WOULD NOT EVEN CONSULT ME,ONCE HE TOLD ME TO SHUTUP.

THE SOCALLED VICTOM IS OLD ENOUGH TO HANDLE THINGS ON THEIR OWM,WITHOUT POLICE HELP,

MARK S CIRIELLO 34 PROSPECT ST APT 7L WATERBURY CT.

Mark S. Ciriello

FILE NO. 25027

JANUARY 12 2018

COULD YOU IMAGINE BUYING COFFEE MUGS,PLATES,BOWLS AND OTHER THINGS,THEN THE PERSON WHO MADE IT,HAS YOU ARRESTED FOR MALICE REASONS.

I DEMAND A FULL REFUND OF THE PURCHASES,AS EVERTHING BOUGHT,GOT THROWN AWAY.

ALL THE DRIVING I DID FROM WATERBURY TO HER BUSINESS. AND SHE WANTED TO TURN TO A SHAME,WELL I DID NOT DRIVE ALL THE WAY TO HER BUSINESS TO GET ARRESTED .

I DROVE FROM WATERBURY TO WATERTOWN HER BUSINESS 10 TIMES,OR MORE.



MARK S.CIRIELLO 34 PROSPECT ST. WATERBURY CT.06702

Mark S. Ciriello

DECEMBER 16 2017

FILE NO. 25027

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

DID THE SO CALLED VICTOM TRY TO ENTICE MARK S CIRIELLO THE DEFINITION OF ENTICE IS TO ATTRACT BY AROUSING HOPE OR DESIRE,BY FEELING,MARK S CIRIELLO DURING AHANDSHAKE OR HOLDING HANDS,ON THE FIRST DAY WE MET.

THE ANSWER WOULD BE YES.

MARK S CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT 06702

Mark S. Ciriello

NOVEMBER 10 2017

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

AS STATED IN THE COMPLAINT ALREADY SHE WANTED TO FEEL ME BY EMBRACING IN A HANDSHAKE.

THERE WE WERE HOLDING HANDS ON THE FIRST DAY I MET HER.

MARK S CIRIELLO 34 PROSPECT ST.WATERBURY,CT.06702

Mark S. Ciriello

NOVEMBER 5 2017

MARK S CIRIELLO

VS

STATE OF CONNECTICUT JUDICIAL BRANCH

WHAT THE SO CALLED VICTOM DID TO ME IS MALICE.THE DEFINITION OF MALICE IS THE DELIBERATE INTENTION OF DOING UNJUSTIFIED HARM FOR THE SATISFACTION OF DOING IT.

THE SO CALLED VICTOM MOVED OUT OF HER BUSINESS WHEN I WAS PAYING BAIL.THE VICTOM SO CALLED ,GOT A PROTECTION ORDER ON ME THEN SHE CLOSES BUSINESS THERE AFTER I WAS PAYING BAIL

ALL CONTACT WITHE SO CALLED VICTOM WAS ON VOICEMAIL THE TWO CALLS THAT THEY CALLED POLICE.

THIS IS SO MALICE MAYBE THEY ALTERED THE VOICE MAILS, IT IS POSSABLE TO DO THAT.

THE SO CALLED VICTOM TOLD ME IN PERSON SHE WAS MOVING WHEN I GAVE THE SO CALLED VICTOM THE 40 DOLLARS DEPOSIT.



MARK S CIRIELLO 34 PROSPECT ST.APT 7L WATERBURY CT.06702

Mark S. Ciriello

OCTOBER 31 2017

MARK S CIRIELLO
VS
STATE OF CONNECTICUT JUDICIAL BRANCH

I AM SUSPECTING THE SO CALLED VICTOM AND SOMEONE IN HER FAMILY WENT ON LINE AND STOLE MY RESEARCHING ON THE EFFECTS OF LANDSCAPING.I ALSO TOLD THE SO CALLED VICTOM THAT THE CLAIM COMMISSIONER GAVE ME SCHEDULEING ORDERS,AND ACCEPTED THE CLAIM.SOON AFTER THAT PAUL VANSE JR RETIR ED.AND A NEW COMMISSIOER DISMISSED THE CLAIM.I GOT A BIG MOUTH SOMETIMES SO I WILLACCECT WHAT EVER CAME FROM THAT STATEMENT.

I WAS IN THE 3 DISTRICT COURT FROM 2000 to 2005 and the researchi ng IS PUBLIC.I AM SUSPECTING THIS BECAUSE THE SO CALLED VICTOMS CRIME IS SO MALICE FOR WHAT THEY DID TO ME.WOULD THE PUBLIC DEFENER CHECK TO SEE IF THERE WAS A CLAIM FILED.



MARK S CIRIELLO 34 PROSPECT ST. WATERBURY CT.

Mark S. Ciriello

whenever and however raised."). Until he demonstrates that the relevant conviction(s) were invalidated, his claim for damages based on such conviction(s) is not ripe for adjudication, as courts have held on a variety of occasions. *See, e.g.*, *Tierinni v. Coffin*, 60 Conn. L. Rptr. 450, 2015 WL 3798179, at *3 (Conn. Super. Ct. May 21, 2015); *Heck v. Humphrey*, 512 U.S. 477 (1994). This deprives the tribunal of subject-matter over the entire matter and renders the action subject to dismissal.

## III. CONCLUSION

The Commissioner should grant the motion and dismiss the claim entirely.

RESPONDENT
State of Connecticut

GEORGE JEPSEN
ATTORNEY GENERAL

BY: ______________________
Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
Juris No. 437433
E-Mail: stephen.finucane@ct.gov

I SPENT 4500.00 IN BAIL AND TOWING MY CAR,I WAS THERE ON THE COURT DATE ,THE PUBLIC DEFENDER TOLD ME TO GO HOME AND CHAGED ME WITH FAILURE TO APPEAR ,WHEN I WAS THERE ON THE CORRECT DATE.

RELIEF IS 8000.00 DOLLARS



MARK S.CIRIELLO 34 PROSPECT ST. WTBY,CT 06702

Mark S. Ciriello

SEPTEMBER 12 2017

MARK S.CIRIELLO
VS
STATE OF CONNECTICUT JUDICIAL BRANCH

I WAS FALSELY INCARERATED FOR 6 MONTHS BECAUSE THE SO CALLED VICTOM CALLED POLICE TWICE ON ME BECAUSE I ASKED HER OUT FOR A DRINK,AND CALLED AGAIN TO SEE IF SHE COULD MAKE ANOTHER COFFEE MUG THAT GOT BROKEN.

THE FIRST DAY I MET THE SO CALLED VICTOM SHE WANTED TO EMBRACE MY LEFT HAND BY EXTENDING HER HAND TO MY LEFT HAND SHE WANTED TO FEEL ME BY EMBRACING IN A HANDSHKE,I WAS AT HER BUSINESS,MAKING A PURCHASE OF A CHRISTMAS TREE.

THE CHRISTMAS TREE COST 140.00 DOLLARS.FROM THAT DAY A YEAR WENT BY,BUYING ABOUT 700.00 DOLLARS IN POTTERY,CUSTOM MADE COFFEEMUGS WITH FLOWER PRINTS,A BOWL WITH FLOWER PRINTS TWO GLASS PLATES WHICH COST 80.00 DOLLARS.

I BOUGHT VASES TO,OF WHICH SHE OWES ME THE DEPOIT OF 40.00 DOLLARS.I ALSO BOUGHT SMALLER POTTERY,OF WHICH SHE WANTED TO GIVE ME FOR FREE,BUT I EXPLAINED TO HER I WANTED TO PAY AND DID.

ON THE FIRST DAY I MET HER,BUYING THE CHRISTMAS TREE SHE ASKED IF I WORK IN WATERBURY,I TOLD HER I HAVE A LAWSUIT ON THE GOVERNMENT.MY LAWSUIT AGAINST THE STATE MIGHT HAVE BEEN MADE PUBLIC AND I DID NOT KNOW UNTIL THE WATERTOWN DETECTIVE TOLD ME.

MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT 06702

Mark S. Ciriello

A

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

April 5, 2018

Stephen R. Finucane
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
stephen.finucane@ct.gov

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO - FILE NO. 25027**

Dear Attorney Finucane and Mr. Ciriello:

Enclosed is an order in the above-captioned matter.

Very truly yours,

Tara Dupont
Clerk

/idm

CC: terrence.oneill@ct.gov

Encl.



B

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

450 Columbus Boulevard
Suite 203
Hartford, CT 06103
Phone (860) 713-5501
Fax (860) 706-1482

December 1, 2017

Mark Ciriello
34 Prospect Street
Apt. 7L
Waterbury, CT 06702

**RE: CLAIM OF MARK CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 25027** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a **position** or **recommendation.** After review, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note that once an Assistant Attorney General files an appearance a copy of any further correspondence to this office needs to be sent to the Assistant Attorney General.**

While insurance coverage, or lack thereof, does not directly impact the merits of your claim, you should pursue any such coverage if available.

Very truly yours,

Erika Searles

Erika Searles
Processing Technician

RECEIVED
P.M. 10/5/17
OCT 10 2017
OFFICE OF CLAIMS COMMISSIONER
STATE OF CONNECTICUT

FILE
#: 25027

SEPTEMBER 12 2017

MARK S.CIRIELLO
VS
STATE OF CONNECTICUT JUDICIAL BRANCH

I WAS FALSELY INCARERATED FOR 6 MONTHS BECAUSE THE SO CALLED VICTOM CALLED POLICE TWICE ON ME BECAUSE I ASKED HER OUT FOR A DRINK,AND CALLED AGAIN TO SEE IF SHE COULD MAKE ANOTHER COFFEE MUG THAT GOT BROKEN.

THE FIRST DAY I MET THE SO CALLED VICTOM SHE WANTED TO EMBRACE MY LEFT HAND BY EXTENDING HER HAND TO MY LEFT HAND SHE WANTED TO FEEL ME BY EMBRACING IN A HANDSHKE,I WAS AT HER BUSINESS,MAKING A PURCHASE OF A CHRISTMAS TREE.

THE CHRISTMAS TREE COST 140.00 DOLLARS.FROM THAT DAY A YEAR WENT BY,BUYING ABOUT 700.00 DOLLARS IN POTTERY,CUSTOM MADE COFFEEMUGS WITH FLOWER PRINTS,A BOWL WITH FLOWER PRINTS TWO GLASS PLATES WHICH COST 80.00 DOLLARS.

I BOUGHT VASES TO,OF WHICH SHE OWES ME THE DEPOIT OF 40.00 DOLLARS.I ALSO BOUGHT SMALLER POTTERY,OF WHICH SHE WANTED TO GIVE ME FOR FREE,BUT I EXPLAINED TO HER I WANTED TO PAY AND DID.

ON THE FIRST DAY I MET HER,BUYING THE CHRISTMAS TREE SHE ASKED IF I WORK IN WATERBURY,I TOLD HER I HAVE A LAWSUIT ON THE GOVERNMENT.MY LAWSUIT AGAINST THE STATE MIGHT HAVE BEEN MADE PUBLIC AND I DID NOT KNOW UNTIL THE WATERTOWN DETECTIVE TOLD ME.

MARK S.CIRIELLO 34 PROSPECT ST APT 7L WATERBURY,CT 06702

Mark S. Ciriello

D

I SPENT 4500.00 IN BAIL AND TOWING MY CAR,I WAS THERE ON THE COURT DATE ,THE PUBLIC DEFENDER TOLD ME TO GO HOME AND CHAGED ME WITH FAILURE TO APPEAR ,WHEN I WAS THERE ON THE CORRECT DATE.

RELIEF IS 8000.00 DOLLARS

MARK S.CIRIELLO 34 PROSPECT ST. WTBY,CT 06702

Mark S. Ciriello

E

F

TRANSMISSION VERIFICATION REPORT

TIME : 08/01/2019 09:10
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 08/01 08:47 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:23:26 |
| PAGE(S) | 50 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 06/11/2019 10:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

860-706-1482
(Claim Commissioner)

| | |
|---|---|
| DATE,TIME | 06/11 10:00 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:00:28 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 06/11/2019 09:59
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 06/11 09:55 |
| FAX NO./NAME | 18607061482 |
| DURATION | 00:03:27 |
| PAGE(S) | 12 |
| RESULT | OK |
| MODE | STANDARD |

G