9

#5

TRANSMISSION VERIFICATION REPORT

TIME : 10/03/2019 09:01
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 10/03 09:01 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:00:27 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

TRANSMISSION VERIFICATION REPORT

TIME : 10/03/2019 09:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 10/03 08:57 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:02:16 |
| PAGE(S) | 06 |
| RESULT | OK |
| MODE | STANDARD |

# MEMORANDUM

TO: Honorable J. Paul Vance, Jr.
Claims Commissioner

CLAIMANT: Mark S. Ciriello

1

# MEMORANDUM

TO: Honorable J. Paul Vance, Jr.
Claims Commissioner

CLAIMANT: Mark S. Ciriello

FILE NO.: 24190

DATE: August 27, 2015

---

Please enter my appearance for the State of Connecticut in the above Claims Commissioner matter.

GEORGE JEPSEN
ATTORNEY GENERAL

By: ______________________
Eileen Meskill
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Tel: 808-5090

cc: Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

June 10, 2016

Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

***File No. 24190***

Dear Claimant:

Enclosed is the final disposition of your claim.

Pursuant to Sections 4-158 and 4-159 of the Connecticut General Statutes, you have the right to request the General Assembly to review the decision of the Claims Commissioner at the next legislative session which begins in January 2017. The General Assembly may accept, alter or reject the recommendation of the Claims Commissioner.

**If you wish to request review by the General Assembly, your request must be submitted in writing to this office not later than twenty days after the date that you receive this letter.** You also must send a copy of your request to the Assistant Attorney General.

Very truly yours,

Christy Scott
Claims Commissioner

CS/tmd

cc: Eileen Meskill
Assistant Attorney General
55 Elm Street
Hartford, CT 06106
Eileen.meskill@ct.gov



*An Equal Opportunity Employer*

CHRISTY SCOTT
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

June 10, 2016

Eileen Meskill
Assistant Attorney General
55 Elm Street
Hartford, CT 06106

Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

**RE: CLAIM OF MARK S. CIRIELLO - FILE NO. 24190**

Dear Attorney Meskill and Mr. Ciriello:

Enclosed is an order in the above-captioned matter.

Very truly yours,

Christy Scott
Claims Commissioner

CS/tmd

Encl.

CHRISTY SCOTT
CLAIMS COMMISSIONER

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

STATE OF CONNECTICUT
OFFICE OF THE CLAIMS COMMISSIONER
165 Capitol Avenue, Room 123
Hartford, CT 06106

| | | |
|---|---|---|
| **MARK S. CIRIELLO** | : | **FILE NO. 24190** |
| | : | |
| **v.** | | |
| | : | |
| **STATE OF CONNECTICUT** | : | **JUNE 10, 2016** |

**ORDER**

The Claimant's Motion for Pretrial Conference dated June 3, 2016 is hereby DENIED as MOOT.

BY ORDER OF THE COMMISSIONER

CHRISTY SCOTT



*An Equal Opportunity Employer*

STATE OF CONNECTICUT
OFFICE OF THE CLAIMS COMMISSIONER
165 Capitol Avenue, Room 123
Hartford, CT 06106

| | | |
|---|---|---|
| **MARK S. CIRIELLO** | : | **FILE NO. 24190** |
| | : | |
| **v.** | | |
| | : | |
| **STATE OF CONNECTICUT** | : | **JUNE 10, 2016** |

**MEMORANDUM OF DECISION: MOTION TO DISMISS**

The claimant, Mark S. Ciriello, submitted a notice of claim on or about July 8, 2015,[1] that, while difficult to understand, appears to alleges corruption in the City of Waterbury and various other municipalities, improper construction and demolition of various structures by the Connecticut Department of Transportation, medical malpractice that later filings indicate was committed by Waterbury Hospital, and insurance fraud involving Prudential Insurance. The claimant seeks damages in the amount of $5 million and authorization to sue the State of Connecticut.

The respondent State of Connecticut filed a motion to dismiss dated April 5, 2016. The respondent asserts that the claim should be dismissed for failure to state a claim because most of his allegations concern entities other than the state or its agents and his claims against the Department of Transportation fail to allege injury. The claimant declined to respond to the respondent's motion.

Article eleventh, § 4, of the Connecticut constitution provides that "[c]laims against the state shall be resolved in such manner as may be provided by law." This constitutional directive is implemented by the provisions of Chapter 53 of the General Statutes, which articulate a limited waiver of the state's sovereign immunity.

---

[1] Connecticut General Statutes § 4-147 provides that the notice of claim shall be deemed to have been filed on the date such notice of claim is postmarked but, in this case, the envelope in which the notice of claim was mailed lacks a postmark. The notice of claim was received by this office on July 8, 2015.

The Claims Commissioner may award damages for a "just claim," which in equity and justice the state should pay, provided the state has caused damage or injury; General Statutes § 4-141; or authorize suit against the state when the Claims Commissioner deems it "just and equitable" and the claim presents an issue of law or fact under which the state, were it a private person, could be liable. General Statutes § 4-160 (a).

In considering a motion alleging failure to state a claim for which relief can be granted, the tribunal should "take the facts to be those alleged in the complaint . . . and . . . construe the complaint in the manner most favorable to sustaining its legal sufficiency." Lawrence v. O & G Industries, Inc., 319 Conn. 641, 649, 126 A.3d 569 (2015).

The respondent correctly notes that the bulk of the claimant's notice of claim alleges improper actions by actors who are not agents or institutions of state government. His allegations concerning the Department of Transportation concerning the construction and demolition of certain structures do not allege any injury to the plaintiff as a result of these activities. Construing the facts in the light most favorable to sustaining the notice of claim, the claim nevertheless fails to state a claim upon which relief may be granted. The Claims Commissioner has no authority to award damages or authorize suit against parties who are not state agents or institutions. The Commissioner's authority to award damages for a "just claim" is contingent upon the state having caused damage or injury; General Statutes § 4-141; and authorization of suit against the state requires that the claim present an issue of law or fact under which the state, were it a private person, could be liable. General Statutes § 4-160 (a). In this case, the claimant has failed to allege facts sufficient to meet these requirements and therefore has failed to state a claim upon which the Commissioner may grant relief.

**The motion to dismiss is granted.**

STATE OF CONNECTICUT
CLAIMS COMMISSIONER

CHRISTY SCOTT

TRANSMISSION VERIFICATION REPORT

TIME : 10/03/2019 09:00
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 10/03 08:57 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:02:16 |
| PAGE(S) | 06 |
| RESULT | OK |
| MODE | STANDARD |

ATTORNEY GENERAL STATE OF CONNECTICUT

# MEMORANDUM

TO: Honorable J. Paul Vance, Jr.
Claims Commissioner

CLAIMANT: Mark S. Ciriello

FILE NO.: 24190

DATE: August 27, 2015

---

Please enter my appearance for the State of Connecticut in the above Claims Commissioner matter.

GEORGE JEPSEN
ATTORNEY GENERAL

By: [signature]
Eileen Meskill
Assistant Attorney General
55 Elm Street

TRANSMISSION VERIFICATION REPORT

TIME : 10/09/2019 09:20
NAME :
FAX : 2037575066
TEL : 2035730100
SER.# : BROG5J570156

| | |
|---|---|
| DATE,TIME | 10/09 09:20 |
| FAX NO./NAME | 18602586958 |
| DURATION | 00:00:31 |
| PAGE(S) | 01 |
| RESULT | OK |
| MODE | STANDARD |

J. PAUL VANCE, JR.,
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

April 21, 2015

Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

**RE: CLAIM OF MARK S. CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 24059** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a position or recommendation. After that, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note once an Assistant Attorney General files an appearance any further correspondence needs to also be sent to their office.**

While other insurance coverage, or lack thereof, does not directly impact on the merits of your claim, you should pursue any such coverage if available.

J. PAUL VANCE, JR.,
CLAIMS COMMISSIONER

**STATE OF CONNECTICUT**
Office of the Claims Commissioner

165 Capitol Avenue
Room 123
Hartford, CT 06106
Phone (860) 713-5501
Fax (860) 713-7435

April 21, 2015

Mark S. Ciriello
54 New Haven Avenue
Waterbury, CT 06708

**RE: CLAIM OF MARK S. CIRIELLO**

This will acknowledge receipt of your Notice of Claim in the above captioned matter.

**File No. 24059** has been assigned to this matter and it is being processed. A copy of your claim has been sent to the Attorney General's office for investigation. After completion of that investigation, the Attorney General will file a **position** or **recommendation.** After that, your claim will be scheduled for discovery, scheduled for a hearing or decided on the basis of information in the file.

**It is your sole responsibility to keep this office informed of any change of address. Please note once an Assistant Attorney General files an appearance any further correspondence needs to also be sent to their office.**

While other insurance coverage, or lack thereof, does not directly impact on the merits of your claim, you should pursue any such coverage if available.

Very truly yours,

J. Paul Vance, Jr.

J. Paul Vance, Jr.
Claims Commissioner

JPV/es