EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

1.] Subject of matter is the[ LANDSCAPING] from the 1960s,-1970s,-1980s,-1990s-,2000.Presently,today that would be 40years of what can also be called [UNNATURAL],[CHANGED],[MUTILATED],[STUNTED].Planted in ground around our state through those years.

2.][UNNATURAL],[CHANGED],[MUTILATED],[STUNTED]is known in landscaping as [SHRUBBERY],including the [TREES] they produce for retail sale everything sold and planted in the history of landscaping will fall into [UNNATURAL],[CHANGED],[MUTILATED,[STUNTED]catagories.

3.] Since 1986,I have been researching for many reasons the effects of [UNNATURAL],[CHANGED],[MUTILATED],[STUNTED].By researching the NATURAL SPECIES that grow in the State Of Connecticut.

4.] It could be said that there is Natural growing and in 1960-2000 a profession known as LANDSCAPING started.Planting[unnatural],[changed],[mutilated],[stunted]other words called "Shrubbery And The Trees" that were planted.

5.] To summerize this matter more clearly,when refering to NATURAL it would refere to the NATURAL TREES,NATURAL FLOWERS,FRUITS,NUTS,GRAINS,VEGETABLES.Growing naturally in the state"within the entire state boarder as surveyed on a map",said the "State Of Connecticut".

6.]To summerize this matter more clearly,when refering to[UNNATURAL],[CHANGED],[MUTILATED],[STUNTED] it would refere to"SHRUBBERY AND THE TREES",planted on Residential,Commercial,Industrial,Condominium,City,State,Federal property 1960s thru 2000.In the landscaping profession also meaning it is not compatable,compared to NATURAL growing in State.It is 1 way more the above stated [UNNATURAL],[CHANGED],[MUTILATED],[STUNTED].

7.]To summerize this matter more clearly,when refering to"shrubbery and the trees",as stated above in line 4,an line 6,"and the trees"is differ from natural trees.

Mark Scott Ciriello / 54 New Haven Av. / Waterbury,Ct.06708 / (203)597-0672

Mark S. Ciriello

8.] RESEARCH BEGAN 1986 thru 2000 an presently on the effects of "[UNNATURAL],[CHANGED], [MUTILATED],[STUNTED]".Compared to natural species growing in the "State Of Connecticut".

9.] RESEARCH BEGAN 1986 thru 2000 researching the botony of the State Of Connecticut.Botony would be knowing what species are growing on a higher educated level,for example,"there are 90 plus natural tree species in the State Of Connecticut,not exceeding 100 in specie numbers,to greatly at this time.

10.] RESEARCH BEGAN 1986 thru 2000 ( BLACK EXTRACTS ON BRANCHES ) [definition-/:extraction and reaction of gaseous reaction in tree cycle,extracted on branches,only specie is the natural cherry tree,first recorded reaction 1986.This black extract gaseous reaction,is blamed on the landscaping in general,but the exact source of the black extract is educatedly traced back,blamed on the rhodoendron,flowerous discharge./:

11.] RESEARCH BEGAN 1994 thru 2000 (LEAVE CURVITURE) [definition-/:a reaction or effect of leaves structure growing incorrectly.]blamed on the {transparent photosynthesis gaseous reaction}.

12.] RESEARCH BEGAN 1994 thru 2000 (NODES),(CONES) [definition -/:growing on leaves structure,or function of a leave ,usually about 1/8 inch , to 1/2 inch long ,color of (nodes,cones) may be green or red. Certain types of (nodes,cones) are educatedly traced back to the Japanese Red Leave Maple. Sources of nodes are in theary presently/:"and are believed to form on leaves structure ,thru photosynthesis by re-tailed landscaping trees mixing with the natural trees photosynthesis.

Insect Born Leave Stem Ball Nodes/: an Worm Born Leave Stem Ball Nodes share that same theary."

13.] RESEARCH BEGAN 1997 thru 2000 (BLACK SPOT) [definition-/:after repeated cycles of trees function thru spring ,summer season extracted on leaves structure from a gaseous reaction in tree cycle.Looks like a black spot the circumference of a dime,nickel,quarter or smaller.Blamed on the same as line 10.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

14.] RESEARCH BEGAN 1993 THRU 2000 (DEAD TREES) [the research concluded,as of 1997,the cause of tree death ,[full dead ],[3/4]dead ,[1/2] dead ,[1/4] dead ,[limbs] ,[branches].Has been determined, to be the same,{as claimed in exhibit A,B,C}as of January,2002.{Cause is as stated in exhibit A,B,C}an a educated determination recorded in,2001 was of (*4-years),of this *{transparent photosynthesis gaseous reaction},gaining in viscosity yearly .Will result very massive effects/amounts of destruction. Additionally,there are already massive amounts of destruction researched in 2001.With 2002 approaching, the gaseous reaction is gaining in viscosity.An deeming Federal attention.

The *{transparent photosynthesis gaseous reaction}was first detected by the eye Spring 2000.

Mark Scott Ciriello /54 New Haven Av. / Waterbury,Ct.06708/(203)597-0672

15.] RESEARCH BEGAN 1994 thru 2000 ( DE-GASSES ) [definition-/:DEADLY GAS.]

DE-GASSES researched thru leave curviture,1994-1999.

DE-GASSES researched thru actual visual detection 2000.

DE-GASSES are from [unnatural,changed,mutilated,stunted] plantings in ground thru out State. In other words called a "chain reaction at ground level".DE-GASSES was named by plaintiff,the name DE-GASSES was later ,about October 2001 re-determined, an re-named, to the transparent (photosynthesis gaseous reaction).Please check exhibit B,C.

16.] RESEARCH BEGAN 2000 ( INSECT BORN LEAVE STEM BALL NODE ),( WORM BORN LEAVE STEM BALL NODE) [definition -/:is an enlargement in leave stem,containing a gaseous reaction inside the leave stem ball node,creating either insect or worm depending on specie of tree.

17.] RESEARCH BEGAN 2000 (INFECTION) [definition -/: redness in leave,leave stem,branch,or vine depending on specie.The year of a recordable level of infection is 2000.

Mark Scott Ciriello /54 New Haven Av./ Waterbury,Ct.06708 / (203)597-0672

| | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black Extracts on Branches | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Level death | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| High level death | | | | | x | x | x | x | x | x | x | x | x | x | x |
| Severe high level death | | | | | | | | | | x | x | x | x | x | x |
| Leave Curviture | | | | | | | | x | x | x | x | x | x | x | x |
| | | | | | | | | | | | | | | | |
| Nodes A] green nodes | | | | | | | | | x | x | x | x | x | x | x |
| B] red nodes | | | | | | | | | x | x | x | x | x | x | x |
| C] other type,other specie | | | | | | | | | | | | | | | x |
| D] other type,short | | | | | | | | | | | | | | | x |
| E] other type long | | | | | | | | | | | | | | | x |
| F] ball type,green | | | | | | | | | | | | | | | x |
| G] ball type,red | | | | | | | | | | | | | | | x |
| H] other nodes | | | | | | | | | | | | | | | x |
| I] bump type | | | | | | | | | | | | | | | x |
| J] worm born leave stem ball node | | | | | | | | | | | | | | x | x |
| K] insect born leave stem ball node | | | | | | | | | | | | | | | x |
| L] cone type,green | | | | | | | | | | x | x | x | x | x | x |
| M] cone type,red | | | | | | | | | | x | x | x | x | x | x |
| | | | | | | | | | | | | | | | |
| Black Spot | | | | | | | | | | | | x | x | x | x |
| Worm born brown dead spot | | | | | | | | | | x | x | x | x | x | x |

Mark Scott Ciriello /54 New Haven Av. /Waterbury,Ct. 06708/(203)597-0672

Below is a graph,summerizing the claim.

Natural-Species
1960's-1970's-1980's-1990's-2000

Not till early 1980's,apx.1986-2000 are we seeing effects 15-18 years catching up to a catastrophe.

Natural-Species
1600's-1780's-1880's-1920's-1960's

No history of gases, death or ,anything,of any kind, a clean bill of health in other words.

Unnatural,-Changed,-Mutilated,-Stunted
1960's-1970's-1980's-1990's-2000

The 1960's and 1970's,evolved,cycled, 26 years,to 1986 recorded black extracts, which was the begining,death to 1990 was sporadic,till 1993,when natural species began to fight gases,the gases caused death 1995-1996-1997-1998-1999-2000 causing so much massive death,the gases one day you did not know existed are because of the massive loss of air-pressure from the massive death of 15-18 years,first recorded reaction 1986.

Mark Scott Ciriello / 54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

```
1983 -*
1984 -
1985 --
1986 --
1987 ---
1988 ----
1989 -----
1990 ----------------------*
1991 ----------------------------
1992 ---------------------------------
1993 ---------------------------------------
1994 ---------------------------------------------
1995 ----------------------------------------------------------*
1996 ---------------------------------------------------------------
1997 --------------------------------------------------------------------------
1998 --------------------------------------------------------------------------------
1999 -------------------------------------------------------------------------------------
2000 -------------------------------------------------------------------------------------------
```

*Level death 1983-1989 | *High level death 1990-1994 | *Severe high level death 1995-2000

This chart of tree death ,{*level death 1983-1989},{*high level death 1990-1994}, {*severe high level death 1995-2000}. Includes full dead trees ,3/4 dead trees , 1/2 dead trees ,1/4 dead trees, and branches. The chart is summarized by refering to as 15-year death level, or 18-year death level,[1983-1984] are the beginning years ,and are a educated approximation ,of when this death level started.

[1985-1994] are factual statistics based on research,[1995-2000] are also factual statistics based on research .

To estimate,full tree death,branch,or limb determine either [1-5 years],or [5-10 years or decade],[if over decade of death go to 11-12-13-14-15 years or decade and half],[if over decade,and near decade and half add 1984-1983,totaling [16-17-18 years].

The tree death in these charts pages –7- and page 16 are caused by the landscaping-transparent photosynthesis gaseous reaction.

Mark Scott Ciriello/54 New Haven Av. /Waterbury,Ct.06708/(203)597-0672

| | | |
|---|---|---|
| SUMMARY CONCLUSION | : | SUMMARY CONCLUSION |
| SUMMARY CONCLUSION | : | SUMMARY CONCLUSION |
| SUMMARY CONCLUSION | : | SUMMARY CONCLUSION |
| SUMMARY CONCLUSION | : | SUMMARY CONCLUSION |

SUMMARY CONCLUSION TO COMPLAINT EXHIBIT A {PAGES 1-7}

1. The forgoing pages 1-7,entitles research starting in 1986.The plaintiff ,conclude the entire contents of this research 1986-2000.The research for the year 2001,is in process of being documented.

2. The plaintiff was in the process of founding a business which uses the natural to derive resources,the natural is the natural trees,natural flowers,fruits,nuts,grains.Which grow naturally in the State of Ct.

3. When about 1995,the bounty in line 2.started to decline rapidly from death. Please refer to page -7-,the chart of tree death.

4. In addition,to as stated in line 3.above is{ leave curviture,nodes,black spot,etc}.Please refer to page -5 -. Page -5-,is a graph with other very serious reactions, that exist in State of Ct.,in addition to the tree death. Please check the year,and definition on page - 2 -,page -3 -,page -4 - .

5.The plaintiff realizes the court may,find [1]educated approximations,or determinations,[2]theary,or certain clauses,of the forgoing complaint as perhaps scientific,or perhaps unable to verify the allegations of the plaintiff Mark Scott Ciriello and there may be more evidence in the entire complaint than is needed to prove the plaintiffs claim.Wherefore the researching statistics in the complaint are the exact of a separability clause,an the plaintiff asks the court to construe the pleadings of the plaintiff.To satistfy the claim of [1] lose / lost ; / losing; loses ; /losses;loss (natural resources),
[2] ruin /ruined ; / ruining; ruins ( natural resources).

Mark Scott Ciriello /54 New Haven Av./ Waterbury ,Ct.06708/(203)597-0672

 Mark S. Ciriello

As stated on page -4 -line 17.RESEARCH BEGAN 2000 (INFECTION) [definition]-/redness in leave, leave stem,branch,or vine depending on specie.The year of a recordable level of infection is 2000. The above redness in leave,leave stem,branch,or vine has been determined,caused from the {transparent photosynthesis gaseous reaction}.

The {transparent photosynthesis gaseous reaction},has been determined ,caused from the {landscaping}or, {unnatural,changed,mutilated,stunted}.

In addition to as stated above,is ( GRAYNESS ON TREE BARK )which is also caused from the same as claimed above.It has been determined that the {transparent photosynthesis gaseous reaction}are mixing with the tree barks functions,(causing grayness),(decay),very detrimental and severe future damage has been determined,if not corrected,by (bark lining decay between wood).

Also in addition to above,is (GRAYNESS ON EVERGREEN NEEDLES AND SEEDS) 11species,from profession name pine,hemlock,fir,cedar.This grayness has also been determined,caused from the {transparent photosynthesis gaseous reaction}.

Also in addition ,to above is (EVERGREEN DEATH ;FULL DEAD;3/4 DEAD;1/2 DEAD;1/4 DEAD) of which this evergreen death,as stated ,in addition with the entire complaint,is very serious.An concludes, line 5.page -8-the claim of the SUMMARY CONCLUSION TO COMPLAINT EXHIBIT A {PAGES 1-7} [1] lose / lost ; losing ; loses ; / losses ; loss (natural resources),[2] ruined / ruined ; / ruining ; ruins (natural resources).

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

1.Subject of matter in case,I will also be discussing "proper breathing of natural species". In the State of Connecticut,from sunrise,thru sunset,thru night,to next sunrise,which can also be called a cycle.Proper "atmosphere cycling" ,or "proper breathing of natural species",would deem the recall of {xxx}-{landscaping} or {unnatural,changed,mutilated,stunted}.Thus, recall the"chain reaction at ground level",thus,the {transparent photosynthesis gaseous reaction}.Mixing in the *natural atmosphere at ground level.

2.The defendant will have to be familiar with photosynthesis.

3.Photosynthesis may be refered to as bonding,in subject of case.

4.This matter,and entire case will be in suit for discussion,concerning the State of Ct.

5.The defendant will also have to be familiar with [mutilation],also known as hedges,and the mass of these hedges thru-out the entire State of Ct.,at ground level.

6.Mutilation and the hedges in discussion will date back to the 1960's and the begining of mutilation in the term said [unnatural,changed,mutilated,stunted].One particular hedge can be observed in older cities/towns of the State. Planted in the 1960's,early 1970's,it has a[green leaf,with white flower,if not trimmed.]

7.This mutilation matter will also concern hedges dating back to the begining,early 1970's tipically,commenly spoken to as the [yew].It is 1 from the 12 evergreen species.

8. This mutilation matter will also concern the tipically,commenly spoken to as the [hemlock] dating back to the begining 1970's.It is 2 from the 12 evergreen species.

9.There is [changed, mutilated] from the other 10 evergreens,in discussion.

10.The defendant must know the difference between natural,and [unnatural,changed,mutilated,stunted].

11. Leave wave,unequel air pressure,ground level disturbance,are general words of description,in subject of matter,and are used to describe the "chain reaction at ground level" or {the transparent photosynthesis gaseous reaction}.

12.The defendant should know how to maintain equel air pressure,thus by removing [mutilation] from State,and allowing proper photosynthesis or bonding.In addition, to removing [unnatural],[changed],[stunted].Which cause the "chain reaction at ground level".

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

Mark S. Ciriello

A.] In reference, to page -4 -, line 15.(DE-GASSES),"was later about October 2001,re-determined,an re-named,"to the transparent (photosynthesis gaseous reaction).

B.] The transparent (photosynthesis gaseous reaction) is a deadly gas.Determined from the massive destruction of dead trees,branches ,limbs.

C.] The transparent (photosynthesis gaseous reaction) is from unnatural,changed,mutilated,stunted.

D.] The transparent (photosynthesis gaseous reaction) is visually seen ground level.

E.] The transparent (photosynthesis gaseous reaction) have no restrictions,and travel in areas ,thru passageways from railroad,highway,street.

F.] The transparent (photosynthesis gaseous reaction) researched thru[ leave curviture] 1994-2000.Please check the definition on page - 2 -, line 11.

G.] The transparent (photosynthesis gaseous reaction) researched thru[actual visual detection 2000.]

H.] The transparent (photosynthesis gaseous reaction)is visually detected ,*commenly in parking lots for businesses,sidewalks.

I.] The transparent (photosynthesis gaseous reaction) is visually detected ,*traveling up building's [exterior wall].

J.] The transparent (photosynthesis gaseous reaction) is visually detected ,*on residential rooftops,on bus tops,on car tops.

K.] The transparent (photosynthesis gaseous reaction)is visually detected ,*over and on,bridges and rails.

L.] The transparent (photosynthesis gaseous reaction)is visually detected ,* traveling over grass.

M.] The transparent (photosynthesis gaseous reaction) travels ground level State wide,the transparent photosynthesis gaseous reaction have no restrictions and travels thru mountains,from passageways.

N.] The transparent (photosynthesis gaseous reaction) have a high activity structure capability.

O.] The transparent (photosynthesis gaseous reaction) have a lower activity during or after rain.

P.] The transparent (photosynthesis gaseous reaction) is mixing with the atmosphere,at ground level,as of February,2002 there is a continuous flow, 24 hours a day, 7 days a week, 365 days a year,rain or cold are no longer determined to lower activity.Compare to the year 2000.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

Mark S. Ciriello

A. Below is a description of a proper 10 point State inspection,which from I determined a perfect inspection procedure process for subjects of matter in case . An [ x ] represents geographical area from which researching statistics,are used to make determinations.

B. It includes researching ,from New Yorks eastern boarder area ,it includes researching from Mass. southern boarder area.

C. Researching,using this procedure process has been used to gain statistics in case.




D. Researching statistics from leave curviture,nodes,tree death,transparent photosynthesis gaseous reaction,and other researching statistics.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

Subjects for discussion,
A. [50 YEAR -RETAIL SUSPENSION]

B. [IN STATE NATURAL SPECIES STAYS IN STATE],[NO NATURAL SPECIES REMOVED OUT OF STATE RETAILED,BROUGHT BACK IN STATE].[NO OUT OF STATE SPECIES BROUGHT IN STATE OR RETAILED IN STATE].

C. [IN STATE NATURAL RETAIL SALES ONLY WITH ESTALBLISHING STATUTES].example[NO-MUTILATION STATUTES],[SEVERE PENALTY LOSS OF RETAIL LICENCE STATUTES].

D. [ I recommend ,one day sick one day heal ,50 years to heal].

E.) Subject of matter is a duty,or function,or command,that renders an individual to pull from ground a natural tree specie,or other natural species.In light of the massive amount of full dead trees ,3/4,1/2,1/4 dead branches,limbs.There is reason to state,that if proper action is taken against these people weeding as soon as possable;to stop weeding ,with statutes punishable by State goverment ,the State of Connecticut may, in decades of evolution ,make up for the mass destruction that fell upon our State.

In a driveway,sidewalk,rooftop,or other occurances it may be required.Statutes need to be established protecting natural trees species.

F.) Proper procedures for a 40+Year [unnatural,changed,mutilated,stunted] recall ,you may need services of professionals,to find one way after the other ,solutions to quickly over 3-4 years rid a high percentage of this,in State,starting as soon as possable and finish remainder in time by 2010.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

2 -4 -2002

The source of this,{transparent photosynthesis gaseous reaction}.Is claimed by plaintiff as in exhibit marked CLAIM (B) (C).Plaintiff is suing for all effects past,present,future an will be amended within 60 days of filing ,and 26(f)meeting ,and discovery.From the forgoing complaint ,as stated {transparent photosynthesis gaseous reaction}.

EXHIBIT CLAIM ( B )

"A chain reaction ,at ground level",causing a "gaseous reaction",causing {1}dead trees, {2}lower air mass,{3}thus,a transparent photosynthesis gaseous reaction.

As claimed by plaintiff ,deemed from the {xxx}-{landscaping}or {unnatural,changed ,mutilated,stunted}. Thus,{xxx}-{landscaping}or {unnatural,changed,mutilated,stunted}are the cause,of the {1},{2},{3} as stated above.

---

The plaintiff ,suggests to defendants to settle case.It does deem appropriate.An as for the rest of facts,or claims etc. Example Retail Sales,Stock,Production,The mass of recall,History,etc.Is entered as letter {Z}.An does not include plaintiffs rights at this time.

Plaintiff is suing,defendant, effects from [1]inhalation of gaseous reaction ,[2]to the losses/ruines, from the destruction, from gaseous reaction deemed from the claim above.To the loss/ruined of [3] past,present,future plans,which are chances of investment opportunity,which [3],was a percentage of filing suit hereof. Deemed from Exhibit Claim ( B ) {1},{2},{3};above and complaint.

BY PLAINTIFF,
Mark Scott Ciriello
54 New Haven Av.
Waterbury,Ct.06708
(203)597-0672

[signature]
founder/researcher

EXHIBIT CLAIM ( C )

---------the----------*NATURAL ATMOSPHERE----------------(produces-oxygen)----------------------------
----------------------**LANDSCAPING ATMOSPHERE-------------------------(uses -oxygen)-----------------
---------------------(to produce)----------the{transparent photosynthesis gaseous reaction}-------------------
---------------------(thus mixes thru photosynthesis).Resulting full dead trees,limbs,branches the following season,an a lower oxygen mass.

---

* natural atmosphere produces oxygen (the natural atmosphere is the natural trees, natural flowers,fruits,nuts,grains.Growing naturally in the entire State of Connecticut within the entire state boarder.

**landscaping atmosphere (the unnatural,changed,mutilated,stunted) uses oxygen to produce the {transparent photosynthesis gaseous reaction}.The landscaping atmosphere is everything sold,or retailed and planted in the ground in the St.of Connecticut in the history of landscaping apx.[1960-2001].

BY PLAINTIFF,
Mark Scott Ciriello
54 New Haven Av.
Waterbury,Ct.06708
(203)597-0672

[signature]
founder/researcher

2001 --------------------------------------------------------------------------------------------*
2002 ----------------------------------------------------------------------------------------------
2003 ------------------------------------------------------------------------------------------------
2004 --------------------------------------------------------------------------------------------------
2005 ----------------------------------------------------------------------------------------------------

*Very Massive Effects / Amounts of Destruction Level
2001-2005

---

This chart of tree death,{*very massive effects/amounts of destruction 2001-2005}.Includes full dead trees,3/4 dead trees,1/2 dead trees,1/4 dead trees,and branches.This chart is a continuation of the chart on page 7.The death level is higher because the problem is getting worse.

Mark S.Ciriello/54 New Haven Av./Waterbury,Ct.06708/(203)597-8382

Mark S. Ciriello

Reasons for relief

Mr. Mark S.Ciriello has been for 21 years researching the environment,researching the effects of landscaping.If the State had to pay for such researching starting in 1986,at the rate of $30,000.00 per year,that would be a total of $630,000.00 that the State would have to pay.As of September 6,2006 the plaintiff is demanding relief of $2,000,000.00.

Mr.Mark S.Ciriello started researching the effects of landscaping,back in 1986 because the plaintiff knew the profession was wrong,planting shrubs that are delivered by trucks next to such beauty,as the natural environment.The landscaping of the 1960's-1970's looks blighted (like a old ruined building).

Mr. Mark S.Ciriello finds the landscaping profession repulsive,the act of planting so many different types of shrubs,plants,flowers that the natural environment never intended it for,or it would produce it that way.The environment was never intended for such landscaping plantings and the effects are there please check page 7 an page 16 the charts of tree death caused by the landscaping.Thus far, the plaintiff finds the landscaping profession blighted an repulsive.

January 17, 2014

ADDITIONAL TESTIMONY TO CLAIM No.23466

In order to understand this amendment you will have had to read the complaint,also the Assistant Attorney General has not yet filed an Appearance.So please fax or mail him this testimony.

In this amendment I am going to explain how to view the TRANSPARENT PHOTOSYNTHESIS GASEOUS REACTION, as stated in the 17 page complaint.In the morning start viewing about 10:30 A.M.(let the sun come out,on a sunny day in the spring,or summer.Neal down on the street pavement on the edge of the road, put your eye level to the street pavement,try this several times till you see the reaction because you also have to the correct level on the road.You will see this in the summer or winter.

To view the transparent photosynthesis gaseous reaction,at night or in the dark,we used the aid of street lights The reaction is very low at night but I did detect minor reaction but there may be higher levels that I didn't detect.

There is no doubt,the State is going to have some type of a re-call on the landscaping,the question is how many dead trees do there have to be,before you start re-call.Also,how much of the transparent photosynthesis gaseous reaction,does the State have to research.I CAN TELL YOU THERE ARE DEAD TREES,AND BRANCHES AROUND EVERY CORNER OF THE ROAD IN CT.

Some of the landscaping,in need of re-call,can simply be covered with mulch,and left to dry.Other landscaping In need of re-call,can simply be covered with plastic tarps,or roll plastic and left to dry.

Mark Scott Ciriello/54 New Haven Ave./Waterbury,Ct.06708/(203)695-6989

Mark S. Ciriello

January 17, 2014

ADDITIONAL TESTIMONY TO CLAIM No.23466

In order to understand this amendment you will have had to read the complaint,also the Assistant Attorney General has not yet filed an Appearance.So please fax or mail him this testimony.

In this amendment I am going to explain how to view the TRANSPARENT PHOTOSYNTHESIS GASEOUS REACTION, as stated in the 17 page complaint.In the morning start viewing about 10:30 A.M.(let the sun come out,on a sunny day in the spring,or summer.Neal down on the street pavement on the edge of the road, put your eye level to the street pavement,try this several times till you see the reaction because you also have to the correct level on the road.You will see this in the summer or winter.

To view the transparent photosynthesis gaseous reaction,at night or in the dark,we used the aid of street lights The reaction is very low at night but I did detect minor reaction but there may be higher levels that I didn't detect.

There is no doubt,the State is going to have some type of a re-call on the landscaping,the question is how many dead trees do there have to be,before you start re-call.Also,how much of the transparent photosynthesis gaseous reaction,does the State have to research.I CAN TELL YOU THERE ARE DEAD TREES,AND BRANCHES AROUND EVERY CORNER OF THE ROAD IN CT.

Some of the landscaping,in need of re-call,can simply be covered with mulch,and left to dry.Other landscaping In need of re-call,can simply be covered with plastic tarps,or roll plastic and left to dry.

Mark Scott Ciriello/54 New Haven Ave./Waterbury,Ct.06708/(203)695-6989

2006 ------------------------------------------------------------------------
2007 ------------------------------------------------------------------------
-
2008 ------------------------------------------------------------------------
--
2009 ------------------------------------------------------------------------
---
2010 ------------------------------------------------------------------------
----
2011 ------------------------------------------------------------------------
-----
2012 ------------------------------------------------------------------------
------
2013 ------------------------------------------------------------------------
-------
2014 ------------------------------------------------------------------------
--------

*A TREE DEATH LEVEL OF A CATASTROPHE 2006-2014

THIS CHART OF TREE DEATH IS A CONTINUATION OF THE DEATH LEVEL CHARTS ON PAGE 7 AN PAGE 16.