12

EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

1.] Subject of matter is the[ LANDSCAPING] from the 1960s,-1970s,-1980s,-1990s-,2000.Presently,today that would be 40years of what can also be called [UNNATURAL],[CHANGED],[MUTILATED], [STUNTED].Planted in ground around our state through those years.

2.][UNNATURAL],[CHANGED],[MUTILATED],[STUNTED]is known in landscaping as [SHRUBBERY],including the [TREES] they produce for retail sale everything sold and planted in the history of landscaping will fall into [UNNATURAL],[CHANGED],[MUTILATED,[STUNTED]catagories.

3.] Since 1986,I have been researching for many reasons the effects of [UNNATURAL],[CHANGED], [MUTILATED],[STUNTED].By researching the NATURAL SPECIES that grow in the State Of Connecticut.

4.] It could be said that there is Natural growing and in 1960-2000 a profession known as LANDSCAPING started.Planting[unnatural],[changed],[mutilated],[stunted]other words called "Shrubbery And The Trees" that were planted.

5.] To summerize this matter more clearly,when refering to NATURAL it would refere to the NATURAL TREES,NATURAL FLOWERS,FRUITS,NUTS,GRAINS,VEGETABLES.Growing naturally in the state"within the entire state boarder as surveyed on a map",said the "State Of Connecticut".

6.]To summerize this matter more clearly,when refering to[UNNATURAL],[CHANGED],[MUTILATED], [STUNTED] it would refere to"SHRUBBERY AND THE TREES",planted on Residential,Commercial, Industrial,Condominium,City,State,Federal property 1960s thru 2000.In the landscaping profession also meaning it is not compatable,compared to NATURAL growing in State.It is 1 way more the above stated [UNNATURAL],[CHANGED],[MUTILATED],[STUNTED].

7.]To summerize this matter more clearly,when refering to"shrubbery and the trees",as stated above in line 4,an line 6,"and the trees"is differ from natural trees.

Mark Scott Ciriello / 54 New Haven Av. / Waterbury,Ct.06708 / (203)597-0672

Mark S. Ciriello

8.] RESEARCH BEGAN 1986 thru 2000 an presently on the effects of "[UNNATURAL],[CHANGED],[MUTILATED],[STUNTED]".Compared to natural species growing in the "State Of Connecticut".

9.] RESEARCH BEGAN 1986 thru 2000 researching the botony of the State Of Connecticut.Botony would be knowing what species are growing on a higher educated level,for example,"there are 90 plus natural tree species in the State Of Connecticut,not exceeding 100 in specie numbers,to greatly at this time.

10.] RESEARCH BEGAN 1986 thru 2000 ( BLACK EXTRACTS ON BRANCHES ) [definition-/:extraction and reaction of gaseous reaction in tree cycle,extracted on branches,only specie is the natural cherry tree,first recorded reaction 1986.This black extract gaseous reaction,is blamed on the landscaping in general,but the exact source of the black extract is educatedly traced back,blamed on the rhodoendron,flowerous discharge./:

11.] RESEARCH BEGAN 1994 thru 2000 (LEAVE CURVITURE) [definition-/:a reaction or effect of leaves structure growing incorrectly.]blamed on the {transparent photosynthesis gaseous reaction}.

12.] RESEARCH BEGAN 1994 thru 2000 (NODES),(CONES) [definition -/:growing on leaves structure,or function of a leave ,usually about 1/8 inch , to 1/2 inch long ,color of (nodes,cones) may be green or red. Certain types of (nodes,cones) are educatedly traced back to the Japanese Red Leave Maple. Sources of nodes are in theary presently/:"and are believed to form on leaves structure ,thru photosynthesis by re-tailed landscaping trees mixing with the natural trees photosynthesis.
Insect Born Leave Stem Ball Nodes/: an Worm Born Leave Stem Ball Nodes share that same theary."

13.] RESEARCH BEGAN 1997 thru 2000 (BLACK SPOT) [definition-/:after repeated cycles of trees function thru spring ,summer season extracted on leaves structure from a gaseous reaction in tree cycle.Looks like a black spot the circumference of a dime,nickel,quarter or smaller.Blamed on the same as line 10.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

14.] RESEARCH BEGAN 1993 THRU 2000 (DEAD TREES) [the research concluded,as of 1997,the cause of tree death ,[full dead ],[3/4]dead ,[1/2] dead ,[1/4] dead ,[limbs] .[branches].Has been determined, to be the same,{as claimed in exhibit A,B,C}as of January,2002. {Cause is as stated in exhibit A,B,C}an a educated determination recorded in,2001 was of (*4-years),of this *{transparent photosynthesis gaseous reaction},gaining in viscosity yearly .Will result very massive effects/amounts of destruction. Additionally,there are already massive amounts of destruction researched in 2001.With 2002 approaching, the gaseous reaction is gaining in viscosity.An deeming Federal attention.

The *{transparent photosynthesis gaseous reaction}was first detected by the eye Spring 2000.

Mark Scott Ciriello /54 New Haven Av. / Waterbury,Ct.06708/(203)597-0672

15.] RESEARCH BEGAN 1994 thru 2000 ( DE-GASSES ) [definition-/:DEADLY GAS.]

DE-GASSES researched thru leave curviture,1994-1999.

DE-GASSES researched thru actual visual detection 2000.

DE-GASSES are from [unnatural,changed,mutilated,stunted] plantings in ground thru out State. In other words called a "chain reaction at ground level".DE-GASSES was named by plaintiff,the name DE-GASSES was later ,about October 2001 re-determined, an re-named, to the transparent (photosynthesis gaseous reaction).Please check exhibit B,C.

16.] RESEARCH BEGAN 2000 ( INSECT BORN LEAVE STEM BALL NODE ),( WORM BORN LEAVE STEM BALL NODE) [definition -/:is an enlargement in leave stem,containing a gaseous reaction inside the leave stem ball node,creating either insect or worm depending on specie of tree.

17.] RESEARCH BEGAN 2000 (INFECTION) [definition -/: redness in leave,leave stem,branch,or vine depending on specie.The year of a recordable level of infection is 2000.

Mark Scott Ciriello /54 New Haven Av./ Waterbury,Ct.06708 / (203)597-0672

MARK S.CIRIELLO

FEBRUARY 18-2015

VS.

STATE OF CONNECTICUT

I ALREADY LEFT A MESSAGE ON THE CLAIM COMMISSIONERS VOICE MAIL.STATING WHAT SHRUBS,MUST BE RECALLED AS SOON AS POSSABLE, AND WHAT OTHER LANDSCAPING COULD BE RECALLED SLOWLY. I AM NOT TYPING IT NOW.I WILL WAIT FOR A TRIAL TO STATE IT AGAIN WHY SHOULD I STATE IT NOW ,AS IT TOOK 28-YEARS TO RESEARCH.

IF YOU FIGURE HOW MANY HOURS ARE IN 28-YEARS ,MINUS SLEEP TIME,THAT IS WHAT I HAVE INVESTED IN RESEARCHING THE EFFECTS OF LANDSCAPING.PLUS TENS OF THOUSANDS OF DOLLARS.

PLUS MONEY FOR GASOLINE FOR TRAVEL 28-years OF DRIVING ON STATE HIGHWAYS RESEARCHING TREES.PLUS INSURANCE FOR VEHICLE AND INSURANCE FOR BUSINESS.SOME TIMES I DROVE RISKING MY LIFE AS I TOOK MY EYES OFF THE ROAD TO RESEARCH TREES ON THE SIDE OF THE ROAD,AND SOMETIMES OTHER PEOPLE DROVE AS I SAT IN THE PASSANGERS SEAT VIEWING THE SIDE OF THE ROAD OR HIGHWAY.

IT WOULD HAVE COSTED THE STATE $630,000.00 FOR ONE PERSON FOR JUST SALARY,FOR 28-YEARS,TO RESEARCH THE EFFECTS OF LANDSCAPING.THAT ALSO WOULD BE WORKING EVERY DAY,FOR 28-YEARS. RESEARCHING IN PEOPLES BACK YARDS,DOING ALOT OF WALKING ABOUT 15-MILES A DAY.I PERSONLY,RESEARCHED AS I CUT PEOPLES LAWNS, WORKING FOR MANY LANDSCAPING COMPANYS,STARTING AT 14 YEARS OF AGE.



MARK S.CIRIELLO 54 NEW HAVEN AVE. WATERBURY,CT 06708
203-565-4639

RELIEF WAS $2,000,000.00,I HAD THAT FOR 10-YEARS,NOW BECAUSE THE GOVERNMENT IS NOT HELPING,I AM RAISING IT TO $4,000,000.00



MARK S.CIRIELLO 54 NEW HAVEN AVE. WATERBURY CT 06708
203-5654639

MARK S. CIRIELLO

DECEMBER 18, 2014

VS.

EXECUTIVE OFFICE OF THE PRESIDENT

COMPLAINT

THE FOLLOWING PAGES IS LETTERS I MAILED TO THE GOVERNMENT AND CASES I FILED WITH THE COURT.PLEASE READ CAREFULLY AS THIS MATTER IS VERY SERIOUS.I AM GOING TO FILE THIS MATTER WITH THE COURT LISTED IN THE COMPLAINT,ON DECEMBER 18,2014.I NEED PRESIDENT BARACK OBAMAS HELP,AS THE STATE OF CONNECTICUT IS VERY CORRUPTED,AND SO IS WASHINGTON DC,COURTS.AS IT TAKES TIME TO NOTIFY THE PRESIDENT,THIS MATTER WAS MAILED ON DECEMBER 18,2014

WOULD THE PRESIDENT,PLEASE CONTACT THE COURT AND TELL THEM NOT TO DISMISS THE COMPLAINT.IF THIS MATTER IS DISMISSED ONE MORE TIME I WILL NOTIFY THE DEFENSE PENTAGON THAT LETTERS MAILED TO THE PRESIDENT (THE COMANDER IN CHIEF ),DOES NOT WORK TO ANY BENEFIT.



MARK S.CIRIELLO 54 NEW HAVEN AVE. WATERBURY,CT. 06708
203-565-4693

Mark S. Ciriello

MARK S.CIRIELLO OCTOBER 17,2014

VS.

EXECUTIVE OFFICE OF THE PRESIDENT

COMPLAINT

THIS COMPLAINT IS BEING FILED AT CLERKS OFFICE,UNITED STATES DISTRICT COURT,FOR THE DISTRICT OF COLUMBIA,U.S.COURT HOUSE 333 CONSTITUTION AVENUE,N.W.,WASHINGTON,DC 20001. THE PHONE NUMBER IS 202-354-3000.

I FILED COMPLAINTS AGAINST THE STATE OF CONNECTICUT, SINCE THE YEAR 2000.FOR 14 YEARS I TRIED TO LITAGATE THIS CLAIM, BUT THEY ALWAYS DISSED IT.I CANNOT FILE THIS CLAIM WITH THE CLAIM COMMISSIONER BECAUSE HE WILL SEND IT BACK TO ME AS DISMISSED CLAIMING THE CLAIM WAS ALREADY HEARD.

I CANNOT EVEN FILE IT IN DISTRICT COURT IN CONNECTICUT. BECAUSE A JUDGE BANNED ME FROM FILING CLAIMS,UNLESS I FILE CERTAIN PAPER WORK REQUESTED BY THE COURT WHICH COST ALOT OF MONEY,I DONT HAVE.THE COURT DONT EVEN KNOW HOW TO GET THIS PAPER WORK.

THE STATE OF CONNECTICUT,HAD A CORUPTED GOVERNOR MR.ROWLAND WHICH SERVED TIME IN FEDERAL PRISON,AND AS OF 2014 HE IS GOING BACK TO PRISON THE SECOND TIME FOR MORE CORUPTED CHARGES.MAYBE THIS IS WHY I GOT DISMISSED ALL THESE YEARS.

MARK S.CIRIELLO 54 NEW HAVEN AVE. WATERBURY CT 06708
203-565-4639

DEAR EXECUTIVE OFFICE OF THE PRESIDENT September 25,2014

Please read the letter dated September 8,2014 sent to the Secret Service.Would you also read the letter sent to me by the Defense Pentagon.Would you also read the complaint,it may take 1 hour to read the first time,and you may have to read the complaint more than one time.After reading the complaint you will understand that I mailed 3 copys to the Defense Pentagon but they returned 2 copys,claiming I need a persons name at the Defense Pentagon,on the address to that office.Would you please send the Defense Pentagon a copy of the complaint as I tried.But no one cared.As it can be used by the Military.

As stated in my letter to the Secret Service,I will file this action in court,at the address in the complaint sometime in October 2014.Maybe you can call the court and tell the court not to dismiss the case,as I cant take this action much higher in court.

WASHINGTON HEADQUARTERS SERVICES

Mail & Correspondence Processing Center

1155 Defense Pentagon Washington, DC 20301-1155

DATE: 17 Sept 1400 MAIL TECH INITIALS: ______

FROM: Mail and Correspondence Processing Center RDF1J667 (Pentagon)

TO: ______________________________

Your outgoing mail has been received in the MCPC; however the following deficiencies must be Corrected before the mail can be dispatched:

| | | | |
|---|---|---|---|
| | Address not legible | | Package is not mailable (oversize/overweight) |
| | Missing or incomplete return and/or delivery address | | Government messenger envelopes (OF 65-B) cannot be used for this address |
| | Mail must include complete business return address | | Package not wrapped correctly; scotch/masking/adhesive tape is not authorized |
| | Barcode should not be used on return address label | | Intersection of the sealing flap of envelope covered |
| | More than 6 sheets of paper in a business size envelope | | Number or address on article inconsistent with bill (PS Form 3877/DA Form 3094) |
| | Article is not acceptable as Pentagon Recorded Mail(PRM); item must be sent USPS Registered Mail | | International mail must include the name of the country (in English) as the last line in the delivery address |
| | Appears to be personal | | Incorrect placement of delivery address |
| | Appears to have a paperclip or similar fastener inside the envelope | | USPS Custom form required (PS Form 2976 (green), 2966A or 2966B) |
| | Address must be typed or computer generated | | Optional information should be placed above the address |

*** Quality Control ***

| | |
|---|---|
| | Regular business size envelope should be used in lieu of large and/or jiffy envelope |
| | Flat(s) not marked with desired mail class |
| | Statement; "Penalty for Private Use $300" below the return address not crossed out |
| | Indicia, "DOD 314" not covered/crossed out |
| | Items incorrectly marked Pouch; items must be metered (not an official address) |

Other: 1400 ~~DoD~~ Dept of Defense is NOT A GOOD ADDRESS. IT MUST BE ADDRESS TO A PERSON, OR else NO ONE Will SIGN FOR IT.

September 8 2014

Dear Secret Service

I filed this complaint in Washington DC,but they dismissed it please read the complaint and you will understand it is very serious.The State of Connecticut,claims commissioner dismissed, it to.The courts should accept the claim, but for some reason they dont.I respectfully filed on the White House.

I am notifying the Secret Service that I am going to try to file on the Executive Office of the President.Once I file this claim in the District Court they will more than likly dismiss the claim because there is something wrong with the courts when you discuss this matter.The address of the court is in the complaint.Perhaps you can notify the court,and tell the court not to dismiss it.

I absolutly do not to file on Executive Office of the President but what else am I supposed to do.

It should be at least a week from the date above and I will notify Barack Obama at the White House 1600 Pennsylvania Ave. Washington DC 20500.By sending the office a copy of this letter, an a copy of the complaint.Then I will file it in court, sometime thereafter.

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

MARK S. CIRIELLO
*Plaintiff*

v. Civil Action No.

WHITEHOUSE
*Defendant*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

THE WHITEHOUSE
1600 PENNSYLVANIA AVE. NW
WASHINGTON DC 20500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

MARK S. CIRIELLO
54 NEW HAVEN AVE.
WATERBURY, CONNECTICUT 06708

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 7-23-2014

*Signature of Clerk or Deputy Clerk*

MARK S. CIRIELLO
54 NEW HAVEN AVE.
WATERBURY,CONNECTICUT 06708
203-695-6989

VS.

WHITE HOUSE
1600 PENNSYLVANIA AVE.NW
WASHINGTON DC.20500
1-202-456-1414

COMPLAINT

THIS IS TO NOTIFY THE SECRET SERVICE,CENTRAL INTELLAGENCE AGENCY,FEDERAL BUREAU OF INVESTIGATION,DEPT.OF DEFENSE,AN HONORABLE JEFF JOHNSON SECRETARY OF HOMELAND SECURITY,THAT A LAWSUIT IS BEING HELD AGAINST THE WHITE HOUSE.A COPY OF THIS COMPLAINT WAS MAILED TOEACH PARTY ABOVE.

You may have to read the complaint more than one time to understand what I am saying.

The address is United States District Court,For The District Of Columbia,U.S. Courthouse,333 Constitution Avenue,N.W. Washington,DC 20001.The phone number is 202-354-3000.

The United States,failed to conduct researching on the effects of landscaping.My researching may be used in many States including Maryland.A re-call of landscaping is deemed necessary.

A copy of the complaint,an summons was mailed to the U.S. Attorney General at 950 Pennsylvania Avenue,NW Washington,DC 20530.An the U.S.Attorney for the District of Columbia at 501 Third Street ,NW,Washington ,DC 20001.



Mark S.Ciriello/54 New Haven Ave/Waterbury,CT.06708
203-695-6989

DEAR FEDERAL BUREAU OF INVESTIGATION 7-15-2014

PLEASE READ THE COMPLAINT,IT MAY TAKE 20 MINUTES TO READ THE FIRST TIME,AND YOU MAY HAVE TO READ THE COMPLAINT MORE THAN ONE TIME TO UNDERSTAND WHAT I AM SAYING.A BRIEF SUMMARY OF THE COMPLAINT IS THE FACT THAT THE UNITED STATES ENGAGED IN LANDSCAPING STARTING ABOUT 1960.THERE ARE EFFECTS FROM WHAT WAS PLANTED.AS STATED IN THE LETTERS I MAILED TO THE GOVERNMENT FOREIGN COUNTRIES ARE TO BLAME FOR STARTING LANDSCAPING.

7-9-2014

DEAR DEPT.OF DEFENSE

PLEASE READ THE COMPLAINT,YOU MAY HAVE TO READ IT MORE THAN ONE TIME TO UNDERSTAND WHAT I AM SAYING.THE FOLLOWING PAGES UP TO THE EXHIBIT A ARE LETTERS I MAILED TO THE GOVERNMENT. AFTER READING THE COMPLAINT,AND UNDERSTANDING WHAT I AM SAYING YOU WILL UNDERSTAND THAT I TRYED WORKING THIS PROBLEM OUT WITH THE COURTS IN CONNECTICUT.BUT THEY DONT CARE.THAT IS WHY I NEED YOUR HELP,YOU HAVE TO REMEMBER THERE IS NOTHING I COULD DO THE COURTS WONT LISTEN TO ME.SO ITS UP TO THE DEPT.OF DEFENSE TO TAKE CARE OF THE PROBLEM.READ CAREFULLY THE PART OF THE COMPLAINT ABOUT THE TRANSPARENT PHOTOSYNTHESIS GASEOUS REACTION THAT WILL FALL INTO THE DEPT.OF DEFENSE UNDER CHEMICAL WARFARE! JUST PERFECTLY.

DEAR HOMELAND SECURITY 6-17-2014

PLEASE READ THE COMPLAINT,YOU MAY HAVE TO READ IT MORE THAN ONE TIME TO UNDERSTAND IT.AFTER READING THE COMPLAINT YOU WILL UNDERSTAND THAT THIS IS THE WAY FOREIGN COUNTRIES MAKE A SHAME OUT OF THE UNITED STATES.

DEAR CENTRAL INTELLAGENCE AGENCY

6-8-2014

WOULD YOU PLEASE READ THE COMPLAINT,YOU MAY HAVE TO READ THE COMPLAINT MORE THAN ONE TIME TO UNDERSTAND IT.I TRIED FOR YEARS TO WORK THIS PROBLEM OUT WITH THE STATE OF CONNECTICUT GOVERNMENT THEY DONT CARE.I WILL TRY TO REFILE THE CLAIM WITH CLAIM COMMISSIONER BUT THEY DISMISS MOSTLY EVERY CLAIM. MAYBE YOU CAN NOTIFY THE GOVERNOR OF CONNECTICUT,I AM SURE HE WOULD LISEN TO YOU,MORE THAN ME IF I COULD EVEN GET THE COMPLAINT TO HIM.

DEAR SECRET SERVICE

WOULD YOU PLEASE READ THE COMPLAINT.YOU MAY HAVE TO READ IT MORE THAN ONE TIME TO UNDERSTAND IT.THE STATE OF CONNECTICUT GOVERNMENT COULD CARE LESS ABOUT IT.I TRIED FOR YEARS TO WORK THIS PROBLEM OUT WITH THE STATE OF CONNECTICUT THEY DONT CARE.THAT IS WHY I NEED YOUR HELP.PLEASE SEND A COPY TO THE WHITE HOUSE.THE RESEARCHING I DID COULD BE USED IN OTHER STATES BECAUSE MANY OF THE STATES HAVE THE SAME PROBLEM.BUT I ONLY RESEARCHED THE STATE OF CONNECTICUT.
IF NOTHING IS DONE WITH THIS PROBLEM THE STATE IS GOING TO DIE FROM MASSIVE TREE DEATH AND WILL LOSE THE REPUTATION OF BEING A BOUNTIFUL STATE BECAUSE OF TREES.THE STATE WAS KNOWN FOR BEING A BEAUTIFUL STATE.

DEAR FBI,I NEED YOUR HELP,WOULD YOU PLEASE READ THE COMPLAINT YOU MAY HAVE TO READ THE COMPLAINT MORE THAN ONE TIME TO UNDERSTAND WHAT I AM SAYING.THE CLAIM COMMISSIONER DISMISSED IT THEY COULD CARE LESS WHAT I HAVE TO SAY.PLEASE JUST GIVE ONE HOUR OF YOUR TIME TO READ THE COMPLAINT.WOULD YOU PLEASE ALSO FORWARD A COPY TO THE APPROPRIATE GOVERNMENT OFFICIALS. WOULD YOU PLEASE CONTACT ME AT 203 695 6989 MY NAME IS MARK S CIRIELLO.TO CONFIRM THAT YOU RECEIVED THE COMPLAINT AND READ IT.

DEAR NORTHEAST RESEARCH STATION

PLEASE READ THE COMPLAINT,YOU MAY HAVE TO READ THE COMPLAINT MORE THAN ONE TIME TO UNDERSTAND WHAT I AM SAYING.THE STATE OF CONNECTICUT COULD CARE LESS ABOUT TREES SO THAT IS WHY I NEED HELP.THERE ARE DEAD TREES AROUND EVERY CORNER OF THE ROAD IN CONNECTICUT.OR THE TREES ARE SICK.

PLEASE CONTACT ME AT 203-695-6989 ,203-597-8382 TO CONFIRM YOU HAVE READ THE COMPLAINT MY NAME IS MARK S CIRIELLO

NOTIFICATION FROM STATE

PAGES 1-21 CLAIM NO. 25000

EXHIBIT A EXHIBIT A

EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

EXHIBIT A : EXHIBIT A

1.] Subject of matter is the[ LANDSCAPING] from the 1960s,-1970s,-1980s,-1990s-,2000.Presently,today that would be 40years of what can also be called [UNNATURAL],[CHANGED],[MUTILATED], [STUNTED].Planted in ground around our state through those years.

2.][UNNATURAL],[CHANGED],[MUTILATED],[STUNTED]is known in landscaping as [SHRUBBERY],including the [TREES] they produce for retail sale everything sold and planted in the history of landscaping will fall into [UNNATURAL],[CHANGED],[MUTILATED,[STUNTED]catagories.

3.] Since 1986,I have been researching for many reasons the effects of [UNNATURAL],[CHANGED], [MUTILATED],[STUNTED].By researching the NATURAL SPECIES that grow in the State Of Connecticut.

4.] It could be said that there is Natural growing and in 1960-2000 a profession known as LANDSCAPING started.Planting[unnatural],[changed],[mutilated],[stunted]other words called "Shrubbery And The Trees" that were planted.

5.] To summerize this matter more clearly,when refering to NATURAL it would refere to the NATURAL TREES,NATURAL FLOWERS,FRUITS,NUTS,GRAINS,VEGETABLES.Growing naturally in the state"within the entire state boarder as surveyed on a map",said the "State Of Connecticut".

6.]To summerize this matter more clearly,when refering to[UNNATURAL],[CHANGED],[MUTILATED], [STUNTED] it would refere to"SHRUBBERY AND THE TREES",planted on Residential,Commercial, Industrial,Condominium,City,State,Federal property 1960s thru 2000.In the landscaping profession also meaning it is not compatable,compared to NATURAL growing in State.It is 1 way more the above stated [UNNATURAL],[CHANGED],[MUTILATED],[STUNTED].

7.]To summerize this matter more clearly,when refering to"shrubbery and the trees",as stated above in line 4,an line 6,"and the trees"is differ from natural trees.

Mark Scott Ciriello / 54 New Haven Av. / Waterbury,Ct.06708 / (203)597-0672

Mark S. Ciriello

8.] RESEARCH BEGAN 1986 thru 2000 an presently on the effects of "[UNNATURAL],[CHANGED],[MUTILATED],[STUNTED]".Compared to natural species growing in the "State Of Connecticut".

9.] RESEARCH BEGAN 1986 thru 2000 researching the botony of the State Of Connecticut.Botony would be knowing what species are growing on a higher educated level,for example,"there are 90 plus natural tree species in the State Of Connecticut,not exceeding 100 in specie numbers,to greatly at this time.

10.] RESEARCH BEGAN 1986 thru 2000 ( BLACK EXTRACTS ON BRANCHES ) [definition-/:extraction and reaction of gaseous reaction in tree cycle,extracted on branches,only specie is the natural cherry tree,first recorded reaction 1986.This black extract gaseous reaction,is blamed on the landscaping in general,but the exact source of the black extract is educatedly traced back,blamed on the rhodoendron,flowerous discharge./:

11.] RESEARCH BEGAN 1994 thru 2000 (LEAVE CURVITURE) [definition-/:a reaction or effect of leaves structure growing incorrectly.]blamed on the {transparent photosynthesis gaseous reaction}.

12.] RESEARCH BEGAN 1994 thru 2000 (NODES),(CONES) [definition -/:growing on leaves structure,or function of a leave ,usually about 1/8 inch , to 1/2 inch long ,color of (nodes,cones) may be green or red. Certain types of (nodes,cones) are educatedly traced back to the Japanese Red Leave Maple. Sources of nodes are in theary presently/:"and are believed to form on leaves structure ,thru photosynthesis by re-tailed landscaping trees mixing with the natural trees photosynthesis.

Insect Born Leave Stem Ball Nodes/: an Worm Born Leave Stem Ball Nodes share that same theary."

13.] RESEARCH BEGAN 1997 thru 2000 (BLACK SPOT) [definition-/:after repeated cycles of trees function thru spring ,summer season extracted on leaves structure from a gaseous reaction in tree cycle.Looks like a black spot the circumference of a dime,nickel,quarter or smaller.Blamed on the same as line 10.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

[signature]

14.] RESEARCH BEGAN 1993 THRU 2000 (DEAD TREES) [the research concluded,as of 1997,the cause of tree death ,[full dead ],[3/4]dead ,[1/2] dead ,[1/4] dead ,[limbs] ,[branches].Has been determined, to be the same,{as claimed in exhibit A,B,C} as of January,2002.{Cause is as stated in exhibit A,B,C}an a educated determination recorded in,2001 was of (*4-years),of this *{transparent photosynthesis gaseous reaction},gaining in viscosity yearly .Will result very massive effects/amounts of destruction. Additionally,there are already massive amounts of destruction researched in 2001.With 2002 approaching, the gaseous reaction is gaining in viscosity.An deeming Federal attention.

The *{transparent photosynthesis gaseous reaction}was first detected by the eye Spring 2000.

Mark Scott Ciriello /54 New Haven Av. / Waterbury,Ct.06708/(203)597-0672

Mark S. Ciriello

15.] RESEARCH BEGAN 1994 thru 2000 ( DE-GASSES ) [definition-/:DEADLY GAS.]

DE-GASSES researched thru leave curviture, 1994-1999.

DE-GASSES researched thru actual visual detection 2000.

DE-GASSES are from [unnatural,changed,mutilated,stunted] plantings in ground thru out State. In other words called a "chain reaction at ground level".DE-GASSES was named by plaintiff,the name DE-GASSES was later ,about October 2001 re-determined, an re-named, to the transparent (photosynthesis gaseous reaction).Please check exhibit B,C.

16.] RESEARCH BEGAN 2000 ( INSECT BORN LEAVE STEM BALL NODE ),( WORM BORN LEAVE STEM BALL NODE) [definition -/:is an enlargement in leave stem,containing a gaseous reaction inside the leave stem ball node,creating either insect or worm depending on specie of tree.

17.] RESEARCH BEGAN 2000 (INFECTION) [definition -/: redness in leave,leave stem,branch,or vine depending on specie.The year of a recordable level of infection is 2000.

Mark Scott Ciriello /54 New Haven Av./ Waterbury,Ct.06708 / (203)597-0672

| | 1986 | 1987 | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Black Extracts on Branches | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Level death | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| High level death | | | | | x | x | x | x | x | x | x | x | x | x | x |
| Severe high level death | | | | | | | | | | x | x | x | x | x | x |
| Leave Curviture | | | | | | | | x | x | x | x | x | x | x | x |
| | | | | | | | | | | | | | | | |
| Nodes A] green nodes | | | | | | | | | x | x | x | x | x | x | x |
| B] red nodes | | | | | | | | | x | x | x | x | x | x | x |
| C] other type,other specie | | | | | | | | | | | | | | | x |
| D] other type,short | | | | | | | | | | | | | | | x |
| E] other type long | | | | | | | | | | | | | | | x |
| F] ball type,green | | | | | | | | | | | | | | | x |
| G] ball type,red | | | | | | | | | | | | | | | x |
| H] other nodes | | | | | | | | | | | | | | | x |
| I] bump type | | | | | | | | | | | | | | | x |
| J] worm born leave stem ball node | | | | | | | | | | | | | | x | x |
| K] insect born leave stem ball node | | | | | | | | | | | | | | | x |
| L] cone type,green | | | | | | | | | | x | x | x | x | x | x |
| M] cone type,red | | | | | | | | | | x | x | x | x | x | x |
| | | | | | | | | | | | | | | | |
| Black Spot | | | | | | | | | | | | x | x | x | x |
| Worm born brown dead spot | | | | | | | | | | x | x | x | x | x | x |

Mark Scott Ciriello /54 New Haven Av. /Waterbury,Ct. 06708/(203)597-0672

Below is a graph,summerizing the claim.

Natural-Species
1960's-1970's-1980's-1990's-2000

Not till early 1980's,apx.1986-2000 are we seeing effects 15-18 years catching up to a catastrophe.

Natural-Species
1600's-1780's-1880's-1920's-1960's

No history of gases, death or ,anything,of any kind, a clean bill of health in other words.

Unnatural,-Changed,-Mutilated,-Stunted
1960's-1970's-1980's-1990's-2000

The 1960's and 1970's,evolved,cycled, 26 years,to 1986 recorded black extracts, which was the begining,death to 1990 was sporadic,till 1993,when natural species began to fight gases,the gases caused death 1995-1996-1997-1998-1999-2000 causing so much massive death,the gases one day you did not know existed are because of the massive loss of air-pressure from the massive death of 15-18 years,first recorded reaction 1986.

Mark Scott Ciriello / 54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

Mark S. Ciriello




| *Level death 1983-1989 | *High level death 1990-1994 | *Severe high level death 1995-2000 |
|---|---|---|

This chart of tree death ,{*level death 1983-1989},{*high level death 1990-1994}, {*severe high level death 1995-2000}. Includes full dead trees ,3/4 dead trees , 1/2 dead trees ,1/4 dead trees, and branches. The chart is summarized by refering to as 15-year death level, or 18-year death level,[1983-1984] are the beginning years ,and are a educated approximation ,of when this death level started. [1985-1994] are factual statistics based on research,[1995-2000] are also factual statistics based on research .

To estimate,full tree death,branch,or limb determine either [1-5 years],or [5-10 years or decade],[if over decade of death go to 11-12-13-14-15 years or decade and half],[if over decade,and near decade and half add 1984-1983,totaling [16-17-18 years].

The tree death in these charts pages –7- and page 16 are caused by the landscaping-transparent photosynthesis gaseous reaction.

Mark Scott Ciriello/54 New Haven Av. /Waterbury,Ct.06708/(203)597-0672

SUMMARY CONCLUSION : SUMMARY CONCLUSION

SUMMARY CONCLUSION : SUMMARY CONCLUSION

SUMMARY CONCLUSION : SUMMARY CONCLUSION

SUMMARY CONCLUSION : SUMMARY CONCLUSION

SUMMARY CONCLUSION TO COMPLAINT EXHIBIT A {PAGES 1-7}

1. The forgoing pages 1-7,entitles research starting in 1986.The plaintiff ,conclude the entire contents of this research 1986-2000.The research for the year 2001,is in process of being documented.

2. The plaintiff was in the process of founding a business which uses the natural to derive resources,the natural is the natural trees,natural flowers,fruits,nuts,grains.Which grow naturally in the State of Ct.

3. When about 1995,the bounty in line 2.started to decline rapidly from death. Please refer to page -7-,the chart of tree death.

4. In addition,to as stated in line 3.above is{ leave curviture,nodes,black spot,etc}.Please refer to page -5 -. Page -5-,is a graph with other very serious reactions, that exist in State of Ct.,in addition to the tree death. Please check the year,and definition on page - 2 -,page -3 -,page -4 - .

5.The plaintiff realizes the court may,find [1]educated approximations,or determinations,[2]theary,or certain clauses,of the forgoing complaint as perhaps scientific,or perhaps unable to verify the allegations of the plaintiff Mark Scott Ciriello and there may be more evidence in the entire complaint than is needed to prove the plaintiffs claim.Wherefore the researching statistics in the complaint are the exact of a separability clause,an the plaintiff asks the court to construe the pleadings of the plaintiff.To satistfy the claim of [1] lose / lost ; / losing; loses ; /losses;loss (natural resources),
[2] ruin /ruined ; / ruining; ruins ( natural resources).

Mark Scott Ciriello /54 New Haven Av./ Waterbury ,Ct.06708/(203)597-0672

 Mark S. Ciriello

As stated on page -4 -line 17.RESEARCH BEGAN 2000 (INFECTION) [definition]-/redness in leave, leave stem,branch,or vine depending on specie.The year of a recordable level of infection is 2000.

The above redness in leave,leave stem,branch,or vine has been determined,caused from the {transparent photosynthesis gaseous reaction}.

The {transparent photosynthesis gaseous reaction},has been determined ,caused from the {landscaping}or, {unnatural,changed,mutilated,stunted}.

In addition to as stated above,is ( GRAYNESS ON TREE BARK )which is also caused from the same as claimed above.It has been determined that the {transparent photosynthesis gaseous reaction} are mixing with the tree barks functions,(causing grayness),(decay),very detrimental and severe future damage has been determined,if not corrected,by (bark lining decay between wood).

Also in addition to above,is (GRAYNESS ON EVERGREEN NEEDLES AND SEEDS) 11species,from profession name pine,hemlock,fir,cedar.This grayness has also been determined,caused from the {transparent photosynthesis gaseous reaction}.

Also in addition ,to above is (EVERGREEN DEATH ;FULL DEAD;3/4 DEAD;1/2 DEAD;1/4 DEAD) of which this evergreen death,as stated ,in addition with the entire complaint,is very serious.An concludes, line 5.page -8-the claim of the SUMMARY CONCLUSION TO COMPLAINT EXHIBIT A {PAGES 1-7} [1] lose / lost ; losing ; loses ; / losses ; loss (natural resources),[2] ruined / ruined ; / ruining ; ruins (natural resources).

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

1.Subject of matter in case,I will also be discussing "proper breathing of natural species".

In the State of Connecticut,from sunrise,thru sunset,thru night,to next sunrise,which can also be called a cycle.Proper "atmospheric cycling" ,or "proper breathing of natural species",would deem the recall of {xxx}-{landscaping} or {unnatural,changed,mutilated,stunted}.Thus, recall the"chain reaction at ground level",thus,the {transparent photosynthesis gaseous reaction}.Mixing in the *natural atmosphere at ground level.

2.The defendant will have to be familiar with photosynthesis.

3.Photosynthesis may be refered to as bonding,in subject of case.

4.This matter,and entire case will be in suit for discussion,concerning the State of Ct.

5.The defendant will also have to be familiar with [mutilation],also known as hedges,and the mass of these hedges thru-out the entire State of Ct.,at ground level.

6.Mutilation and the hedges in discussion will date back to the 1960's and the begining of mutilation in the term said [unnatural,changed,mutilated,stunted].One particular hedge can be observed in older cities/towns of the State. Planted in the 1960's,early 1970's,it has a[green leaf,with white flower,if not trimmed.]

7.This mutilation matter will also concern hedges dating back to the begining,early 1970's tipically,commenly spoken to as the [yew].It is 1 from the 12 evergreen species.

8. This mutilation matter will also concern the tipically,commenly spoken to as the [hemlock] dating back to the begining 1970's.It is 2 from the 12 evergreen species.

9.There is [changed, mutilated] from the other 10 evergreens,in discussion.

10.The defendant must know the difference between natural,and [unnatural,changed,mutilated,stunted].

11. Leave wave,unequel air pressure,ground level disturbance,are general words of description,in subject of matter,and are used to describe the "chain reaction at ground level" or {the transparent photosynthesis gaseous reaction}.

12.The defendant should know how to maintain equel air pressure,thus by removing [mutilation] from State,and allowing proper photosynthesis or bonding.In addition, to removing [unnatural],[changed],[stunted].Which cause the "chain reaction at ground level".

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

Mark S. Ciriello

A.] In reference, to page -4 -, line 15.(DE-GASSES),"was later about October 2001,re-determined,an re-named,"to the transparent (photosynthesis gaseous reaction).

B.] The transparent (photosynthesis gaseous reaction) is a deadly gas.Determined from the massive destruction of dead trees,branches ,limbs.

C.] The transparent (photosynthesis gaseous reaction) is from unnatural,changed,mutilated,stunted.

D.] The transparent (photosynthesis gaseous reaction) is visually seen ground level.

E.] The transparent (photosynthesis gaseous reaction) have no restrictions,and travel in areas ,thru passageways from railroad,highway,street.

F.] The transparent (photosynthesis gaseous reaction) researched thru[ leave curviture] 1994-2000.Please check the definition on page - 2 -, line 11.

G.] The transparent (photosynthesis gaseous reaction) researched thru[actual visual detection 2000.]

H.] The transparent (photosynthesis gaseous reaction)is visually detected ,*commenly in parking lots for businesses,sidewalks.

I.] The transparent (photosynthesis gaseous reaction) is visually detected ,*traveling up building's [exterior wall].

J.] The transparent (photosynthesis gaseous reaction) is visually detected ,*on residential rooftops,on bus tops,on car tops.

K.] The transparent (photosynthesis gaseous reaction)is visually detected ,*over and on,bridges and rails.

L.] The transparent (photosynthesis gaseous reaction)is visually detected ,* traveling over grass.

M.] The transparent (photosynthesis gaseous reaction) travels ground level State wide,the transparent photosynthesis gaseous reaction have no restrictions and travels thru mountains,from passageways.

N.] The transparent (photosynthesis gaseous reaction) have a high activity structure capability.

O.] The transparent (photosynthesis gaseous reaction) have a lower activity during or after rain.

P.] The transparent (photosynthesis gaseous reaction) is mixing with the atmosphere,at ground level,as of February,2002 there is a continuous flow, 24 hours a day, 7 days a week, 365 days a year,rain or cold are no longer determined to lower activity.Compare to the year 2000.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct.06708/(203)597-0672

Mark S. Ciriello

A. Below is a description of a proper 10 point State inspection,which from I determined a perfect inspection procedure process for subjects of matter in case . An [ x ] represents geographical area from which researching statistics,are used to make determinations.

B. It includes researching ,from New Yorks eastern boarder area ,it includes researching from Mass. southern boarder area.

C. Researching,using this procedure process has been used to gain statistics in case.




D. Researching statistics from leave curviture,nodes,tree death,transparent photosynthesis gaseous reaction,and other researching statistics.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

Subjects for discussion,

A. [50 YEAR -RETAIL SUSPENSION]

B. [IN STATE NATURAL SPECIES STAYS IN STATE],[NO NATURAL SPECIES REMOVED OUT OF STATE RETAILED,BROUGHT BACK IN STATE].[NO OUT OF STATE SPECIES BROUGHT IN STATE OR RETAILED IN STATE].

C. [IN STATE NATURAL RETAIL SALES ONLY WITH ESTALBLISHING STATUTES].example[NO-MUTILATION STATUTES],[SEVERE PENALTY LOSS OF RETAIL LICENCE STATUTES].

D. [ I recommend ,one day sick one day heal ,50 years to heal].

E.) Subject of matter is a duty,or function,or command,that renders an individual to pull from ground a natural tree specie,or other natural species.In light of the massive amount of full dead trees ,3/4,1/2,1/4 dead branches,limbs.There is reason to state,that if proper action is taken against these people weeding as soon as possable;to stop weeding ,with statutes punishable by State goverment ,the State of Connecticut may, in decades of evolution ,make up for the mass destruction that fell upon our State.

In a driveway,sidewalk,rooftop,or other occurances it may be required.Statutes need to be established protecting natural trees species.

F.) Proper procedures for a 40+Year [unnatural,changed,mutilated,stunted] recall ,you may need services of professionals,to find one way after the other ,solutions to quickly over 3-4 years rid a high percentage of this,in State,starting as soon as possable and finish remainder in time by 2010.

Mark Scott Ciriello /54 New Haven Av./Waterbury,Ct. 06708/(203)597-0672

[signature]

2 -4 -2002

The source of this,{transparent photosynthesis gaseous reaction}.Is claimed by plaintiff as in exhibit marked CLAIM (B) (C).Plaintiff is suing for all effects past,present,future an will be amended within 60 days of filing ,and 26(f)meeting ,and discovery.From the forgoing complaint ,as stated {transparent photosynthesis gaseous reaction}.

EXHIBIT CLAIM ( B )

---

"A chain reaction ,at ground level",causing a "gaseous reaction",causing {1}dead trees, {2}lower air mass,{3} thus,a transparent photosynthesis gaseous reaction.

As claimed by plaintiff ,deemed from the {xxx}-{landscaping} or {unnatural,changed ,mutilated,stunted}. Thus,{xxx}-{landscaping} or {unnatural,changed,mutilated,stunted} are the cause,of the {1},{2},{3} as stated above.

---

The plaintiff ,suggests to defendants to settle case.It does deem appropriate.An as for the rest of facts,or claims etc. Example Retail Sales,Stock,Production,The mass of recall,History,etc.Is entered as letter {Z}.An does not include plaintiffs rights at this time.

Plaintiff is suing,defendant, effects from [1]inhalation of gaseous reaction ,[2]to the losses/ruines, from the destruction, from gaseous reaction deemed from the claim above.To the loss/ruined of [3] past,present,future plans,which are chances of investment opportunity,which [3],was a percentage of filing suit hereof. Deemed from Exhibit Claim ( B ) {1},{2},{3};above and complaint.

BY PLAINTIFF,
Mark Scott Ciriello
54 New Haven Av.
Waterbury,Ct.06708
(203)597-0672

[signature]
founder/researcher

EXHIBIT CLAIM ( C )

--------the----------*NATURAL ATMOSPHERE---------------(produces-oxygen)---------------------------
---------------------**LANDSCAPING ATMOSPHERE----------------------(uses -oxygen)-----------------
---------------------(to produce)---------the{transparent photosynthesis gaseous reaction}----------------
---------------------(thus mixes thru photosynthesis).Resulting full dead trees,limbs,branches the following season,an a lower oxygen mass.

---

* natural atmosphere produces oxygen (the natural atmosphere is the natural trees, natural flowers,fruits,nuts,grains.Growing naturally in the entire State of Connecticut within the entire state boarder.

**landscaping atmosphere (the unnatural,changed,mutilated,stunted) uses oxygen to produce the {transparent photosynthesis gaseous reaction}.The landscaping atmosphere is everything sold,or retailed and planted in the ground in the St.of Connecticut in the history of landscaping apx.[1960-2001].

BY PLAINTIFF,
Mark Scott Ciriello
54 New Haven Av.
Waterbury,Ct.06708
(203)597-0672

[signature]
founder/researcher

2001 ------------------------------------------*
2002 ------------------------------------------
2003 ------------------------------------------
2004 ------------------------------------------
2005 ------------------------------------------

*Very Massive Effects / Amounts of Destruction Level
2001-2005

---

This chart of tree death,{*very massive effects/amounts of destruction 2001-2005}.Includes full dead trees,3/4 dead trees,1/2 dead trees,1/4 dead trees,and branches.This chart is a continuation of the chart on page 7.The death level is higher because the problem is getting worse.

Mark S.Ciriello/54 New Haven Av./Waterbury,Ct.06708/(203)597-8382

Mark S. Ciriello

Reasons for relief

Mr. Mark S.Ciriello has been for 21 years researching the environment,researching the effects of landscaping.If the State had to pay for such researching starting in 1986,at the rate of $30,000.00 per year,that would be a total of $630,000.00 that the State would have to pay.As of September 6,2006 the plaintiff is demanding relief of $2,000,000.00.

Mr.Mark S.Ciriello started researching the effects of landscaping,back in 1986 because the plaintiff knew the profession was wrong,planting shrubs that are delivered by trucks next to such beauty,as the natural environment.The landscaping of the 1960's-1970's looks blighted (like a old ruined building).

Mr. Mark S.Ciriello finds the landscaping profession repulsive,the act of planting so many different types of shrubs,plants,flowers that the natural environment never intended it for,or it would produce it that way.The environment was never intended for such landscaping plantings and the effects are there please check page 7 an page 16 the charts of tree death caused by the landscaping.Thus far, the plaintiff finds the landscaping profession blighted an repulsive.

2006 ----------------------------------------------------------------------
2007 ----------------------------------------------------------------------
-
2008 ----------------------------------------------------------------------
--
2009 ----------------------------------------------------------------------
---
2010 ----------------------------------------------------------------------
----
2011 ----------------------------------------------------------------------
-----
2012 ----------------------------------------------------------------------
------
2013 ----------------------------------------------------------------------
-------
2014 ----------------------------------------------------------------------
--------

*A TREE DEATH LEVEL OF A CATASTROPHE 2006-2014

THIS CHART OF TREE DEATH IS A CONTINUATION OF THE DEATH LEVEL CHARTS ON PAGE 7 AN PAGE 16.

January 17, 2014

ADDITIONAL TESTIMONY TO CLAIM No.23466

In order to understand this amendment you will have had to read the complaint,also the Assistant Attorney General has not yet filed an Appearance.So please fax or mail him this testimony.

In this amendment I am going to explain how to view the TRANSPARENT PHOTOSYNTHESIS GASEOUS REACTION, as stated in the 17 page complaint.In the morning start viewing about 10:30 A.M.(let the sun come out,on a sunny day in the spring,or summer.Neal down on the street pavement on the edge of the road, put your eye level to the street pavement,try this several times till you see the reaction because you also have to the correct level on the road.You will see this in the summer or winter.

To view the transparent photosynthesis gaseous reaction,at night or in the dark,we used the aid of street lights The reaction is very low at night but I did detect minor reaction but there may be higher levels that I didn't detect.

There is no doubt,the State is going to have some type of a re-call on the landscaping,the question is how many dead trees do there have to be,before you start re-call.Also,how much of the transparent photosynthesis gaseous reaction,does the State have to research.I CAN TELL YOU THERE ARE DEAD TREES,AND BRANCHES AROUND EVERY CORNER OF THE ROAD IN CT.

Some of the landscaping,in need of re-call,can simply be covered with mulch,and left to dry.Other landscaping In need of re-call,can simply be covered with plastic tarps,or roll plastic and left to dry.



Mark Scott Ciriello/54 New Haven Ave./Waterbury,Ct.06708/(203)695-6989

March 2,2014

RESPONSE

Whoever is blocking my claim,from going to court,please stop.My researching is factual,and took the majority of my life,since I was 14 years old,I am now 42 years old.All testimony has been heard,and I find it hard to believe the State is doing this to me,by dismissing my claim.Because what I am saying in my complaint is so serious.The State is going to have to do some serious thinking about what has been said in my testimony,and do some researching and do the right thing,which is come to the conclusion of re-calling the problem which is the landscaping,I realize it is a big step,but is one that needs to be done.How long do you think you are going to landscape with shrubbery,without having a problem in the environment?I am never going to stop persuing this State about the effects of landscaping so the State could save millions of dollars by just accepting what I am saying In my testimony,and grant my case in court,with a settlement.If you dismiss my claim I will find government officials,to handle the matter.So there is absolutely no way out of this case.Perhaps the State doesn't want me to have the fame of being the first person to file a claim on the landscaping,in a court of law.



Mark Scott Ciriello/54 New Haven Ave./Waterbury,Ct. 06708/(203)695-6989

Mark S. Ciriello
23466


UNITED STATES POSTAL SERVICE.
Retail
P
US POSTAGE PAID
$7.20
Origin: 06705
Destination: 06103
1 Lb 0.50 Oz
Sep 01, 17
0887070705-02
1024
PRIORITY MAIL ®1-Day
Expected Delivery Day: 09/02/2017
C003
USPS TRACKING NUMBER
9505 5109 9908 7244 1061 34
UNITED STATES POSTAL SERVICE.

PAGES 1-21 COMPLAINT NO. 25000